UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

9:21-cv-82056-CIV-CANNON/Reinhart

CELIA R. CLARK;

     *Plaintiff*,

v.

UNITED STATES OF AMERICA; THE
INTERNAL REVENUE SERVICE,

     *Defendants*.

## PLAINTIFF'S NOTICE OF FILING HEARING MATERIALS

Plaintiff Celia Clark files this Notice pursuant to Magistrate Judge Reinhart's directions at

the Discovery Hearing held in this matter held on July 14, 2022. Prior to that telephonic hearing,

Plaintiff's counsel submitted materials to which he anticipated referring in his presentation. Those

materials, properly redacted, are filed together with this Notice.

Dated: July 15, 2022

Respectfully submitted,

**MARCUS NEIMAN RASHBAUM
& PINEIRO LLP**

*/s/ Derick R. Vollrath*
**Jeffrey Neiman**
Florida Bar. No. 544469
jneiman@mnrlawfirm.com
**Derick Vollrath**
Florida Bar No.  126740
dvollrath@mnrlawfirm.com
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394
Telephone:  (954) 462-1200
Facsimile:   (954) 688-2492

*Counsel for Plaintiff*

1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on July 15, 2022, I filed the foregoing document through the Court's CM/ECF

system which has caused service to be made upon all counsel of record in this case.

<u>*/s/ Derick Vollrath*</u>