**Internal Revenue Service**
**SBSE SAA Promoter Group #1608**

**Department of the Treasury**
151 Patton Ave, Suite 167
Asheville, NC 28801

Date: August 29, 2012

Taxpayer Name:
Celia R Clark

Taxpayer Identification Number:
███████████

Form Number:
IRC Sec 6700/6701 Investigation

Year(s):
N/A

Mark D. Allison, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Person to Contact/ID Number:
Deborah O Reynolds   1022338

Contact Telephone Number:
828.225.8410 (Voice Mail)

Contact Fax Number:
828.225.8441

Dear Mark D. Allison, Esq.

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Deborah O Reynolds, Internal Revenue Agent
SAA Promoter Group #1608

Enclosures:
☒ Letter(s)
☐ Report(s)
☐ Copy of Determination Letter
☒ Other  Form 4564, Information Document Request #0001

Letter 937 (Rev. 11-2006)
Catalog Number 30760X

**Internal Revenue Service**
**SBSE - SAA Promoter Group #1608**
151 Patton Ave, Suite 167
Asheville, NC 28801

**Department of the Treasury**

Examiner:
   Deborah O Reynolds

Date: August 29, 2012

Celia R. Clark, Esq.
570 Lexington Avenue, 35th Floor
New York, NY 10022

Examiner's Employee Identification Number:
   1022338
Contact Telephone Number:
   828.225.8410 (Voice Mail)
Fax Number:
   828.225.8441

Dear Celia R. Clark, Esq.

We have reviewed materials regarding your participation in tax avoidance transactions. We are considering penalties and injunctions under Internal Revenue Code sections 6694, 6695, 6700, 6701, 7402, 7407 and 7408 for promoting and/or preparing documents relating to these transactions. In addition, we will consider issuing "pre-filing notification" letters to the persons who have participated in these transactions.

This letter is to schedule a meeting with the examiner.

**Appointment Information:**

Location: **Internal Revenue Service**
           110 West 44th Street
           New York, NY 10036

Date: October 17, 2012

Time: 9:30 AM

**Purpose of the Appointment:**

At this appointment we will discuss specific procedures, such as communication methods, response times, and other general expectations. Please have the items listed on the attached Form 4564, *Information Document Request*, available at our first appointment.

If we conclude that penalties, injunction, and/or "pre-filing notification" action is appropriate, you will be afforded an opportunity to present any facts or legal arguments that you feel indicate that such action should not be taken.

Please contact me if you have any questions you would like to discuss.

Thank you for your cooperation.

Sincerely,

Deborah O Reynolds, Internal Revenue Agent
IRS, SBSE-SAA Promoter Group #1608

Enclosure(s):
Notice 609
Form 4564, Information Document Request #0001

**Letter 1844 (Rev. 4-2004)**
Catalog Number 61129A

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>**#0001** |
|---|---|---|

| **To:** (Name of Taxpayer and Company, Division or Branch) | **Subject:**     IRC Sec 6700/6701 Investigation |
|---|---|
| **Celia R Clark, Esq.**<br><br>570 Lexington Avenue, 35ᵗʰ Floor<br>New York, NY 10022 | **Submitted to:**<br><br>Celia R Clark, Esq. |
| | **Dates of Previous Requests:**     N/A |

The **SCOPE** of this INFORMATION DOCUMENT REQUEST includes the following:

A. **Celia R Clark**, and

B. ANY and ALL -

  1. ENTITIES for which Celia R Clark is an OWNER/FOUNDER, directly or indirectly, (e.g. Shareholder, Member, Partner, Sole Proprietor), OFFICER, DIRECTOR, or TRUSTEE;

  2. BUSINESS ACTIVITIES for which Celia R Clark is involved, directly or indirectly, in the marketing, organization, creation, operation, administration, counseling and/or dissolution of ANY insurance arrangement/structure in whole or in part;

  3. EMPLOYEES, AGENTS, and/or STAFF of any of the entities or business activities covered above;

  4. WEBSITES (operated, directly or indirectly, by Celia R Clark), and/or operated as a part of any of the entities or business activities covered above; and

  5. ENTITY STRUCTURES, PLANS, and/or ARRANGEMENTS, or any part thereof, with direct or indirect tax consequences, created through, by or on the behalf of Celia R Clark

**NOTES:**

  (a) The general terms "documents" or "documentation" includes, but is not limited to, ALL forms of storage media without limitation - i.e. paper hard-copy, electronic records, books, video/audio files, magnetic tapes, CD's / DVD's, flash-drives, external hard-drives, films, microfilm, microfiche, magazines, pictures, web presentations, electronic mail, instant messages, licenses, agreements, assignments, intra-office communications, reports, presentations, memoranda, minutes, bulletins, circulars, instructions, work assignments, working papers, notebooks, photographs, prints, drafts, worksheets, summaries, studies, labels, packages, product inserts, fact sheets, advertisements, catalogs, invoices, signs corporate records, notices, bills, logs, diaries, calendars, announcements, press releases, notices of meetings, agendas, attendance lists, contracts, leases, news clippings, publications, handwritten notes, brochures, charts, graphs, surveys, legal opinion letters, auditor's reports or statements, plan documents, adoption and/or joinder agreements, side agreements, actuarial reports or statements, and any other form of storage.

  (b) The general term "correspondence" includes written or electronic communication between individuals or entities and is used in a comprehensive sense to include, but is not limited to, letters, messages, facsimiles, electronic mail, and instant messages.

| Information Due By_____ **October 17, 2012** _____ | **At Next Appointment** | √ | **Mail In** | |
|---|---|---|---|---|

| **FROM** | Name and Title of Requestor:<br>Deborah O Reynolds, Internal Revenue Agent | Date:<br>**Aug 29, 2012** |
|---|---|---|
| | Office Location:<br>IRS – SAA Promoter Grp #1608, 151 Patton Ave., Ste 167, Asheville, NC 28801 | Telephone Number:<br>**828.225.8410**<br>(voice mail) |

| Catalog Number 23145K   www.irs.gov | 1of 4 | Form **4564** |
|---|---|---|

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number **#0001** |
|---|---|---|

| **To:** (Name of Taxpayer and Company, Division or Branch) **Celia R Clark, Esq.** 570 Lexington Avenue, 35th Floor New York, NY 10022 | **Subject:** IRC Sec 6700/6701 Investigation |
|---|---|
| | **Submitted to:** Celia R Clark, Esq. |
| | **Dates of Previous Requests:**   N/A |

(c) If you wish to have a Representative, please complete and provide Form 2848, Power of Attorney and Declaration of Representative, and fax to the attention of the Revenue Agent, D O Reynolds at 828.225.8441 (ONLY provide a new one if you wish to change or replace the August 3, 2012 Power of Attorney authorizing Mark O. Allison, Esq., of Caplin & Drysdale, Chartered, to serve as your representative).

(d) Unless otherwise noted, the time period covered by this document request begins JANUARY 1, 2000 and continues up through the present date.

(e) The DATE, TIME, and LOCATION of the initial appointment is outlined in the attached cover letter

**REQUESTED INFORMATION:**

1. For ALL entities/business activities, please provide the following:

   a. ANY and ALL records supporting and/or relating to your interest whether it be an OWNERSHIP INTEREST, PARTNERSHIP INTEREST, or BENEFICIAL INTEREST;

   b. Documentation identifying names and addresses of ALL persons employed, as defined above, in the areas of PROMOTION; MARKETING; OPERATIONS; TRAINING; CONSULTING; or other STAFF position. Included in this group are ALL wage employees; and, ALL persons to whom commissions or finders fees were paid, i.e. independent contractors; agents; attorneys; Certified Public Accountants; sales persons; and any others; and

   c. Documentation identifying the names and addresses of ALL persons who hold POSITIONS of AUTHORITY, in any entity as defined above. This should include, but is not limited to, officers; shareholders; managers; trainers; agents; and representatives.

2. Provide copies of ANY and ALL documents and materials used to PROMOTE, SELL, ADVERTISE, or ADMINISTER any PROPERTY, CASUALTY and/or LIFE INSURANCE PRODUCT/SERVICE.

3. Provide ALL documents containing ANY STATEMENTS made with respect to the TAX BENEFITS related to the product/service, such as allowable credits, deductions or other tax benefits.

4. Provide copies of CORRESPONDENCE (internal, external and file), to include, but not limited to, corporate minutes, meeting minutes, e-mails, letters, memos, or, notes relating to ANY promotion, seminar, rally, webinar, or event held or scheduled to be held TO PROMOTE, directly or indirectly, TAX

| Information Due By   October 17, 2012 | At Next Appointment | √ | Mail In | |
|---|---|---|---|---|

| **FROM** | Name and Title of Requestor: Deborah O Reynolds, Internal Revenue Agent | Date: **Aug 29, 2012** |
|---|---|---|
| | Office Location: IRS – SAA Promoter Grp #1608, 151 Patton Ave., Ste 167, Asheville, NC 28801 | Telephone Number: **828.225.8410** (voice mail) |

| Catalog Number 23145K   www.irs.gov | 2of 4 | Form **4564** |
|---|---|---|

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>**#0001** |
|---|---|---|

| **To:** (Name of Taxpayer and Company, Division or Branch)<br><br>**Celia R Clark, Esq.**<br><br>570 Lexington Avenue, 35th Floor<br>New York, NY 10022 | Subject:  IRC Sec 6700/6701 Investigation |
|---|---|
| | Submitted to:<br><br>Celia R Clark, Esq. |
| | Dates of Previous Requests:  N/A |

BENEFITS from the INSURANCE services/products offered or administered by you, any of your entities, and any agent or representative of you or your entities.

6. Provide copies of ANY training MATERIALS used to train people to ADMINISTER, PROMOTE and/or SELL INSURANCE services/products. This should include, but is not limited to, training manuals, books, audiotapes, videotapes, compact discs, internet courses, and other any instructional media. Also provide schedule(s) of ALL course offerings of training classes – past, present and future.

7. Provide documentation of ALL parties (employees, agents, representatives, and ANY others) engaged in promoting, selling or administering INSURANCE products/services for you and/or any of your entities. This documentation is to include, but is not limited to, name, address, relationship, product/services sold/administered.

8. Provide copies of ALL documents prepared or offered which suggest or propose ENTRIES on any federal tax form (including but not limited to, Forms 1040, Forms 1040X, Forms 1041, Forms 1065, Forms 1120, Forms 1120S, as well as Form 1040 supporting Schedules C, F or E) with respect to ANY allowable Federal tax credit or deduction.

9. Provide a copy of the (initial and annual) QUESTIONNAIRE and/or INTERVIEW document(s) used to gather client information that is subsequently used in the determination of INSURANCE products/services sold/promoted/administered.

10. Provide documentation relating to ALL CLIENTS, including but not limited to, name, social security number or taxpayer identification number, last known address and telephone number, for which ANY INSURANCE product/service was sold, promoted, or administered for the period January 1, 2000 to the present.

11. Provide a copy of your FEE SCHEDULE(s) for the sales/promotion and/or administration of INSURANCE products/services.

12. Provide copies of ANY and ALL records of PAYMENTS RECEIVED from clients for INSURANCE products/services/administration for the period January 1, 2000 to the present. Such documentation should include, but is not limited to, general ledgers and cash receipts journals.

13. Provide ANY and ALL information and documentation relating to all open and closed BANK ACCOUNTS, foreign and domestic, over which you have/had custody, control and/or signatory authority, both personal and business, during the period January 1, 2000 to the present. Accounts should include checking, savings, money market, escrow, investment, certificates-of-deposit and any other type, whether held jointly or severally in a private or Federal Reserve bank. Information on each account should include, but is not limited to, bank statements, copies of deposit slips, and names of ALL individuals who have signature authority over the account(s).

| Information Due By   October 17, 2012 | At Next Appointment | √ | Mail In | |
|---|---|---|---|---|
| **FROM** | Name and Title of Requestor:<br>Deborah O Reynolds, Internal Revenue Agent | | Date:<br>**Aug 29, 2012** |
| | Office Location:<br>IRS – SAA Promoter Grp #1608, 151 Patton Ave., Ste 167, Asheville, NC 28801 | | Telephone Number:<br>828.225.8410<br>(voice mail) |
| Catalog Number 23145K   www.irs.gov | 3of 4 | | Form **4564** |

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>**#0001** |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch) | Subject: | IRC Sec 6700/6701 Investigation |
|---|---|---|
| | Submitted to: | |

**Celia R Clark, Esq.**

570 Lexington Avenue, 35ᵗʰ Floor
New York, NY 10022

| Celia R Clark, Esq. | |
|---|---|
| **Dates of Previous Requests:** | N/A |

14. Provide documentation and information of ALL risk pools administered, directly or indirectly, by you or any of your entities, agents, or assigns. This listing should also include the date the pool was created and the date the pool was dissolved along with the purpose for dissolution.

15. For each risk pool, provide detailed documentation or information regarding ALL participants for each policy term, i.e. insureds; including but not limited to, name, address, and taxpayer identification number

16. For each captive insurance company associated with the risk pools above, provide a detailed listing – name, address, taxpayer identification number and the identity, of all persons you, or your assigns have contact with or had contact with in the administration thereof.

17. Provide complete and detailed documentation of ALL transactions associated with the above referenced risk pools. For example a complete and detailed general ledger, including any sub-ledgers, showing all debits and credits and year-end account balances from the period beginning January 1, 2000 to the present day.

18. Provide copies of ALL risk pool instructions, policies, administration and operating procedures. This group of documents should include, but is not limited to, instructions on how pools are established, how participants are assigned to specific pools, and who specifically is responsible for the administration of the pool.

19. Provide documentation of all actuarial firms/actuaries that were/are used. The listing should include but is not limited to name, address, taxpayer identification number and phone numbers. Provide a copy of each contact or engagement letter – original and revisions along with all attachments, references and schedules.

**Notices:**

(a) Privilege:

If documents are withheld on grounds of privilege, for each document withheld, please provide the following:
1) The name and title of the author;
2) The date of the document;
3) The names, titles, and addresses of all recipients of the documents (and copies of such documents);
4) The subject matter of the document;
5) The privilege claimed; and
6) For any opinion or memoranda described above, the conclusions reached in the opinion or memorandum.
(b) Additional document requests will be submitted if/as needed
(c) The scope of the investigation may be expanded/contracted as warranted.
(d) As a reminder, contact with third-parties may be made (refer to our letter 3164-P submitted to you separately) to verify information that we have received and/or to secure additional information that you have not provided.

| Information Due By     October 17, 2012 | At Next Appointment | √ | Mail In | |
|---|---|---|---|---|

| FROM | Name and Title of Requestor:<br>Deborah O Reynolds, Internal Revenue Agent | Date:<br>**Aug 29, 2012** |
|---|---|---|
| | Office Location:<br>IRS – SAA Promoter Grp #1608, 151 Patton Ave., Ste 167, Asheville, NC 28801 | Telephone Number:<br>**828.225.8410**<br>(voice mail) |

| Catalog Number 23145K   www.irs.gov | 4of 4 | Form **4564** |
|---|---|---|

**Internal Revenue Service**
SBSE - SAA Promoter Group #1608
151 Patton Ave, Suite 167
Asheville, NC 28801

**Department of the Treasury**

Letter Number: 3164-P(DO)

Letter Date:
   August 29, 2012

Social Security Number or
Employer Identification Number:

███████████

For Assistance You May Call Us At :
   828.225.8410 (Voice Mail)

Person to Contact:
   Deborah O Reynolds

Employee Identification Number:
   1022338

Celia R. Clark, Esq.
570 Lexington Avenue, 35th Floor
New York, NY 10022

Dear Celia R. Clark, Esq.,

We are in the process of reviewing your participation and conduct in activities which might result in an understatement of a taxpayer's federal tax liability. Generally, our practice is to deal directly with a taxpayer or a taxpayer's duly authorized representative. However, we sometimes talk with other persons, for example, when we need information that the taxpayer has been unable to provide, or to verify information we have received.

We are writing to tell you that we may contact other persons. If we do contact other persons we will generally need to tell them limited information, such as your name. The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we are seeking. Our need to contact other persons may continue as long as there is activity on this matter.

If you have questions regarding this letter or wish to request a list of contacts, please do not hesitate to contact the employee listed above. However, **you are not required to respond to this letter.**

Sincerely,

Deborah O Reynolds, Internal Revenue Agent
IRS, SBSE-SAA Promoter Group #1608

**Letter 3164-P(DO)(1-2001)**
Catalog Number 73249J