

Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-7619
212-379-6000  212-379-6001 Fax
www.caplindrysdale.com

212.379.6071  Direct
rpartain@capdale.com

February 27, 2018

**BY FEDEX**

Julie Hersh
Internal Revenue Service, SB/SE
2670 Industrial Highway
York, PA 17402

Re:     Celia R. Clark, Esq.

Dear Ms. Hersh:

As I indicated in our letter dated February 14, 2018, we have assembled the native file CDs and DVDs upon which the prior IDR productions were based.  Enclosed is a complete copy set of the original discs as well as a chart that correlates those discs with the prior productions.

We are continuing to work with Ms. Clark to assemble a complete index of files relating to captive insurance clients that are maintained in hardcopy, and to obtain a written explanation of the IT migration process.  We will provide the information as it becomes available.

If you have any questions, please do not hesitate to contact me at 212.379.6071.

Respectfully submitted,

Rachel L. Partain

DOC# 2806111.v1-2/27/18

| IDR No. | Date | Produced Documents | Bates Numbers | CD(s) |
|---|---|---|---|---|
| 0002 | April 14, 2014 | • No documents provided | | |
| | April 28, 2014 | • No documents provided | | |
| | August 15, 2014 | • Multiple client claims correspondence and documents | CLARK032749 to CLARK050604 | 1-4 |
| | September 16, 2014 | • Multiple client tax documents, correspondence and insurance documents | CLARK050605 to CLARK152764 | 5-5A |
| | October 7, 2014 | • No documents provided | | |
| | October 21, 2014 | • Capitate Insurance Co. documents <br> • Supplemental Application templates <br> • Emerald and Jade Reinsurance invoices | CLARK152765 to CLARK153560 | 6 |
| 0003 | June 20, 2016 | • Jade claims documents and correspondence | CLARK153561 to CLARK155254 | 7 |
| | July 12, 2016 | • Emerald documents <br> • Jade claims documents and correspondence | CLARK155255 to CLARK166571 | 8 |
| | November 2, 2016 | • Invoices from Captives to Insured <br> • Invoices from Emerald to Captives <br> • Actuarial analysis and documents reviewed in the actuarial process | CLARK166572 to CLARK169235 | 9-10 |
| 0005 | November 2, 2017 | • No documents provided | | |



**After** printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Lisa Jaiven**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, February 28, 2018 10:05 AM |
| **To:** | Lisa Jaiven |
| **Subject:** | FedEx Shipment 771617988555 Delivered |



# Your package has been delivered

## Tracking # 771617988555

Ship date:
Tue, 2/27/2018

**Rachel Partain, Esq.**
Caplin & Drysdale, Chartered
NEW YORK, NY 10022
US



Delivered

Delivery date:
Wed, 2/28/2018 10:01 am

**Julie Hersh, Revenue Agent, SBSE**
Internal Revenue Service
2670 Industrial Highway
YORK, PA 17402
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 771617988555 |
| **Status:** | Delivered: 02/28/2018 10:01 AM Signed for By: W.WELSH |
| **Reference:** | 10059 - Clark |
| **Signed for by:** | W.WELSH |
| **Delivery location:** | YORK, PA |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Priority Overnight |
| **Packaging type:** | FedEx Pak |
| **Number of pieces:** | 1 |
| **Weight:** | 1.00 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 2/28/2018 by 10:30 am |



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:04 AM CST on 02/28/2018.

1

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our **privacy policy**. All rights reserved.

Thank you for your business.