```
TRANSMISSION VERIFICATION REPORT

                                              TIME  : 03/23/2018 11:23
                                              NAME  :
                                              FAX   :
                                              TEL   :
                                              SER.# : BROL1J323693


   DATE,TIME                          03/23  11:21
   FAX NO./NAME                       918888506928
   DURATION                           00:02:25
   PAGE(S)                            12
   RESULT                             OK
   MODE                               STANDARD
                                      ECM
```



**Caplin & Drysdale**

A T T O R N E Y S

Caplin & Drysdale, Chartered

600 Lexington Avenue, 21st Floor
New York, NY 10022-7619
212-379-6000  212-379-6001 Fax
www.caplindrysdale.com

212.379.6071 Direct
rpartain@capdale.com

March 22, 2018

**BY FACSIMILE (888-850-6928)**

Julie Hersh
Internal Revenue Service, SB/SE
2670 Industrial Highway
York, PA 17402

Re:   Celia R. Clark, Esq.

Dear Ms. Hersh:

As we previously indicated, Ms. Clark has been assembling a list of hard copy files relating to the captive insurance company practice. Enclosed please find two lists of hard copy files. The first list called CIC Files for Storage are those files that are located at an offsite storage facility in Bridgeport, Connecticut. The second list are those files that are maintained at C&G's offices at 570 Lexington Avenue in New York.

If you have any questions, please do not hesitate to contact me at 212.379.6071.

Respectfully submitted,



| | Caplin & Drysdale, Chartered |
|---|---|
| | 600 Lexington Avenue, 21st Floor<br>New York, NY 10022-7619<br>212-379-6000  212-379-6001 Fax<br>www.caplindrysdale.com |

212.379.6071  Direct
rpartain@capdale.com

March 22, 2018

**BY FACSIMILE (888-850-6928)**

Julie Hersh
Internal Revenue Service, SB/SE
2670 Industrial Highway
York, PA 17402

> Re:    Celia R. Clark, Esq.

Dear Ms. Hersh:

As we previously indicated, Ms. Clark has been assembling a list of hard copy files relating to the captive insurance company practice.  Enclosed please find two lists of hard copy files.  The first list called CIC Files for Storage are those files that are located at an offsite storage facility in Bridgeport, Connecticut.  The second list are those files that are maintained at C&G's offices at 570 Lexington Avenue in New York.

If you have any questions, please do not hesitate to contact me at 212.379.6071.

Respectfully submitted,

Rachel L. Partain

DOC# 2818663.v1-3/22/18

**Updated 08/17/17**

# CIC FILES FOR STORAGE

**Box #87  (Binders)**



**Box #88      (Binders)**



**Box #89 (Binders)**



**Box #90 (Binders)**



**Box #91 (Binders)**



**Box #97**



C:\Users\Michael.Feola\Desktop\CIC FILES FOR STORAGE 817.doc



**Box #107**

**Box #108**

**Box #151**

**Box #152**

**Box #155**



C:\Users\Michael.Feola\Desktop\CIC FILES FOR STORAGE 817.doc



**Box #159**

**Box #160**

**Box #161**

**Box #163**

**Box #164**

4

**Box #171**



**Box #172**

**Box #173**

**Box #174**

**Box #175**

**Box #176**

**Box #188**

C:\Users\Michael.Feola\Desktop\CIC FILES FOR STORAGE 817.doc

**Box #190**



**Box #195**

**Box #196**

**Box #218**

**Box #219**

**Box #222**

C:\Users\Michael.Feola\Desktop\CIC FILES FOR STORAGE 817.doc



**Box #230**



**Box #253**



**Box #255**



7

C:\Users\Michael.Feola\Desktop\CIC FILES FOR STORAGE 817.doc

## QUARTERLY CLIENT LIST 08/02/17

| CLIENT NAME | Formed in Jurisdiction | CLIENT ID # |
|---|---|---|







