```
┌──────────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT            │
└──────────────────────────────────────────────┘
                                    TIME  : 03/22/2018 17:56
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROL1J323693
```

| | |
|---|---|
| DATE,TIME | 03/22  17:55 |
| FAX NO./NAME | 918888506928 |
| DURATION | 00:00:38 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**Caplin & Drysdale**
A T T O R N E Y S

Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-7619
212-379-6000  212-379-6001 Fax
www.caplindrysdale.com

212.379.6071  Direct
rpartain@capdale.com

March 22, 2018

**BY FACSIMILE (888-850-6928)**

Julie Hersh
Internal Revenue Service, SB/SE
2670 Industrial Highway
York, PA 17402

> Re:   Celia R. Clark, Esq.

Dear Ms. Hersh:

We have obtained a description of the process that Clark & Gentry's IT consultant is performing to migrate electronic data that is currently stored on a server in C&G's office to Microsoft Office 365.

Migration

- The Outlook mailboxes for Ms. Clark and Edgar Gentry, who is the sole owner of C&G, will be migrated from Exchange 2010 to Microsoft Office 365 online Exchange. All metadata will be maintained in the migration. The Outlook mailboxes of all other C&G employees will be stored on C&G's server.



Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-7619
212-379-6000  212-379-6001 Fax
www.caplindrysdale.com

212.379.6071  Direct
rpartain@capdale.com

March 22, 2018

**BY FACSIMILE (888-850-6928)**

Julie Hersh
Internal Revenue Service, SB/SE
2670 Industrial Highway
York, PA 17402

Re:     <u>Celia R. Clark, Esq.</u>

Dear Ms. Hersh:

We have obtained a description of the process that Clark & Gentry's IT consultant is performing to migrate electronic data that is currently stored on a server in C&G's office to Microsoft Office 365.

<u>Migration</u>

- The Outlook mailboxes for Ms. Clark and Edgar Gentry, who is the sole owner of C&G, will be migrated from Exchange 2010 to Microsoft Office 365 online Exchange. All metadata will be maintained in the migration. The Outlook mailboxes of all other C&G employees will be stored on C&G's server.

- C&G uses an archiving solution called ProofPoint Essential, which is an online product. C&G will be maintaining ProofPoint Essential, which will provide access to search all emails for all employees. Once C&G migrates to Microsoft Office 365, ProofPoint Essential will no longer archive current email and Microsoft Office 365's archiving solution will be used for current email going forward.

- All email aliases for all users will be deleted and any email addressed to the email aliases will return an undeliverable notice to the sender.

- Document Locator is the product that C&D currently uses for electronic document management (i.e., Word, Excel, PDF documents). All Document Locator content will be migrated to SharePoint Online by exporting the latest version of all of the documents and importing them to SharePoint Online Document Library. The metadata for the latest version of all documents will be maintained in the migration. The documents that C&G stores in Document Locator will continue to be accessible after the migration.



Caplin&Drysdale
C H A R T E R E D

- All of the computers in C&G's office will be decommissioned except for two or three. The computers for Ms. Clark and Edgar Gentry will be reconfigured to work with Microsoft Office 365 and those computers will be maintained while those individuals still work out of C&G's office. Once those individuals cease working from C&G's office, their computers will also be decommissioned and laptops will be used going forward.

- C&G's server will be taken offline. C&G's server could be put into service again after it is taken offline.

In addition to the above, C&G will be taking the following additional steps:

- The agreement covering C&G's printers will be terminated at the end of lease.

- Document Locator support will not be renewed.

- AirWatch will not be renewed. AirWatch is enterprise mobility software that secures and manages mobile devices.

- At the end of the phone contract, the number of phones will be reduced to four and the phones will continue month to month.

- C&G is in the process of determining whether to continue its copier/scanner contract.

Please let me know if we should schedule a call with the IRS's IT specialists to discuss the migration process.

If you have any questions, please do not hesitate to contact me at 212.379.6071.

Respectfully submitted,

Rachel L. Partain