# FAX Transmission
# Cover Sheet

Date: 7-9-2018

**To:** Rachel L. Partain ESQ. _____ Mail Stop: _____

Address/Organization: Caplin & Drysdale, Chartered _____

FAX Number: 212-379-6001 _____ Office Phone: 212-379-6071 _____

**From:** INTERNAL REVENUE SERVICE _____ Mail Stop: _____

Address/Organization: 2670 INDUSTRIAL HIGHWAY  YORK, PA 17402-2233 _____

FAX Number: 717 757-9159 _____ Office Phone: 717 840-60 _____

Number of pages: | 2 | *Including cover sheet*

Please see the attached letter.

_____

_____

_____

_____

_____

_____

_____

*Please visit us on the intranet at **http://publish.no.irs.gov** to obtain information about every nationally numbered product published by the Internal Revenue Service. If you are not an IRS employee, visit the IRS homepage at **www.irs.gov** to obtain current information about the IRS and its service.*

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone call, and return the communication at the address above via the United States Postal Service. Thank you.

Form **10321** (3-2007)          Catalog Number 23436C          Department of the Treasury-Internal Revenue Service
publish.no.irs.gov

**Internal Revenue Service**
**2670 Industrial Highway, York, PA 17402**

**Department of the Treasury**
**Small Business/Self-Employed**

Date: July 9, 2018

Examiner:
Julie Hersh

Examiner's Employee Identification Number:
831825

Caplin & Drysdale, Chartered
Attn: Rachel L. Partain, Esq.
600 Lexington Avenue, 21st Floor
New York, NY 10022

Contact Telephone Number:
717-840-6017

Fax Number:
888-850-6928

Sent via fax:  212-379-6001

Dear Rachel L. Partain, Esq.:

As we have discussed, the 32 boxes of documents that the IRS received custody of are being returned to your client. The boxes are available for pick up on Thursday, July 12th, 2018 by Meyer Records at the White Plains, NY office located at 210 East Post Road, White Plains, NY.

Please ask your client to arrange for them to be picked up and notify me of an estimated time that Meyer Records will be arriving at the IRS Office for pick-up.

Also, we have corresponded with the individuals at the IRS office in White Plains, NY post of duty.   The additional 95-100 boxes can be received at the White Plains, NY office located at 210 East Post Road, White Plains, NY on Tuesday, July 24, 2018 at or around 12:00 PM that day.  We can't accept the additional boxes unless an inventory listing has been provided to the IRS by July 13, 2018.

Please contact me once you have spoken with your client and believe that the above arrangements can be made.

Sincerely yours,

Julie Hersh
Internal Revenue Agent