07/17/2018 FRI 16:40 FAX                                                                        001

```
*********************
*** FAX TX REPORT ***
*********************

            TRANSMISSION OK

    JOB NO.                    0225
    DESTINATION ADDRESS        918888506928
    SUBADDRESS
    DESTINATION ID
    ST. TIME                   07/12 16:38
    TX/RX TIME                 01'36
    PGS.                       8
    RESULT                     OK
```

## Caplin & Drysdale
A T T O R N E Y S

Caplin & Drysdale, Chartered

600 Lexington Ave.
21st Floor
New York, NY 10022

www.caplindrysdale.com

# Facsimile

| To: | Julie Hersh | Client Number: | 10059 |
|---|---|---|---|
| Fax Number: | 888-850-6928 | Attorney Number: | 843 |
| Confirmation No: | 717-840-6017 | Number of Pages: | 8 |
| From: | Rachel L. Partain | Phone: | 212.379.6071 |
| Subject: | Clark | Date: | 7/12/2018 |
| Time Sent: | | Operator: | |

## Comments:

Attached is the list of CIC related boxes to be delivered to the IRS White Plains Office from the basement of 570 Lexington Avenue, NYC. After consolidation, there are only 55 boxes.

FACSIMILE COVER PAGE

This message is for the use of the intended recipient only. It is from a law firm and may contain information that is privileged and confidential. If you are not the intended recipient any disclosure, copying, future distribution, or use of this communication is prohibited. If you have received this communication in error, please advise us by return e-mail, or if you have received this communication by fax advise us by telephone and delete/destroy the document.



**Caplin&Drysdale**
ATTORNEYS

Caplin & Drysdale, Chartered

600 Lexington Ave.
21st Floor
New York, NY 10022

www.caplindrysdale.com

# Facsimile

| To: | Julie Hersh | Client Number: | 10059 |
|---|---|---|---|
| Fax Number: | 888-850-6928 | Attorney Number: | 843 |
| Confirmation No: | 717-840-6017 | Number of Pages: | 8 |
| From: | Rachel L. Partain | Phone: | 212.379.6071 |
| Subject: | Clark | Date: | 7/12/2018 |
| Time Sent: | | Operator: | |

## Comments:

Attached is the list of CIC related boxes to be delivered to the IRS White Plains Office from the basement of 570 Lexington Avenue, NYC. After consolidation, there are only 55 boxes.

---

**FACSIMILE COVER PAGE**

This message is for the use of the intended recipient only. It is from a law firm and may contain information that is privileged and confidential. If you are not the intended recipient any disclosure, copying, future distribution, or use of this communication is prohibited. If you have received this communication in error, please advise us by return e-mail, or if you have received this communication by fax advise us by telephone and delete/destroy the document.

To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any tax-related matter addressed herein.

**FOR ASSISTANCE PLEASE CALL 212.379.6000**

Basement Boxes



Box 6:

Box 8:

Box 9:

Box 10:

Box 11:

Box 12:

Box 13:

Box 14:

Box 24:

Box 25:

Box 27:

Box 28:

Box 29:

Box 30:

Box 31:

Box 35:

Box 36:



Box 37

Box 39

Box 40

Box 41

Box 42

Box 43

Box 44

Box 45

Box 46

6521 –
6527 –
Box 47: 6548 –
6552 –
6565 –
6555 –
Box 50: 6567 –
6571 –
6573 –
6574 –
Box 52: 6587 –
6592 –
Box 53: 6598 –
6599 –
6601 –
Box 54: 6580 –
6612 –
6614 –
6619 –
6620 –
Box 55: 6576 –
6622 –
6625 –
6626 –
Box 56: 6630 –



6632

6624

6635

Box 57: 6644

6645

Box 58: 6645-

6645-

6645-

6645-

6645-

Box 59: 6646

6647

6648

Box 60: 6650

6656

Box 61: 6657

6670

Box 63: 6675

6678

6679

6682

Box 64: 6683

6693

Box 65: 6695







6800
Box 72: 6756
6758
Box 73: 6764
6766
Box 74: 6765
6767
6768
6769
6770
Box 75: 6772
6773
6774
Box 76: 6776
6780
6789
6794
Box 78: 6799
6804
6807
6811
6815
Box 79: 6823
6828
6835



Box 80: 6833
6838
6840
6841
6843
6844
6845
6846
6847
6848
6859
Box 98: 6556-
6808
6732-
6521