UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:21-82056-CIV-CANNON

CELIA R. CLARK,

    Plaintiff,

v.

UNITED STATES OF AMERICA; THE
INTERNAL REVENUE SERVICE,

    Defendants.

## DECLARATION OF VIRGINIA GIANNINI

I, Virginia Giannini, declare that:

1. I am employed as a trial attorney by the Tax Division of the United States Department of Justice. As part of my duties, I have been assigned to represent the United States in this action.

2. I have personal knowledge of the facts set forth in this declaration.

3. This declaration is submitted in connection with the United States' Motion for Partial Summary Judgment.

4. **Defendant's Exhibit 11** submitted with this declaration is an email from James Wilson to Celia Clark dated December 13, 2009 (numbered WILSON-324999 to WILSON-325000). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Future Formulations, LLC, Immunogenics Company of America, LLC, and Mind Mine, LLC in this case. **ECF No. 127-44** is a business records declaration regarding documents provided by Future Formulations, LLC, Immunogenics Company of America, LLC, and Mind Mine, LLC, including the document marked as Exhibit 11.

1

5.      **Defendant's Exhibit 44** submitted with this declaration is an email from Celia Clark to Allen Rosenbach dated May 15, 2012 (numbered ACR_IRS0327992 to ACR_IRS0327995). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 44.

6.      **Defendant's Exhibit 103** submitted with this declaration is a memorandum from Celia Clark's office to Allen Rosenbach dated November 30, 2010 (numbered ACR_IRS0272507). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 103.

7.      **Defendant's Exhibit 104** submitted with this declaration is a memorandum from Celia Clark's office to Allen Rosenbach dated October 22, 2012 (numbered ACR_IRS0308443 to ACR_IRS0308444). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 104.

8.      **Defendant's Exhibit 108** submitted with this declaration is an email from Celia Clark's office to Allen Rosenbach dated December 9, 2009 (numbered ACR_IRS254925. It is a true and correct copy of a document that the United States received in response to a document

subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 108.

9. **Defendant's Exhibit 109** submitted with this declaration is an email from Celia Clark's office to Allen Rosenbach dated August 20, 2010 (numbered ACR_IRS0262068). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 109.

10. **Defendant's Exhibit 113** submitted with this declaration is an email from Celia Clark to Allen Rosenbach dated November 30, 2010 (numbered ACR_IRS0272382 to ACR_IRS0272383). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 113.

11. **Defendant's Exhibit 116** submitted with this declaration is a 2013 premium pricing report for Rifa Jace Insurance Company (numbered WILSON-194773 to WILSON-194786). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Future Formulations, LLC, Immunogenics Company of America, LLC, and Mind Mine, LLC in this case. **ECF No. 127-44** is a business records declaration regarding documents provided by Future Formulations, LLC, Immunogenics Company of America, LLC, and Mind Mine, LLC, including the document marked as Exhibit 116.

12. **Defendant's Exhibit 117** submitted with this declaration is a premium pricing report with the subject "Tri-Lateral Insurance Company, Ltd. 2007-08 Policy Period Insurance Premium Funding Estimates" (numbered RMS-013961 to RMS—013976). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Peter Rauner of RMS Solutions in this case. **Defendant's Exhibit 440** (also submitted with this declaration) is a business records declaration regarding documents provided by Peter Rauner, including the document marked as Exhibit 117.

13. **Defendant's Exhibit 119** submitted with this declaration is an email from Celia Clark to Allen Rosenbach dated July 7, 2011 (numbered WILSON-330710 to WILSON-330713). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Future Formulations, LLC, Immunogenics Company of America, LLC, and Mind Mine, LLC in this case. **ECF No. 127-44** is a business records declaration regarding documents provided by Future Formulations, LLC, Immunogenics Company of America, LLC, and Mind Mine, LLC, including the document marked as Exhibit 119.

14. **Defendant's Exhibit 121** submitted with this declaration is an email from Celia Clark's office to Allen Rosenbach dated December 21, 2010 (numbered ACR_IRS0276821 to ACR_IRS0276822). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 121.

15. **Defendant's Exhibit 122** submitted with this declaration is an email from Allen Rosenbach to Celia Clark dated November 2, 2010 (numbered ACR_IRS0266470 to

ACR_IRS0266471). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 122.

16. **Defendant's Exhibit 123** submitted with this declaration is an email from Allen Rosenbach to Celia Clark dated November 16, 2010 (numbered ACR_IRS0268470 to ACR_IRS0269475). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 123.

17. **Defendant's Exhibit 126** submitted with this declaration is an email from Allen Rosenbach to Celia Clark's office dated November 13, 2012 (numbered ACR_IRS0311034 to ACR_IRS0311036). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 126.

18. **Defendant's Exhibit 128** submitted with this declaration is a memorandum from Steven Lattanzio to Celia Clark dated August 31, 2011 (numbered ACR_IRS0304089 to ACR_IRS00304092). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case.

**Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 128.

19.     **Defendant's Exhibit 134** submitted with this declaration is an email from Celia Clark to Allen Rosenbach dated September 1, 2011 (numbered ACR_IRS0304088). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 134.

20.     **Defendant's Exhibit 139** submitted with this declaration is an email from Allen Rosenbach to Celia Clark dated June 20, 2011 (numbered WILSON-330564 to WILSON-330565). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Future Formulations, LLC, Immunogenics Company of America, LLC, and Mind Mine, LLC in this case. **ECF No. 127-44** is a business records declaration regarding documents provided by Future Formulations, LLC, Immunogenics Company of America, LLC, and Mind Mine, LLC, including the document marked as Exhibit 139.

21.     **Defendant's Exhibit 148** submitted with this declaration is an email from Celia Clark's office to Allen Rosenbach dated September 13, 2013 (numbered ACR_IRS0325771 to ACR_IRS0325773). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 148.

22. **Defendant's Exhibit 175** submitted with this declaration is an email from Celia Clark to J.J. Shah dated September 26, 2014 (numbered CLARKSDFL1280114 to CLARKSDFL1280116). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

23. **Defendant's Exhibit 217** submitted with this declaration is an RMS Solutions premium pricing report with the subject "Stafford Insurance Company Ltd. 2008-2008 Policy Premium Indications" (bates CLARKSDFL0174166 to CLARKSDFL0174185). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

24. **Defendant's Exhibit 218** submitted with this declaration is an email from Celia Clark's office to Peter Rauner (numbered CLARKSDFL270248 to CLARKSDFL270249). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

25. **Defendant's Exhibit 283** submitted with this declaration is an email from Darren Hearns to Celia Clark (numbered GLCT_DOJ_00000684- GLCT_DOJ_00000684.002. ). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Darren Hearns of Great Lakes Carpet and Tile in this case. **Defendant's Exhibit 441** (also submitted with this declaration) is a business records declaration regarding documents provided by Darren Hearns of Great Lakes Carpet and Tile, including the document marked as Exhibit 283.

26. **Defendant's Exhibit 323** submitted with this declaration is an ACR Solution's Group 2012 premium pricing report Gut Care Insurance Company (numbered ACR_IRS0321401

to ACR_IRS0321417). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 323.

27. **Defendant's Exhibit 328** submitted with this declaration is an email from Celia Clark's office to SA Spencer dated November 11, 2008 (numbered CLARKSDFL346871 to CLARKSDFL346872). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

28. **Defendant's Exhibit 329** submitted with this declaration is an email from Celia Clark's office to Bruce Ogilvie and Manuel Ramirez dated August 1, 2012 (numbered CLARKSDFL716142 to CLARKSDFL716145). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

29. **Defendant's Exhibit 330** submitted with this declaration is an email from Jerome Jonckheere to Celia Clark dated July 5, 2014 (numbered CLARKSDFL1448278 to CLARKSDFL1448282). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

30. **Defendant's Exhibit 356** submitted with this declaration is a promissory note (numbered DOJ_FIRM-0000107 to DOJ_FIRM-0000108). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Jesus Oropeza of FIRM Inc. in this case, which Jesus Oropeza identified at his deposition in this case on

September 13, 2023.

31.     **Defendant's Exhibit 367** submitted with this declaration is an email from Manuel Ramirez to Tarek El Moussa with copy to Celia Clark dated December 22, 2015 (numbered CLARKSDFL1480752 to CLARKSDFL1480753). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

32.     **Defendant's Exhibit 369** submitted with this declaration is an email from Manuel Ramirez to Celia Clark's office dated December 23, 2015 (numbered CLARKSDFL1480757 to CLARKSDFL1480759). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

33.     **Defendant's Exhibit 423** submitted with this declaration is a true and correct copy of Volume III of Celia Clark's deposition in this case, which counsel for the United States received from the stenographer.

34.     **Defendant's Exhibit 424** submitted with this declaration is a true and correct copy of William Johnson III's deposition in this case, which counsel for the United States received from the stenographer.

35.     **Defendant's Exhibit 425** submitted with this declaration is a true and correct copy of Christopher Jarvis's deposition in this case, which counsel for the United States received from the stenographer.

36.     **Defendant's Exhibit 426** submitted with this declaration is an ACR Solution's Group 2010 premium pricing report for S Insurance Company, Ltd. (numbered ACR_IRS0254157 to ACR_IRS0254171). It is a true and correct copy of a document that the United States received

in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 426.

37. **Defendant's Exhibit 427** submitted with this declaration is an ACR Solution's Group 2010 premium pricing report for Collective Insurance Company, Ltd. (numbered ACR_IRS0284978 to ACR_IRS0284988). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 427.

38. **Defendant's Exhibit 428** submitted with this declaration is an ACR Solution's Group 2011 premium pricing report for Decatur & Premiere Radiology Insurance Company, Ltd. (numbered CLARKSDFL0082445 to CLARKSDFL0082459). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

39. **Defendant's Exhibit 429** submitted with this declaration is an ACR Solution's Group 2014 premium pricing report for BC Insurance Company, Ltd. (numbered ACR_IRS00247770 to ACR_IRS024775). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 429.

40. **Defendant's Exhibit 430** submitted with this declaration is an ACR Solution's Group 2015 premium pricing report for SPARC Global Insurance Company, Ltd. (numbered ACR_IRS0242991 to ACR_IRS0243007). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 430.

41. **Defendant's Exhibit 431** submitted with this declaration is an ACR Solution's Group 2016 premium pricing report for Golden State Insurance Company, Ltd. (numbered ACR_IRS0460188 to ACR_IRS0460201). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Allen Rosenbach of ACR Solutions in this case. **Defendant's Exhibit 439** (also submitted with this declaration) is a business records declaration regarding documents provided by Allen Rosenbach of ACR Solutions, including the document marked as Exhibit 431.

42. **Defendant's Exhibit 432** submitted with this declaration is an email from Celia Clark's office to Ron Freeman dated October 25, 2012 (numbered CLARKSDFL1065889). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

43. **Defendant's Exhibit 433** submitted with this declaration is a memorandum with the subject "December 2009 Risk Distribution Program: Basic Information" (numbered CLARKSDFL1013976 to CLARKSDFL1013977). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

44. **Defendant's Exhibit 434** submitted with this declaration is a memorandum from Celia Clark to Claude Howard (numbered CLA00459 to CLA00460). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Claude Howard Lumber in this case. **Defendant's Exhibit 443** (also submitted with this declaration) is a business records declaration regarding documents provided by Claude Howard Lumber, including the document marked as Exhibit 434.

45. **Defendant's Exhibit 435** submitted with this declaration is an email from Celia Clark to Jeff Walker (numbered CLARK_IRS0172316 to CLARK_IRS0172318). It is a true and correct copy of a document that counsel for Clark produced to the IRS. *See* Stipulation Regarding Authenticity of Documents Produced by Celia R. Clark to the Internal Revenue Services (ECF No. 96).

46. **Defendant's Exhibit 436** submitted with this declaration is a PowerPoint titled "Captive Insurance Companies & Exit" (numbered CLARK_IRS0059931 to CLARK_IRS0059949). It is a true and correct copy of a document that counsel for Clark produced to the IRS. *See* Stipulation Regarding Authenticity of Documents Produced by Celia R. Clark to the Internal Revenue Services (ECF No. 96).

47. **Defendant's Exhibit 437** submitted with this declaration is an email from JJ Shah to Celia Clark (numbered GWIN_003995 to GWIN_003997). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to J.J. Shah of Gwinnett Clinic in this case. **Defendant's Exhibit 438** (also submitted with this declaration) is a business records declaration regarding documents provided by J.J. Shah of Gwinnett Clinic, including the document marked as Exhibit 437.

48. **Defendant's Exhibit 444** submitted with this declaration is an email from Celia

Clark to Sugata Das dated March 10, 2012 numbered CLARKSDFL949438 to CLARKSDFL94939). It is a true and correct copy of a document that counsel for Clark produced to the United States in response to document requests that the United States issued in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of December 2023 in Washington, DC.

>*/s/ Virginia Giannini*
> Virginia Giannini
> Trial Attorney, Tax Division
> United States Department of Justice