

| | |
|---|---|
| From: | Celia Clark <CClark@clarkandgentry.com> |
| To: | Allen Rosenbach |
| CC: | Chris Jarvis |
| Sent: | 5/15/2012 6:35:03 PM |
| Subject: | RE: New Risk Pool |

Yes, this is what I had in mind. If you increase the ceded share of terrorism risk to 71%, you get total ceded premiums of 50.2%.

Can you estimate projected losses on this ceded risk? We think that there will be meaningful deterrents to claims against the pool as follows: 1) Each CIC first has to pay up to its retained limits before the insured can make a claim against the pool; 2) Payments on the primary insurance by the CIC will usually be taxable income to the insured; 3) The insured will have to pay the expense of a third-party claims review; 4) the pool (through a board of directors) will have authority to exclude an insured making excessive claims from future pools.

Thanks for your help,
Celia

Celia R. Clark, Esq.
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
cclark@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

---

**From:** Allen Rosenbach [mailto:arosenbach@comcast.net]
**Sent:** Tuesday, May 15, 2012 10:43 AM
**To:** Celia Clark
**Subject:** RE: New Risk Pool

Celia,

Let's discuss the structure when you have a chance and the meaning of excess.
Limits and risk contribution might also be issue.
i.e. If one account pays 2x the premium for a coverage, how should they cede ? We might need a class factor by coverage to level cessions.

Allen

Allen Rosenbach, FCAS
ACR Solutions Group, Inc.
1800 S Ocean Drive
Suite 804
Hallandale, FL 33009

www.acr4you.com

Office: 908-598-1555
Cell: 786-218-6899

**From:** Celia Clark [mailto:CClark@clarkandgentry.com]
**Sent:** Tuesday, May 15, 2012 6:24 AM
**To:** Allen Rosenbach
**Subject:** Re: New Risk Pool

Al: please jump into this as soon as you can. We need to know if we are on the right track before we get too far along.
Celia

Celia R. Clark, Esq.
Clark & Gentry, P.L.L.C.

570 Lexington Avenue,
Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
cclark@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

On May 14, 2012, at 5:52 PM, "Allen Rosenbach" <arosenbach@comcast.net> wrote:

Chris,

I'll give you a shout when you return or if you have some free time, please call me on my cell.

Regards,

Allen

Allen Rosenbach, FCAS
ACR Solutions Group, Inc.

ACR_IRS0327993

1800 S Ocean Drive
Suite 804
Hallandale, FL 33009

www.acr4you.com

Office: 908-598-1555
Cell: 786-218-6899

---

**From:** Chris Jarvis [mailto:chris@jarvispartners.com]
**Sent:** Monday, May 14, 2012 3:32 PM
**To:** Celia Clark
**Cc:** Allen Rosenbach
**Subject:** Re: New Risk Pool

Alan:

I am on the road until Thursday night. My cell is (512) 484-7379.

Chris


<image001.png>


Christopher R. Jarvis, MBA, CFP®
**(817) 749-5000 office**
**(512) 484-7379 mobile**
**(817) 719-9144 private fax**


**Dallas/Ft. Worth Location**
1205 S. White Chapel Blvd. Suite 260
Southlake, TX 76092

On May 14, 2012, at 2:14 PM, Celia Clark wrote:


Al:  After three years of using terrorism risk through a reinsurance structure to accomplish risk distribution, we are re-designing the pool to include more types of coverage and to increase the shared percentage to 50% in most cases.

We will need your help with the actuarial end of this project.  The proposal is as follows:


1. All policies other than Business Income, Contract Cancellation, Litigation Expense and Tax Indemnity are mostly ceded to the pool.  These four types of coverages seem to be ones people will be most uncomfortable having in the pool.  They are both high probability and high severity.  Aside from these four types of coverage, I suggest 10%-15% of premium in the originating CIC and the excess in the pool.  For the four types of coverage listed, I would reverse the ratios and have the pool take only about 10% of the highest layer of excess coverage (again by premium).

2. We will add terrorism risk to the pool at whatever split we need to get to or above 50%.

3.  The new pooling vehicle, called for now Jade Reinsurance Group, Inc. (to be formed in Alabama), will quota share all pooled risk to the CICs.  Each CIC will be excluded from assuming any risk of an affiliated business.

Can you please assist us with some very preliminary work on the percentage of claims projected in an expected and adverse scenario, using the models you already have for pricing?  Assume we will be using all 18 types of coverage you ranked for us in terms of probability/severity.

Also assume the cost of any claims review, which will be mandatory, will be borne by the business making the claim, not by the CICs.

If you need more information to make your preliminary estimates, please contact the principal of Jade, Chris Jarvis.   His business number is 817-749-5000.  He has an actuarial background, so you two will speak the same language.

When we get a little further on Chris and his partner, Lawrence Anderson, will be retaining you to work on the feasibility study for Jade.

Celia

Celia R. Clark, Esq.
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
cclark@clarkandgentry.com

The information in this email is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this email, or the copying or forwarding of it, by anyone else is unauthorized.  If you are not the intended recipient, please delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.