

**LAW OFFICES OF**
# Celia R. Clark
A PROFESSIONAL SERVICE LIMITED LIABILITY COMPANY

570 Lexington Avenue
17th Floor
New York, NY 10022-6894

(212) 370-4220
(212) 370-4270 fax
www.cclarklaw.com

Celia R. Clark, Partner
cclark@cclarklaw.com
Edgar C. Gentry, Jr., Of Counsel
egentry@cclarklaw.com
Raymond Zeitoune, Associate
rzeitoune@cclarklaw.com
Diana Chen, Associate
dchen@cclarklaw.com
Christine T. Edwards, Paralegal
cedwards@cclarklaw.com

| | |
|---|---|
| **To:** | Allen Rosenbach |
| **From:** | Diana Chen |
| **Re:** | **3 Termites Insurance Company, Ltd. ("3 Termites") – 2010 Policy Renewals** |
| **Date:** | November 30, 2010 |

Our client wishes to renew the following policies issued by 3 Termites expiring on
December 15, 2010:

**Insured:  *Yuma Cardiology Associates***

| Type | Limits | Premiums | Deductible |
|---|---|---|---|
| Administrative Actions | $2,000,000/$2,000,000 | $44,000 | 0 |
| Employment Practices Liability | $2,000,000/$2,000,000 | $48,000 | 0 |
| Litigation Expense | $1,000,000/$1,000,000 | $102,000 | 0 |
| | Total | $194,000 | |

The client also wishes to add the following policies that were cancelled prior to the end of this term:

Type
Business Risk
Business Income

*For 2010-11, the client would like to increase the total premium for the above listed policies to $455,000.*

We have enclosed the following documents on behalf of the Insured to assist you in determining the appropriate policy premiums and limits:

1. Master Application;
2. Employment Practices Supplemental Application;
3. Commercial General Liability Declarations Pages;
4. 2009 Tax Return;
5. 3 Termites 2009-2010 Annual Premium Report;
6. 3 Termites Business Plan; and
7. Client Summary.

Please review the applications and attachments and contact us if you need any additional information.



GOVERNMENT
EXHIBIT
103
PENGAD 800-631-6989

ACR_IRS0272507