

**CLARK & GENTRY, P.L.L.C.**

Attorneys at Law
www.clarkandgentry.com

| | |
|---|---|
| To: | Allen Rosenbach |
| From: | Diana Chen |
| Re: | Feedback Insurance Company, Ltd. ("Feedback") – 2012 Policy Renewal |
| Date: | October 22, 2012 |

Our client wishes to renew the following policies issued by Feedback expiring on December 15, 2012:

*Insured: Chandler One, LLC*

| Type | Limits | Premiums | Deductible |
|---|---|---|---|
| Administrative Actions | $1,000,000/$1,000,000 | $26,000 | 0 |
| Business Risk Indemnity | $1,000,000/$1,000,000 | $50,000 | 0 |
| | Total | $76,000 | |
| | 2012 Premium Target | $100,000-$120,000 | |

*Insured: White Knight Investments, A.C.C.*

| Type | Limits | Premiums | Deductible |
|---|---|---|---|
| Administrative Actions | $1,000,000/$1,000,000 | $28,000 | 0 |
| Business Risk Indemnity | $1,000,000/$2,000,000 | $26,000 | 0 |
| | Total | $54,000 | |
| | 2012 Premium Target | $120,000 | |

*Insured: Junction Development, LLC*

| Type | Limits | Premiums | Deductible |
|---|---|---|---|
| Administrative Actions | $1,000,000/$1,000,000 | $22,000 | 0 |
| Business Risk Indemnity | $1,000,000/$1,000,000 | $35,000 | 0 |
| | Total | $57,000 | |
| | 2012 Premium Target | $40,000-$50,000 | |

*Insured: American Findings Corporation, d/b/a London Gold*

| Type | Limits | Premiums | Deductible |
|---|---|---|---|
| Administrative Actions | $1,000,000/$1,000,000 | $54,000 | 0 |
| Business Income & Extra Exp. | $3,000,000/$3,000,000 | $223,000 | 0 |
| Employee Fidelity | $2,000,000/$2,000,000 | $70,000 | 0 |
| Litigation Expense | $1,000,000/$1,000,000 | $127,000 | 0 |
| Loss of Key Employee | $1,000,000/$1,000,000 | $76,000 | 0 |
| Tax Indemnity | $2,000,000/$2,000,000 | $102,000 | 0 |
| | Total | $652,000 | |
| | 2012 Premium Target | $910,000-$940,000 | |
| | (including Terrorism Risk & General Cost of Defense) | | |

**2011 Direct Policy Total:**   $839,000



GOVERNMENT EXHIBIT 104

ACR_IRS0308443

Allen Rosenbach
October 22, 2012
Page 2 of 2

The 2012 premium target is $1,200,000, if possible, with the premium targets by Insured as indicated above.

The following documents are enclosed on behalf of the Insureds to assist you in determining the appropriate policy premiums and limits:

1. 2012 Confirmation of Prior Years' Applications from all Insureds;
2. 2011 Tax Returns for each of the Insureds;
3. Commercial Insurance for each of the proposed Insureds; and
4. Client Summary.

Please review the attachments and contact me if you need any additional information.

## LAW OFFICES OF
# Celia R. Clark
A PROFESSIONAL SERVICE LIMITED LIABILITY COMPANY

570 Lexington Avenue
17th Floor
New York, NY 10022-6894

(212) 370-4220
(212) 370-4270 fax
www.cclarklaw.com

Celia R. Clark, Partner
cclark@cclarklaw.com
Edgar C. Gentry, Jr., Of Counsel
egentry@cclarklaw.com
Raymond Zeitoune, Associate
rzeitoune@cclarklaw.com
Diana Chen, Associate
dchen@cclarklaw.com
Christine T. Edwards, Paralegal
cedwards@cclarklaw.com

| | |
|---|---|
| To: | Allen Rosenbach |
| From: | Diana Chen |
| Re: | Feedback Insurance Company, Ltd. ("Feedback") – 2010 Policy Renewals |
| Date: | December 2, 2010 |

Our client wishes to renew the following policies issued by Feedback expiring on December 15, 2010:

*Insured: American Findings Corporation, d/b/a London Gold*

| Type | Limits | Premiums | Deductible |
|---|---|---|---|
| Business Income & Extra Exp. | $3,000,000/$3,000,000 | $271,000 | 0 |
| Employee Fidelity | $2,000,000/$2,000,000 | $71,000 | 0 |
| Litigation Expense | $1,000,000/$1,000,000 | $65,000 | 0 |
| Loss of Key Employee | $1,500,000/$1,500,000 | $86,000 | 0 |
| Tax Indemnity | $2,000,000/$2,000,000 | $75,000 | 0 |

Total $568,000

In addition, the client wishes to add the following coverage:

Type
Administrative Actions
Business Risk

*For 2010-11, the client would like to increase the total premium for the above listed policies to $840,000, if possible.*

We have enclosed the following documents on behalf of the Insured to assist you in determining the appropriate policy premiums and limits:

1. Master Application;
2. Employment Practices Supplemental Application;
3. Tax Representations Letter;
4. Insurance Policy Proposal;
5. 2009 Tax Return;
6. Feedback 2009-2010 Annual Premium Report;
7. Feedback Business Plan; and
8. Client Summary.

Please review the applications and attachments and contact us if you need any additional information.


GOVERNMENT EXHIBIT 105

ACR_IRS0273183