| | |
|---|---|
| From: | Amanda Moore <AMoore@cclarklaw.com> |
| To: | Allen Rosenbach |
| CC: | Celia Clark |
| Sent: | 12/9/2009 11:03:32 PM |
| Subject: | TMDK Insurance Company - ACS and CCP |
| Attachments: | ACS - Liability Insurance v1_0.pdf; ACS SIGNED Master Application & Supplementals - DOC015 v2_0.PDF; Air Control Systems, Inc. 2007 Form 1120 v1_0.pdf; Air Control Systems, Inc. 2008 Form 1120 v1_0.pdf; CCI SIGNED Master Application & Supplementals - DOC016 v1_0.PDF |

Allen,

Attached please find the following files for The TMDK Insurance Company:
1. ACS - Master & Supplemental Applications
2. ACS - 2007 & 2008 Tax Returns
3. ACS - Commercial Insurance
4. CCP - Master & Supplemental Applications

Because of its size (7.51 MB), the ACS Product Liability Supplemental Application will come by separate email.

The completed ACS Computer Application is not yet returned and the ACS 2006 Tax Return is one request.

The target premium is $840,000:
- ACS $740,000
- CCP $100,000

Thank you,
Amanda

Amanda Moore
Law Offices of Celia R. Clark, P.L.L.C.
570 Lexington Avenue, 17th Floor
New York, NY 10022-6894
(212) 370-4220
(212) 370-4270 (fax)
amoore@cclarklaw.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.



GOVERNMENT EXHIBIT 108

ACR_IRS0254925