| | |
|---|---|
| From: | Brenda Levine <BLevine@cclarklaw.com> |
| To: | arosenbach@comcast.net |
| CC: | Celia Clark |
| Sent: | 8/20/2010 6:28:28 PM |
| Subject: | Daystar and Contenders pricing |

Al,

I spoke to Celia.

The target premium is $840,000 for both CIC's.
Insurance coverage is the same.
Dates stay the same.

She also asked if you could price the December policies that are coming due for renewal as well as the September ones.

I will also send you an email (probably Monday) on the write-ups that are still needed.

With many thanks.

Brenda

Brenda Levine
Law Offices of Celia R. Clark, PLLC
570 Lexington Avenue, 17th Floor
New York, NY 10022-6894
(212) 370-4220
(212) 370-4270 (fax)
blevine@cclarklaw.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.



GOVERNMENT EXHIBIT 109

ACR_IRS0262068