| | |
|---|---|
| From: | Celia Clark <CClark@cclarklaw.com> |
| To: | Allen |
| Sent: | 11/30/2010 3:00:54 PM |
| Subject: | RE: Specialized/Worldwide |

Al: The applications were carefully completed. What you have to understand is that Shepherd runs a one-man operation, with everything outsourced and employees leased through a PEO. So the application forms were not a good fit. I told him to complete them as if his businesses actually did the various operations and maintained the employees, because that would better show you what they were doing. I believe Stan explained this to you. I personally do not find this hard to understand. I am not sure why you have a problem, particularly if you have reviewed the business plan.

I went back to the client and asked about the assets of the Trust and Monument Osage. He had to take a half hour of his time to put together the information. I have spent another three hours n the phone with the client. He has patiently explained how his businesses work and has identified the business risks, and I have set it all down in the business plan. He has almost no commercial coverage.

You have to go back and look at this again. If you don't see the risks as the client does, what other risks do you see?

Celia

---

**From:** Allen [mailto:arosenbach@comcast.net]
**Sent:** Tuesday, November 23, 2010 2:16 PM
**To:** Celia Clark
**Subject:** RE: Specialized/Worldwide

Celia,

We need to discuss this issue on the phone. When an application is empty and incomplete I cannot just make up information. I can fill in the missing pieces when there are other pieces.

Please call ASAP.

Thanks

Allen

Allen Rosenbach, FCAS
ACR Solutions Group
1800 S Ocean Drive, Suite 804
Hallandale, FL 33009

http://www.acr4you.com/

Cell: 786-218-6899
Office: 908-598-1555

---

**From:** Celia Clark [mailto:CClark@cclarklaw.com]
**Sent:** Tuesday, November 23, 2010 1:31 PM
**To:** Allen
**Subject:** RE: Specialized/Worldwide

ACR_IRS0272382



GOVERNMENT EXHIBIT 113

Al: I have a problem with how you are handling this account. Yesterday we gave you answers to all the questions you raised, except for Monument Osage and the Shepherd Trust. Actually, most of your questions were answered in the Business Plan. I spoke to Jim today and he gave me asset information for MO and the Trust, which I will forward to you. Frankly I do not see that this information will make any difference to your analysis of the business operations of each entity.

The problem I have is that you are not working according to the procedures we put in place last summer. At your request we totally re-designed the policy applications, which you approved. It seems to me you have to go with what the clients disclose on these applications, plus the Business Plan, tax returns and commercial insurance. It should be the exceptional case that requires large amounts of our time to inquire further. Instead, it seems that you have questions, and then more questions, about almost every case.

If you have an unknown factor, could you not take either an average value, or one indicating more risk rather than less? If I don't respond to Traveler's audit of my business coverage, I get a premium increase. Is this not how most commercial underwriters operate?

Your estimate for Jim Shepherd's entities is not even close to target.

Also, we are just plain going to run out of time this year if we have to keep going back to the clients. We are all under pressure. Please do the best you can with the information we get from the clients. Make it the exception, not the rule, that we have to go back.

Celia

---

**From:** Allen [mailto:arosenbach@comcast.net]
**Sent:** Monday, November 22, 2010 3:45 PM
**To:** Stan Alenkin; Celia Clark
**Cc:** arosenbach@comcast.net
**Subject:** Specialized/Worldwide

Stan/Celia,

Here is my first pass based upon the sketchy info.
I have no info of what assets are under and what type of transactions and how many are processed by Monument.
No claim details were provided for the past product recall for NMC.
What are the assets of Shepherd Trust in and what is done with them ?
What is being built by Grycyzk besides residential /agriculture. Please list the phases for each project along with cost of material/market costs.

Let's discuss at your convenience.

Thanks

Allen Rosenbach, FCAS
ACR Solutions Group
1800 S Ocean Drive, Suite 804
Hallandale, FL 33009

http://www.acr4you.com/

Cell: 786-218-6899
Office: 908-598-1555

ACR_IRS0272383