RMS Solutions

# Tri-Lateral Insurance Company, Ltd.

## 2007-08 Policy Period
## Insurance Premium Funding Estimates
### December 19, 2007



December 19, 2007

Ms. Celia R. Clark, Esquire
Law Offices of Celia R. Clark, P.L.L.C.
570 Lexington Avenue, 17th Floor
New York, New York 10022-6894

**Re:  Tri-Lateral Insurance Company, Ltd.
2007-08 Insurance Policy Premium Estimates**

Dear Ms. Clark:

Enclosed please find our report regarding projected premium funding estimates for insurance policies expected to be issued by **Tri-Lateral Insurance Company, Ltd.** ("the Company") with a **December 15, 2007** effective date. The rates, rating factors and judgment used to develop the premium estimates presented herein are specific to risks and exposures as described in the underwriting materials provided for our review.

It has been my pleasure to work on this project. Please do not hesitate to call if you have any questions as you review this report.

Sincerely,

*[signature]*

Peter S. Rauner, FCAS, MAAA
Ph:   (773) 864-8294
Fax:  (847) 615-2183

*Tri-Lateral Insurance Company, Ltd.*
*2007-08 Policy Year Premium Estimates*

# Table of Contents

Purpose and Scope                     2

Distribution and Use                  2

Reliances and Limitations             3

Premium Funding Estimates             5

Methodology & Assumptions             6

Index of Exhibits                     8

*Tri-Lateral Insurance Company, Ltd.*
*2007-08 Policy Year Premium Estimates*

## Purpose and Scope

The Law Offices of Celia R. Clark, P.L.L.C. ("CRC") has retained RMS Solutions, Inc. ("RMS") to project premium funding estimates for insurance policies expected to be issued by certain client captive insurance companies. The actual funding for liabilities assumed through the issuance of insurance contracts is the responsibility of the Company's management. RMS' responsibility under this engagement is to develop reasonable premium estimates for insurance policies expected to be issued by **Tri-Lateral Insurance Company, Ltd.** ("the Company"), a non-admitted captive insurance company with a **December 15, 2007** effective date. This report does not express an accounting opinion on any items reported in any financial statements filed by the Company.

## Distribution and Use

This report and the opinions and conclusions contained herein are provided solely for the internal use of CRC, Company management and the named insured(s) in determining reasonable premium estimates for the proposed insurance policies. We understand that copies of this report may be provided to regulators and/ or external auditors. Permission is hereby granted for this distribution on the condition that the report is distributed in its entirety as opposed to any excerpt thereof. Any further distribution or use without written consent is not authorized.

Any third party recipient(s) of this report (i.e., parties other than CRC, Company management and the named insureds) should understand that this report in no way relieves them of the responsibility to perform their own due diligence and should place no reliance on this report or the data contained herein without independent verification. Furthermore, reliance on this report or the data contained herein by any third party does not create any duty or liability on behalf of RMS to the third party.

RMS-013964

## Reliances and Limitations

### General

This report utilizes generally accepted actuarial methods and practices that we believe are appropriate and that lead to reasonable conclusions, given the information currently available. However, due to the nature of the insurance loss process, the projection of insurance liabilities is inherently subject to significant uncertainty. Liability exposures, in particular, are typically characterized by extremely volatile claims experience. Consequently, actual results are expected to vary, sometimes significantly, from the point estimates presented in this report.

The conclusions and indications contained in this report are predicated on a number of assumptions as to future conditions and events. These assumptions, which are documented in subsequent sections of this report, must be understood in order to place the conclusions in their appropriate context. Throughout our analysis, we have employed reasonable actuarial techniques and judgment based on currently accepted practices and procedures to project the estimates presented in this report. However, no assurance can be made that these estimates will prove to be adequate or not excessive until all related claims are closed.

Nothing in this report should be construed as recommending that the Company should or should not assume risk through the issuance of insurance contracts. Many factors other than the projection of prospective premium funding amounts should be considered in making this decision. Further, no guarantee should be inferred by this report that the ultimate cost of all obligations assumed by the Company will necessarily be satisfied by the revenues generated from the estimates presented herein.

### Data Reliance

Throughout this analysis we have relied, without audit or verification, on historical data as presented in regulatory filings made by insurance carriers offering

*Tri-Lateral Insurance Company, Ltd.*
*2007-08 Policy Year Premium Estimates*

insurance products similar to those subject to our analysis. In addition, we have relied on data and representations reported in the various applications and attachments provided by the Company for our review. Our reliance is based on oral and/or written confirmation, by responsible officers or their representatives, of the quality, accuracy and completeness of the data and information supplied. To the extent that material differences in the data and/or information relied upon in this analysis are revealed through subsequent review or audit, it is the responsibility of the Company to notify us of these differences so they may be properly reflected.

We have also relied, without audit or verification, on information and data from relevant insurance industry sources to develop the indications presented in this report. The industry experience referenced herein was obtained from documents submitted to the insurance regulatory authorities in the jurisdiction(s) subject to this analysis and made available to the public.

In its entirety, this report is intended to summarize our analysis with respect to the assumptions, data and sources that lead to the indications presented herein. Each section of this report has been prepared to document relevant actuarial judgments and assumptions employed and should be considered an integral part of this report.

## Premium Funding Estimates

The table below presents our estimates of annual premium funding for the proposed insurance policies expected to be issued by the Company with a **December 15, 2007** effective date.

| Tri-Lateral Insurance Company, Ltd. 2007-08 Annual Premium Funding Estimates | | | |
|---|---|---|---|
| | | Limits of Liability | |
| Policy Type | Annual Premium | Per Occurrence | Policy Aggregate |
| Administrative Actions | $58,400 | $1,000,000 | $2,000,000 |
| Business Risk Indemnity | $313,200 | $2,000,000 | $2,000,000 |
| Contract Cancellation | $250,900 | $1,000,000 | $1,000,000 |
| Litigation Expense | $213,100 | $1,000,000 | $1,000,000 |
| All Policies | $835,600 | | |

Note:  All premium estimates and limits of liability are presented in United States dollars.

*Tri-Lateral Insurance Company, Ltd.*
*2007-08 Policy Year Premium Estimates*

## Methodology and Assumptions

The premium funding estimates presented in this report are based on rates and rating factors developed, in a separate proprietary analysis, specifically targeting the exposures and coverage offerings represented in the insurance policies issued by the captive insurance companies under CRC management. The following sections of this report provide a brief description of the methods and assumptions used to develop the projected annual premium funding estimates.

### *Underwriting Profiles*

The premium projections presented in this report are predicated on data and representations provided by the Company in the applications for insurance and their attachments which we used to develop a profile of the exposures covered by the proposed insurance policies. Our interpretation of this data lead to the exposure classifications, base rates and rating factors used to derive the premium estimates. It is assumed that this information is accurate and consistent for the purposes of developing reasonable premium estimates for insurance policies to be issued by the Company.

### *Premium Rates and Rating Factors*

In a separate, proprietary analysis performed by RMS, we developed rates and rating factors for use in pricing the insurance policies commonly issued by the captive insurance companies under CRC management. Where comparable coverages were identified, the base rates and rating factors developed in this report were based on a survey of rating plans obtained from regulatory filings submitted by commercial insurance carriers in the United States of America. It is assumed that the commercial rates and rating factors selected represent a reasonable basis from which to develop premium estimates for comparable coverages provided by the Company. Where comparable coverages were unavailable, we used professional judgment to develop reasonable rating guidelines to reflect the expected loss potentials. It is assumed that the judgments employed and the

*RMS Solutions*

rating guidelines selected provide a reasonable basis to develop premium estimates for the coverages not readily available in the commercial insurance market.

### Coverage Comparisons

As described above, the base rates and rating factors used to develop the premium estimates present in this report were selected based on a survey of rating plans currently utilized by commercial insurance carriers providing similar coverages. However, many of the coverages provided by the Company are either unavailable or unaffordable in the commercial insurance market. As a result, adjustments were made to modify the commercial rates and rating factors to reflect our interpretations of the differences in the captive insurance policies. These adjustments were judgmentally selected based on our perception of the exposure to loss reflected in the proposed coverages relative the coverage provided by the surveyed commercial insurance policies. It is assumed that the premium modifiers reasonably reflect the inherent differences in exposure to loss between the insurance coverage provided by the Company and the coverage reflected in the commercial insurance policies.

### Expenses

It is assumed that the ultimate costs of all operating expenses related to the Company are appropriately reflected in the base rates and/or the coverage modifiers used to develop the premium estimates presented in this report. That is, although the individual components will differ, we have assumed that the portion of the surveyed commercial carriers' base rates attributable to operating expenses and underwriting profit will be consistent with the Company's prospective operating expenses and margin for adverse claim development.

*Tri-Lateral Insurance Company, Ltd.*
*2007-08 Policy Year Premium Estimates*

# Index of Exhibits

| Exhibit | Description |
| --- | --- |
| 1 | 2007-08 Policy Premium Summary |
| 2 | Administrative Actions Insurance |
| 3 | Business Risk Indemnity Insurance |
| 4 | Contract Cancellation Insurance |
| 5 | Litigation Expense Insurance |

**TRI-LATERAL INSURANCE COMPANY, LTD.**                              EXHIBIT 1

2007-08 POLICY PREMIUM SUMMARY

| Policy Name | Named Insured(s) | Policy Premium | Per Event Limit |
|---|---|---:|---:|
| Administrative Actions | Treatment Systems, Inc. | 58,400 | 1,000,000 |
| Business Risk Indemnity | Treatment Systems, Inc. | 313,200 | 2,000,000 |
| Contract Cancellation | Treatment Systems, Inc. | 250,900 | 1,000,000 |
| Litigation Expense | Treatment Systems, Inc. | 213,100 | 1,000,000 |
| TOTAL | | 835,600 | 5,000,000 |

*RMS Solutions*

RMS-013971

EXHIBIT 2

# TRI-LATERAL INSURANCE COMPANY, LTD.

ADMINISTRATIVE ACTIONS INSURANCE
POLICY PREMIUM RATING SUMMARY

Insured Name(s):  Treatment Systems, Inc.
                  dba Medical Treatment Systems

Policy Form:      Claims Made

Coverage Dates:

| | |
|---|---|
| Retroactive Date | 12/15/2007 |
| Effective Date | 12/15/2007 |
| Expiration Date | 12/15/2008 |

Primary Industry Classification:                                    Retail

Most recent annual values:

| | |
|---|---|
| Gross Sales/Receipts | 8,000,000 |
| Number of Employees | 35 |

Policy Limits of Liability:

| | Per Event | Policy Aggregate |
|---|---|---|
| Underlying Limits: | 0 | 0 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 1,000,000 | 2,000,000 |

Endorsements/Coverage Extensions:

    X  Fines & Penalties

Policy Rating Calculations:

| | |
|---|---|
| 47,325 | Base Premium |
| 1.30 | Cls Made Factor |
| 2.30 | Deductible Factor |
| 1,000,000 | Policy Limits |
| 1.250 | Limit Factor |
| 0.300 | Coverage Factor |
| 1.100 | Endorsement Factor |
| 58,400 | Policy Premium (rounded to nearest $100) |

*RMS Solutions*

RMS-013972

EXHIBIT 3

# TRI-LATERAL INSURANCE COMPANY, LTD.

BUSINESS RISK INDEMNITY INSURANCE
POLICY PREMIUM RATING SUMMARY

Insured Name(s): **Treatment Systems, Inc. dba Medical Treatment Systems**

Policy Form: **Claims Made**

Policy Period:

| | |
|---|---|
| Retroactive Date | 12/15/2007 |
| Effective | 12/15/2007 |
| Expiration | 12/15/2008 |

Primary Industry Classification: **Retail**

Most recent annual values:

| | |
|---|---|
| Gross Sales/Receipts | 8,000,000 |
| Occupied Sq Footage | 12,000 |

Policy Limits of Liability:

| | Per Event | Policy Aggregate |
|---|---|---|
| **Coverage A: Premises & Operations** | | |
| Underlying Limits: | 1,000,000 | 2,000,000 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 2,000,000 | 2,000,000 |
| **Coverage B: Products & Completed Operations** | | |
| Underlying Limits: | 1,000,000 | 2,000,000 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 2,000,000 | 2,000,000 |
| **Coverage C: Business Errors & Omissions** | | |
| Underlying Limits: | 0 | 0 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 2,000,000 | 2,000,000 |

Endorsements/Coverage Extensions:

- X  Earthquake
- X  Computer Ops/Data
- X  Business Errors & Omissions
- X  Products/Complete Operations
- X  Schedule of Underlying

RMS-013973

EXHIBIT 3

# TRI-LATERAL INSURANCE COMPANY, LTD.

BUSINESS RISK INDEMNITY INSURANCE
POLICY PREMIUM RATING SUMMARY

Insured Name(s):   Treatment Systems, Inc.
                   dba Medical Treatment Systems

Policy Form:       Claims Made

Policy Period:

| | |
|---|---|
| Retroactive Date | 12/15/2007 |
| Effective | 12/15/2007 |
| Expiration | 12/15/2008 |

Policy Rating Calculations:

### Coverage A:  Premises & Operations

| | |
|---:|---|
| 7,055,000 | Gross Receipts |
| 13.195 | Base Rate per $1,000 |
| 0.434 | Limit Factor |
| 2.059 | Endorsement(s) Factor |
| 83,200 | Coverage A Premium |

### Coverage B:  Products & Completed Operations

| | |
|---:|---|
| 1,245,000 | Gross Receipts |
| 2.590 | Base Rate per $1,000 |
| 0.667 | Limit Factor |
| 1.000 | Endorsement(s) Factor |
| 2,200 | Coverage B Premium |

### Coverage C:  Business Errors & Omissions

| | |
|---:|---|
| 43,545 | Base Premium |
| 1.300 | Cls Made Factor |
| 2.300 | Deductible Factor |
| 1.400 | Limit Factor |
| 1.250 | Endorsement(s) Factor |
| 227,800 | Coverage C Premium |

| | |
|---:|---|
| 313,200 | Policy Premium (rounded to nearest $100) |

EXHIBIT 4

# TRI-LATERAL INSURANCE COMPANY, LTD.

## CONTRACT CANCELLATION INSURANCE
## POLICY PREMIUM RATING SUMMARY

| | | |
|---|---|---|
| Insured Name(s): | Treatment Systems, Inc. dba Medical Treatment Systems | |
| Policy Form: | Claims Made | |

Policy Period:

| | |
|---|---|
| Retroactive Date | 12/15/2007 |
| Effective | 12/15/2007 |
| Expiration | 12/15/2008 |

| | |
|---|---|
| Primary Industry Classification: | Retail |

Most recent annual values:

| | |
|---|---|
| Gross Sales/Receipts | 8,000,000 |
| Net Income | 1,918,324 |

| Policy Limits of Liability: | Per Event | Policy Aggregate |
|---|---|---|
| Underlying Limits: | 0 | 0 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 1,000,000 | 1,000,000 |

Policy Rating Calculations:

| | |
|---|---|
| Projected Gross Contract Income | 1,672,764 |
| Prob(Cause of Loss) | 20.0% |
| Prorata Loss Event Factor | 0.750 |
| Policy Rating Factor | 0.15 |
| Policy Premium (rounded to nearest $100) | 250,900 |

*RMS Solutions*

RMS-013975

EXHIBIT 5

# TRI-LATERAL INSURANCE COMPANY, LTD.

## LITIGATION EXPENSE INSURANCE
## POLICY PREMIUM RATING SUMMARY

Insured Name(s):  Treatment Systems, Inc.
                  dba Medical Treatment Systems

Policy Form:  Claims Made

Policy Period:

| | |
|---|---|
| Retroactive Date | 12/15/2007 |
| Effective | 12/15/2007 |
| Expiration | 12/15/2008 |

Primary Industry Classification:  Retail

Most recent annual values:

| | |
|---|---|
| Gross Sales/Receipts | 8,000,000 |
| Occupied Sq Footage | 12,000 |

Policy Limits of Liability:

| | Per Event | Policy Aggregate |
|---|---|---|
| Underlying Limits: | 0 | 0 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 1,000,000 | 1,000,000 |

Endorsements/Coverage Extensions:

   X   Schedule of Other Liability Insurance

Policy Rating Calculations:

| | |
|---|---|
| 178,112 | Expected Liability Loss & LAE Costs |
| 0.200 | LAE Factor |
| 2.393 | Policy Limit Factor |
| 2.500 | Industry Group Factor |
| 1.000 | Endorsement(s) Factor |
| 213,100 | Policy Premium (rounded to nearest $100) |

*RMS Solutions*

RMS-013976