GOVERNMENT
EXHIBIT
119

| | |
|---|---|
| From: | Allen Rosenbach |
| To: | "Celia Clark" |
| Cc: | "Allen Rosenbach" |
| Subject: | Actuarial Report |
| Date: | Thursday, July 07, 2011 1:06:00 PM |
| Attachments: | model_____.doc |

Celia,

Attached please find the start of a model account documentation package.
I think that the model will need more account documentation, perhaps in a separate file.

Support for coverages and assumptions will also need more documentation and maybe more data.

One-off lines will require more support, i.e. bankruptcy insurance.

I think we should take larger, more judgmentally coverages like business income, tax, and cancellation and attack these first.

I don't really have an idea how this should impact pricing yet.

Let's discuss.

Allen


Allen Rosenbach, FCAS
ACR Solutions Group
1800 S Ocean Drive, Suite 804
Hallandale, FL 33009

http://www.acr4you.com/

Cell: 786-218-6899
Office: 908-598-1555

SOF029766

Docket Nos. 26547-13, et al
Exhibit No. 623-J

WILSON-330710

**General Disclosures:** Law Offices of Celia R. Clark, P.L.L.C. ("CRC")

**Background:**

Since the captives tend be controlled and/or owned by the insured and typically are formed to be taxed only on investment income, a plethora of potential issues may arise. These issues raise the uncertainty in the pricing of the exposures.

Insured's desire a premium as close to $1.2 million and minimal claims to maximize their tax write-offs. This may have a tendency to overstate exposures and minimize reporting of claims. For example, an insured may have a specific claim covered under their business income policy and choose not to report the claim captive. The motivation may be to let the loss flow through the normal taxable income as opposed to flowing through the captive.

In a similar fashion insureds may have internal knowledge of business situations that pose severe risk, and design coverage for this particular risk. This type of coverage generally is very expensive and again has the potential to underreport the claims.

Additionally, since these captives are wholly owned by the insured, the solvency of these captives does not affect guarantee funds or other policyholders. This tends to minimize the regulatory requirements for these captives.

SOF029767

Docket Nos. 26547-13, et al
Exhibit No. 623-J

WILSON-330711

## Captive Pricing Model

Typically, in traditional commercial ratemaking historical data is used to form base rates. The base rates are modified with time and are also adjusted based upon the accounts size with plans utilizing loss rating, experience rating and schedule rating. The absence of databases and statistics, whether credible, relevant or appropriate, does not deter underwriters and actuaries from taking on risk and determining rates. Reinsurance underwriters, Lloyds, Excess & Surplus, Cat. Markets continue to use their own approaches and guidelines to issue customize coverages at various rate levels.

The plethora of rating methodologies take into account many factors (i.e. competitive pressures, cost of capital, rates of return, funding requirements, volatility, risk load, profit, contingencies, regulatory constraints, PML's, credibility, etc.) whether databases, cat models, excess of loss models, simulations are used all require substantial judgment.

The philosophy of ACR's Pricing Models started with base rates, rating factors, schedule rating factors, and judgment rating from mostly public sources obtained from various State Insurance Departments, Bureaus and Specialty Markets. Other coverages were based upon similar rating structures with based rates determined by judgment. Overall, rates are reviewed for each coverage to ensure a reasonable and conservative rate per limit. This base was selected as the best reasonable standard for ACR's Pricing Model.

As new coverages are added or revised judgments are made as to the impact for a given account and/or base rates. In additional from time to time, market rate changes and coverages are reviewed. There are occasions when the judgment of industry experts are used to determine base rates where experience may not exist. Sometimes the rates used from prior years by other professionals used by CRC in past are benchmarks for the current period subject to appropriate modifications.

Also, the rates for some coverages need adjustment due to size of accounts and the applicability of underlying rate/exposure base and limits of coverage.

It is the recommendation of ACR that CRC builds a database of claims from each of their clients for claims by coverage that have occurred whether coverage was purchased or not. As the database matures and experience is captured, the base rates and factors can be reviewed and tailored. A database should be created to capture premium and loss statistics by claim, account policy/effective line and industry segment. Insufficient statistics are not available in order to generate credible rates.

As referenced earlier, theses captives pose additional challenges in their potential to underreport claims, manipulate the outcome of claims, manipulate the revenue/exposure base. The impact of theses items also tend to be mitigated or financially protected because of their setup and regulation.

Account disclosures:
(Perhaps a checklist).

All of the data provided for pricing/funding for the captive are under the direction of Celia Clark, Partner of CLC Law Practice.

Applications tend to be incomplete, or out of date. Since these applications are critical to determine risk and price conservative assumptions fill the gap.

Most coverages are assumed to be mature claims made polices.

At times, the business plans are outdated and lack key financial data.

Audited exposures are not usually available.

Distinctions at times between types of employees, temporary employees, leased or contractors or owners are not always clear.

Captives with multiple insureds may have overlap within the applications.