| | |
|---|---|
| From: | Diana Chen <DChen@cclarklaw.com> |
| To: | Allen |
| CC: | Celia Clark |
| Sent: | 12/21/2010 10:03:17 PM |
| Subject: | RE: saddleback |



Hi Al,

The method is what we need. However, the client let us know today that he wants to increase his premium target by another $100K total coming from ASC or CPM. Can you please take one more look and see if there is any way we could manage that additional $100K?

Diana

Diana Chen, Esq.
Law Offices of Celia R. Clark, p.l.l.c.
570 Lexington Avenue, 17th Floor
New York, NY 10022-6894
(212) 370-4220
(212) 370-4270 (fax)
dchen@cclarklaw.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

---

**From:** Allen [mailto:arosenbach@comcast.net]
**Sent:** Tuesday, December 21, 2010 2:29 PM
**To:** Celia Clark; Diana Chen
**Subject:** saddleback

The target was raised to an annual premium of 508k pro-rated down at .833 to get 420k.
Is this what you need ?

Allen Rosenbach, FCAS
ACR Solutions Group
1800 S Ocean Drive, Suite 804
Hallandale, FL 33009

ACR_IRS0276821

http://www.acr4you.com/

Cell: 786-218-6899
Office: 908-598-1555

ACR_IRS0276822