**GOVERNMENT EXHIBIT 122**

| | |
|---|---|
| From: | Allen Rosenbach <arosenbach@comcast.net> |
| To: | 'Celia Clark' |
| CC: | 'Diana Chen' |
| Sent: | 11/2/2010 5:14:00 PM |
| Subject: | RE: P&J |
| Attachments: | 1. Black and White v2.pdf; 2. Brain Waves v2.pdf; 3. Intella v2.pdf |

As requested.

Allen

Allen Rosenbach, FCAS
ACR Solutions Group, Inc.
1800 S Ocean Drive
Suite 804
Hallandale, FL 33009

www.acr4you.com

Office: 908-598-1555
Cell: 786-218-6899

---

**From:** Celia Clark [mailto:CClark@cclarklaw.com]
**Sent:** Thursday, October 28, 2010 2:59 PM
**To:** Allen Rosenbach
**Cc:** Diana Chen
**Subject:** P&J

Al: We have just spoken to the client and he has figured out that the 3 insureds of P&J are not going to be able to renew all the policies expiring 10/10. His target premium for the renewal policies is $308,000. He doesn't have a particular preference as to which policies to keep and which to drop. He hopes to ramp back up again next year. Also, he asked that you call him, rather than Michele, with any questions not answered on the applications.

His number is 609-308-3600.

Thanks,
Celia

Celia R. Clark, Esq.
Law Offices of Celia R. Clark, P.L.L.C.
570 Lexington Avenue, 17th Floor
New York, NY 10022-6894
(212) 370-4220
(212) 370-4270 (fax)
cclark@cclarklaw.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this

communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

ACR_IRS0266471