

GOVERNMENT EXHIBIT 123

| | |
|---|---|
| From: | Allen Rosenbach <arosenbach@comcast.net> |
| To: | 'Celia Clark' |
| CC: | 'Allen Rosenbach'; Sukanya Ghosh |
| Sent: | 11/16/2010 4:21:08 PM |
| Subject: | RE: BKJ Insurance Company, Ltd. - 2010 PREMIUM PRICING |
| Attachments: | bkj 2. DOH v3.pdf |

Celia,

I pushed the envelop and added some coverage and raised limits.
See what you think.

Allen

Allen Rosenbach, FCAS
ACR Solutions Group, Inc.
1800 S Ocean Drive
Suite 804
Hallandale, FL 33009

www.acr4you.com

Office:908-598-1555
Cell: 786-218-6899

---

**From:** Celia Clark [mailto:CClark@cclarklaw.com]
**Sent:** Monday, November 15, 2010 12:07 PM
**To:** Allen Rosenbach
**Subject:** RE: BKJ Insurance Company, Ltd. - 2010 PREMIUM PRICING

Al: It seems GS is having a very bad year (net loss) and DOH is the "cash cow." The client is asking if you can reallocate as much insurance as possible from GS to DOH?
Celia

---

**From:** Allen Rosenbach [mailto:arosenbach@comcast.net]
**Sent:** Tuesday, October 26, 2010 1:02 PM
**To:** Sukanya Ghosh
**Cc:** Celia Clark
**Subject:** RE: BKJ Insurance Company, Ltd. - 2010 PREMIUM PRICING

Sukayna,

I'm sure we can close by adding more coverage and raising limits assuming the revenue are in line.

Allen

Allen Rosenbach, FCAS
ACR Solutions Group, Inc.
1800 S Ocean Drive

ACR_IRS0269470

Suite 804
Hallandale, FL 33009

www.acr4you.com

Office: 908-598-1555
Cell: 786-218-6899

---

**From:** Sukanya Ghosh [mailto:SGhosh@cclarklaw.com]
**Sent:** Tuesday, October 26, 2010 12:46 PM
**To:** arosenbach@comcast.net
**Cc:** Celia Clark
**Subject:** FW: BKJ Insurance Company, Ltd. - 2010 PREMIUM PRICING

Al:

The client wants to know whether BKJ will be able to <u>increase coverage to above 1 million next year</u> by adding additional lines for DOS and GS? See John Kelly's email below.

Sukanya

---

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

---

**From:** John Kelly [mailto:John@ojmgroup.com]
**Sent:** Tuesday, October 26, 2010 12:34 PM
**To:** Sukanya Ghosh
**Cc:** Celia Clark
**Subject:** RE: BKJ Insurance Company, Ltd. - 2010 PREMIUM PRICING

Sukanya,

Can I assume that for 2011 there will be additional lines of insurance to purchase that may raise premiums up to or above $1.0mm?

Best.

John

**John K. Kelly**
OJM Group
2400 E. Arizona Biltmore Circle, Suite 1100
Phoenix, AZ 85016
(877) 661-8657
john@ojmgroup.com
www.ojmgroup.com

John K. Kelly is an Investment Advisor Representative offering Investment Advisory Services through OJM Group, LLC, a Registered

Investment Advisor.

Any advice contained in this message, or any attachments, was not written and is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties with respect to taxes that may be imposed upon the taxpayer. (See IRS Circular 230)

This email, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution, or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this email immediately.

---

**From:** Sukanya Ghosh [mailto:SGhosh@cclarklaw.com]
**Sent:** Tuesday, October 26, 2010 9:08 AM
**To:** John Kelly; Barb Jackson
**Cc:** Celia Clark
**Subject:** FW: BKJ Insurance Company, Ltd. - 2010 PREMIUM PRICING

Please review the attached premium pricing for BKJ Insurance. The actuary came up with total premiums of $211,000 for GS and $185,000 for DOH.
Risk distribution will be an additional $204,000 above these amounts to get to the target $600,000 in premiums.
Please let us know if you approve these premium amounts.
Sukanya

---

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

---

**From:** Allen Rosenbach [mailto:arosenbach@comcast.net]
**Sent:** Tuesday, October 26, 2010 11:56 AM
**To:** Celia Clark
**Cc:** 'Allen Rosenbach'
**Subject:** RE: BKJ Insurance Company, Ltd.

Celia,

Here is the slightly revised BKJ.


Allen

Allen Rosenbach, FCAS
ACR Solutions Group, Inc.
1800 S Ocean Drive
Suite 804
Hallandale, FL 33009

www.acr4you.com

Office: 908-598-1555
Cell: 786-218-6899

**From:** Celia Clark [mailto:CClark@cclarklaw.com]
**Sent:** Monday, October 25, 2010 1:53 PM
**To:** Allen Rosenbach
**Subject:** FW: BKJ Insurance Company, Ltd.

---

**From:** John Kelly [mailto:John@ojmgroup.com]
**Sent:** Monday, October 25, 2010 1:39 PM
**To:** Sukanya Ghosh
**Subject:** FW: BKJ Insurance Company, Ltd.

Per your request. Let me know if these answers are sufficient.

Best,

John

**John K. Kelly**
OJM Group
2400 E. Arizona Biltmore Circle, Suite 1100
Phoenix, AZ 85016
(877) 661-8657
john@ojmgroup.com
www.ojmgroup.com

John K. Kelly is an Investment Advisor Representative offering Investment Advisory Services through OJM Group, LLC, a Registered Investment Advisor.

Any advice contained in this message, or any attachments, was not written and is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties with respect to taxes that may be imposed upon the taxpayer. (See IRS Circular 230)

This email, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution, or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this email immediately.

---

**From:** bjackson@geriatricsolutionsllc.com [mailto:bjackson@geriatricsolutionsllc.com]
**Sent:** Friday, October 22, 2010 5:41 PM
**To:** John Kelly
**Subject:** Re: BKJ Insurance Company, Ltd.

Answers are
1. Both entities take care of the patient in their home but no revenue comes at the visit. The insurance companies are sent our claims and they send the payments to our office. I don't know if that answers you or not

2. All named are correct except Karen Rich. She is a nurse not a doctor. Nurses are easy to hire but docs are very very scarce.

3. Hospice contracts with them to be medical directors. So they do not employ any.

4. Many patients are in common. GS refers terminal patients for hospice and if they qualify they are certified and cared for. A few are referred by outside doctors to DOH but most are from GS. GS has about 1500 patients of which about 60 are on hospice. There are two employed GS docs who are contracted to be medical directors at DOH. The others are merely referrers to both ours and other hospices.

ACR_IRS0269473

Hope this answers the questions.

Barb. BTW. Having a nice time. Got two dives in this morning.
Sent from my Verizon Wireless Phone

----- Reply message -----
From: "John Kelly" <John@ojmgroup.com>
Date: Fri, Oct 22, 2010 10:53 am
Subject: BKJ Insurance Company, Ltd.
To: "Barb Jackson" <bjackson@geriatricsolutionsllc.com>

Barb,

Please answer additional questions from Celia Clark's office below.

I'm sorry for the inconvenience. At this stage of the process there will be many requests for information.

Hang in there and we'll get you to a much better place.

Best,

John

p.s.: I hope you had an opportunity to enjoy Hawaii.

**John K. Kelly**
OJM Group
2400 E. Arizona Biltmore Circle, Suite 1100
Phoenix, AZ 85016
(877) 661-8657
john@ojmgroup.com
www.ojmgroup.com

John K. Kelly is an Investment Advisor Representative offering Investment Advisory Services through OJM Group, LLC, a Registered Investment Advisor.

Any advice contained in this message, or any attachments, was not written and is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties with respect to taxes that may be imposed upon the taxpayer. (See IRS Circular 230)

This email, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution, or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this email immediately.

**From:** Sukanya Ghosh [mailto:SGhosh@cclarklaw.com]
**Sent:** Thursday, October 21, 2010 8:12 AM
**To:** John Kelly; arosenbach@comcast.net
**Cc:** Celia Clark
**Subject:** BKJ Insurance Company, Ltd.


John:
Al had some questions in connection with the premium pricing for BKJ Insurance that we do not have answers for. Would you please try to answer the questions below or contact the client for the answers?

1. How much revenue is done on premises vs. off premises for each entity?
2. Who are the keymen to be insured? (Al named the following doctors for the GS Loss of Key Employee policy - William Brophy, Rose Richards, Anwar Rahman, Kamakshi Mukkavilli, Karen Rich)

3. Confirm that the hospice (DOH) has no doctors on its payroll.
4. Describe any relationship in work/patients between GS and DOH.
Al:
Please contact John if you have additional questions.
Sukanya

---

Sukanya Ghosh, Esq.
Law Offices of Celia R. Clark, p.l.l.c.
570 Lexington Avenue, 17th Floor
New York, NY 10022
Phone: 212 370 4220
Fax: 212 370 4270
SGhosh@cclarklaw.com

---

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

ACR_IRS0269475