

GOVERNMENT EXHIBIT 126

| | |
|---|---|
| **From:** | Allen Rosenbach <arosenbach@comcast.net> |
| **To:** | 'Anjali Bhat' |
| **CC:** | Celia Clark; Rosenbach, Allen |
| **Sent:** | 11/13/2012 4:41:12 PM |
| **Subject:** | RE: Riverchase Policy Renewals 2012 |
| **Attachments:** | riverchase 2012 v2 reincalc.pdf; riverchase 2012 v2.pdf |

Anjali,

How does this look ?

Allen

Allen Rosenbach, FCAS
ACR Solutions Group, Inc.
1800 S Ocean Drive
Suite 804
Hallandale, FL 33009

www.acr4you.com

Office:908-598-1555
Cell: 786-218-6899

---

**From:** Anjali Bhat [mailto:ABhat@clarkandgentry.com]
**Sent:** Tuesday, November 13, 2012 10:01 AM
**To:** Allen Rosenbach
**Cc:** Celia Clark
**Subject:** RE: Riverchase Policy Renewals 2012

Al,

The $1.6 MM figure is from the 2011 confirmation.

If you look at the 2012 confirmation, you will see that the gross receipts are $2,900,000. This is in the folder "2012 Signed Applications" in the zipfile I sent you.

This still puts $1.1MM at well above 20%. So we'll probably be unable to meet that target. 20% is $580K, so please just make it around there, as high as we reasonably can.

Thanks,

Anjali Bhat
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, 24th Floor
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
abhat@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please

delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

---

**From:** Allen Rosenbach [mailto:arosenbach@comcast.net]
**Sent:** Tuesday, November 13, 2012 8:23 AM
**To:** Anjali Bhat
**Cc:** Celia Clark
**Subject:** Riverchase Policy Renewals 2012

Anjali,

Revenue has dropped from 1.8MM to 1.6 MM.
Please provide details of the additional risk supporting an increase in target premium of 1.1 MM.
I don't see how we can get near their target.

Allen


Allen Rosenbach, FCAS
ACR Solutions Group, Inc.
1800 S Ocean Drive
Suite 804
Hallandale, FL 33009

www.acr4you.com

Office:908-598-1555
Cell: 786-218-6899

---

**From:** Anjali Bhat [mailto:ABhat@clarkandgentry.com]
**Sent:** Monday, November 12, 2012 6:29 PM
**To:** Allen Rosenbach; arosenbach@gmail.com
**Subject:** RE: Riverchase Policy Renewals 2012

I didn't attach the summary; here it is.
Anjali Bhat
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, 24th Floor
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
abhat@clarkandgentry.com


The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

ACR_IRS0311035

**From:** Anjali Bhat
**Sent:** Monday, November 12, 2012 6:26 PM
**To:** 'Allen Rosenbach'; 'arosenbach@gmail.com'
**Subject:** Riverchase Policy Renewals 2012

Hi Al,

Please see attached a memo explaining policy renewals for Riverchase Insurance Company and the documents referred to therein.

This is kind of a rush job since the policies expire Nov 30.

Thanks,
Anjali

Anjali Bhat
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, 24th Floor
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
abhat@clarkandgentry.com


The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

ACR_IRS0311036