

| | |
|---|---|
| From: | Celia Clark <CClark@cclarklaw.com> |
| To: | Allen Rosenbach |
| Sent: | 9/1/2011 2:21:05 PM |
| Subject: | FW: RE Follow Up |
| Attachments: | Blue Herron - Review of Premium Determination.pdf |

Al: There appear to be some serious concerns here. Can you please focus on improving your modeling for business income, business risk and tax indemnity, using the suggestions of Steve Lattanzio's firm as well as integrating recent U.S. economic data? I need to be sure you have strong support for the positions taken in your reports for our clients.

I want you to show that you have made these improvements prior to September 30, when we launch into our busy season. I would like you to put in writing a description of the changes you have made to implement these suggestions. If you disagree with any of the suggestions, I need you to explain why.

Thank you,
Celia

Celia R. Clark, Esq.
Law Offices of Celia R. Clark, P.L.L.C.
570 Lexington Avenue, 17th Floor
New York, NY 10022-6894
(212) 370-4220
(212) 370-4270 (fax)
cclark@cclarklaw.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.