GOVERNMENT EXHIBIT B9

**From:** Allen Rosenbach
**To:** "Celia Clark"
**Subject:** RE: Pricing Report
**Date:** Monday, June 20, 2011 10:42:00 AM

Celia,

If this report becomes an actuarial communication the due diligence required will drive the price to unaffordable. It was always called a pricing/funding report. We are really relying on pricing models in or compared to the market and adjusted with pricing differences/consistencies.

The clients are paying to price the exposures not the report.

Let's discuss.

Allen


Allen Rosenbach, FCAS
ACR Solutions Group
1800 S Ocean Drive, Suite 804
Hallandale, FL 33009

http://www.acr4you.com/

Cell: 786-218-6899
Office: 908-598-1555


**From:** Celia Clark [mailto:CClark@cclarklaw.com]
**Sent:** Monday, June 20, 2011 1:25 PM
**To:** Allen Rosenbach
**Subject:** RE: Pricing Report

Al: If it's not an actuarial report what is it? The clients are paying for an actuarial report.
Celia

Celia R. Clark, Esq.
Law Offices of Celia R. Clark, P.L.L.C.
570 Lexington Avenue, 17th Floor
New York, NY 10022-6894
(212) 370-4220
(212) 370-4270 (fax)
cclark@cclarklaw.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Allen Rosenbach [mailto:arosenbach@comcast.net]
**Sent:** Monday, June 20, 2011 12:41 PM
**To:** Celia Clark
**Cc:** 'Allen Rosenbach'
**Subject:** Pricing Report

Celia,

I made a few changes to the pricing report.
I added a disclosure that the report does not constitute an actuarial communication and used the word pricing rather than actuarial.

Let's discuss if you have any questions.

Regards,

Allen

Allen Rosenbach, FCAS
ACR Solutions Group
1800 S Ocean Drive, Suite 804
Hallandale, FL 33009

http://www.acr4you.com/

Cell: 786-218-6899
Office:908-598-1555

SOF029686

Docket Nos. 26547-13, et al
Exhibit No. 619-J

WILSON-330565