

EXHIBIT 148

| | |
|---|---|
| **From:** | Anjali Bhat <ABhat@clarkandgentry.com> |
| **To:** | Allen Rosenbach; Allen G Mail |
| **Sent:** | 9/13/2013 7:36:21 PM |
| **Subject:** | FW: Xcessories teleconference--not necessary |

Al,

Please see below. Please also note that gross revenues are $3.46 million.

Anjali Bhat
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, 24th Floor
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
abhat@clarkandgentry.com


The information in this email is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this email, or the copying or forwarding of it, by anyone else is unauthorized.  If you are not the intended recipient, please delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Stanley Sells [mailto:stanleysells@msn.com]
**Sent:** Friday, September 13, 2013 3:24 PM
**To:** Anjali Bhat; Sam Sells
**Cc:** Celia Clark
**Subject:** RE: Xcessories teleconference--not necessary

7 W2 employees in the US
8 Overseas Exclusive Agents housed in India and exclusively working for Xcessories however they are paid on commission
9 Sales Represenatives in the US who sell the product lines and are on 1099 basis
The outsource accounting and marketing

Let me know if any additional questions.

Stan


Sells Financial Services, Inc.
16400 Lark Avenue, Suite 200
Los Gatos CA 95032

T 408.356.7300 | F 408.356.8300

*Stanley@SellsFS.com*

---

Subject: RE: Xcessories teleconference--not necessary

ACR_IRS0325771

Date: Fri, 13 Sep 2013 15:02:36 -0400
From: ABhat@clarkandgentry.com
To: stanleysells@msn.com; sam@sellsfs.com
CC: CClark@clarkandgentry.com

Hi Stan,

Can you please get a headcount of employees?

Thanks,

Anjali Bhat
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, 24th Floor
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
abhat@clarkandgentry.com


The information in this email is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this email, or the copying or forwarding of it, by anyone else is unauthorized.  If you are not the intended recipient, please delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Stanley Sells [mailto:stanleysells@msn.com]
**Sent:** Friday, September 13, 2013 2:59 PM
**To:** Anjali Bhat; Sam Sells
**Cc:** Celia Clark
**Subject:** RE: Xcessories teleconference--not necessary

Thank you Anjali.

This is a little disappointing as Celia was thinking that it might land around $700,000 just based on a brief description of the business as we explained it to her and a review of their tax return.  The client was actually hoping for $1,000,000 or more contribution.  What do you mean when you say, "... we can add more coverages if the clients want."???  If adding more coverages gets us to $700,000 or even $1,200,000 then please add more coverages.

Let me know.

Thank you,

Stan


Sells Financial Services, Inc.
16400 Lark Avenue, Suite 200
Los Gatos CA 95032

T 408.356.7300 | F 408.356.8300

Stanley@SellsFS.com

Subject: FW: Xcessories teleconference--not necessary
Date: Fri, 13 Sep 2013 14:52:20 -0400
From: ABhat@clarkandgentry.com
To: stanleysells@msn.com; sam@sellsfs.com
CC: CClark@clarkandgentry.com

Hi Stan and Sam,

Here is our actuary's preliminary numbers to look over and discuss. We can add more coverages if the clients want.

Anjali Bhat
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, 24th Floor
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
abhat@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.