**From:** Celia Clark
**Sent:** Friday, September 26, 2014 1:41 PM EDT
**To:** ▇▇▇▇▇▇@gmail.com <▇▇▇▇▇▇@gmail.com>
**Subject:** RE: Feasibility Study - Gwinnett Clinic, Ltd. and Affiliates

Al and I are working on this now.  It seems we are so close there should be a way to do this.
We will be back to you this afternoon.
Best,
Celia

Celia R. Clark, Esq.
Clark & Gentry, P.L.L.C.

570 Lexington Avenue,
Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
cclark@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

---

**From:** ▇▇▇▇▇▇@gmail.com [mailto:▇▇▇▇▇▇@gmail.com]
**Sent:** Friday, September 26, 2014 10:54 AM
**To:** Celia Clark
**Subject:** Re: Feasibility Study - Gwinnett Clinic, Ltd. and Affiliates

Celia,

Only other companies are GCMT2 and EASTERN HORIZONS PROPERTIES, LP. However, can Al and you come up with risks to them as master owners risks (such as regulatory concerns etc.) or shift some risks from owned companies to master companies. due to ownership of the other income producing companies as well as other companies that hold just land, bank shares etc.?

I do not have any other company.

If the master owner companies can not be insured, then we may have to use pool for the time being. Please let me know as soon as possible so I can decide whether to change companies for separate returns?

I am free this morning until 1pm, if you are available.

Sent from my iPhone

Dr. JJ Shah, MD
President
Gwinnett Clinic
770-995-3300

CONFIDENTIALITY NOTICE:  This message is intended exclusively for the individual(s) or entity to which it is addressed.  It may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

On Sep 26, 2014, at 10:34 AM, "Celia Clark" <CClark@clarkandgentry.com> wrote:

> Thanks.  I did see it, but thought we were going to discuss Monday.
> I can give you feedback now:
>
> Can you find one more LLC/LP to add as an insured, with risk premium dollars in the range of $300k?
> GC should be treated separately.  It will not count toward the seven companies effecting risk distribution because of its size.
> The insurance premiums paid by the larger members of this group, e.g., GCMT11 and GCMT14, should be limited to about $500k each.
>
> Hope this is helpful.
>
> Celia
>
> Celia R. Clark, Esq.
> Clark & Gentry, P.L.L.C.

570 Lexington Avenue,
Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
cclark@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

**From:** JJ Shah [mailto:<span>▮▮▮▮▮▮▮</span>@gmail.com]
**Sent:** Friday, September 26, 2014 9:00 AM
**To:** Celia Clark
**Subject:** Fwd: Feasibility Study - Gwinnett Clinic, Ltd. and Affiliates

Here is the e mail I sent you a few days ago.

---------- Forwarded message ----------
From: **JJ Shah** <<span>▮▮▮▮▮▮▮</span>@gmail.com>
Date: Wed, Sep 24, 2014 at 8:51 AM
Subject: Re: Feasibility Study - Gwinnett Clinic, Ltd. and Affiliates
To: Celia Clark <CClark@clarkandgentry.com>


Celia,

I will read the report and discuss with you Monday morning, if you are available.

The companies that need insurance are:

| | |
|---|---|
| GCMT1, LLC              ANNUALRENTS  APPROX. | $343,846.00 |
| GCMT11, LLC | $748,244.00 |
| GCMT12, LLC | $577,833.00 |
| GCMT13, LLC | $494,232.00 |
| GCMT14, LLC | $753,888.00 |
| GCJT1, LLC | $274,348.00 |
| GWINNETT CLINIC, LTD. | $19,000,000 |

THESE MAKE SEVEN COMPANIES. ALL THESE HAVE INCOME PRODUCING RENTAL PROPERTIES.

**If GC pays $1.2 million premium, it will be more than 15% of total. In that scenario, will the seven company rule work? Or how do we plan?**

When can we talk?

On Fri, Sep 19, 2014 at 5:50 PM, Celia Clark <CClark@clarkandgentry.com> wrote:
Hi Dr. Shah:  Here is our feasibility study for Gwinnett Clinic and the real estate entities.
The summary assumes that you will be selecting some of the coverages out of those proposed for GC, with premiums not exceeding $1.2 million.  This is as we discussed during our last call.
The Real Estate Entity proposal is new.  We will have to take a close look at which entities will be insured.  We want to include total real estate value of $25 million if possible, and at least 7 multiple member LLCs.  The single member LLCs will not count for risk distribution, but their real estate assets can be insured as part of the package,
Best,
Celia


Celia R. Clark, Esq.
Clark & Gentry, P.L.L.C.

570 Lexington Avenue,

Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
cclark@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.


--
J.J. Shah, MD
President
Gwinnett Clinic, Ltd.
(770) 995-3300

This message is intended exclusively for the individual(s) or entity to which it is addressed. It may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.


--
J.J. Shah, MD
President
Gwinnett Clinic, Ltd.
(770) 995-3300

This message is intended exclusively for the individual(s) or entity to which it is addressed. It may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

CLARKSDFL1280116