GOVERNMENT
EXHIBIT
217

# Stafford Insurance Company, Ltd.

## 2008-09 Policy Period
## Insurance Policy Premium Indications
### December 22, 2008

CLARKSDFL330736



December 22, 2008

Ms. Celia R. Clark, Esquire
Law Offices of Celia R. Clark, P.L.L.C.
570 Lexington Avenue, 17th Floor
New York, New York 10022-6894

**Re:   Stafford Insurance Company, Ltd.**
**2008-09 Insurance Policy Premium Indications**

Dear Ms. Clark:

Enclosed please find our report regarding projected premium indications for insurance policies expected to be issued by ***Stafford Insurance Company, Ltd.*** ("the Company") with a ***December 15, 2008*** effective date.  The rates, rating factors and judgment used to develop the premium estimates presented herein are specific to risks and exposures as described in the underwriting materials provided for our review.

It has been a pleasure to work on this project.  Please do not hesitate to call if you have any questions as you review this report.

Sincerely,

Peter S. Rauner, FCAS, MAAA
Ph:   (773) 864-8294
Fax:  (773) 864-8281

**8600 W. Bryn Mawr • Suite 120-N • Chicago, Illinois 60631**

CLARKSDFL220727

# Table of Contents

Purpose and Scope                                2

Distribution and Use                             2

Reliances and Limitations                        3

Policy Premium Indications                       5

Methodology & Assumptions                        6

Index of Exhibits                                8

CLARKSDFL220728

## Purpose and Scope

The Law Offices of Celia R. Clark, P.L.L.C. ("CRC") has retained RMS Solutions, Inc. ("RMS") to project premium indications for insurance policies expected to be issued by certain client captive insurance companies.  The actual funding for liabilities assumed through the issuance of insurance contracts is the responsibility of the Company's management.  RMS' sole responsibility under this engagement is to develop reasonable premium estimates for insurance contracts expected to be issued by *Stafford Insurance Company, Ltd.* ("the Company"), a non-admitted captive insurance company, for a proposed *December 15, 2008* effective date.

This report does not express any opinions or recommendations with respect to accounting, legal, taxation nor any items reported in any statements filed and/or representations made by the Company.

The sole purpose of this report is to present reasonable estimates of the costs related to the assumption of risks resulting from the issuance of insurance contracts specifically identified herein and based exclusively on the information provided by the Company.

## Distribution and Use

This report and the opinions and conclusions contained herein are provided solely for the internal use of CRC, Company management and the named insured(s) in determining reasonable premium estimates for the proposed insurance policies.  We understand that copies of this report may be provided to regulators and/ or external auditors.  Permission is hereby granted for this distribution on the condition that the report is distributed in its entirety as opposed to any excerpt thereof.  Any further distribution or use without written consent is not authorized.

Any third party recipient(s) of this report (i.e., parties other than CRC, Company management and the named insureds) should understand that this report in no way relieves them of the responsibility to perform their own due diligence and should place no reliance on this report or the data contained herein without independent verification.  Furthermore, reliance on this report or the data contained herein by any third party does not create any duty or liability on behalf of RMS to the third party.

## Reliances and Limitations

### General

This report utilizes generally accepted actuarial methods and practices that we believe are appropriate and that lead to reasonable conclusions, given the information currently available.  However, due to the nature of the insurance loss process, the projection of insurance liabilities is inherently subject to significant uncertainty.  Liability exposures, in particular, are typically characterized by extremely volatile claims experience.  Consequently, actual results are expected to vary, sometimes significantly, from the point estimates presented in this report.

The conclusions and indications contained in this report are predicated on a number of assumptions as to future conditions and events.  These assumptions, which are documented in subsequent sections of this report, must be understood in order to place the conclusions in their proper context.  Throughout this analysis, we have employed actuarial techniques and professional judgment based on currently accepted practices and procedures to project the estimates presented in this report. However, no assurance can be made that these estimates will prove to be adequate or not excessive until all related claims are closed.

Nothing in this report should be construed as recommending that the Company should or should not assume risk through the issuance of insurance contracts. Many factors other than the prospective insurance premium estimates should be considered in making this decision.  Further, no guarantee should be inferred by this report that the ultimate cost of all obligations assumed by the Company will necessarily be satisfied by revenues generated from the estimates presented herein.

### Data Reliance

Throughout this analysis we have relied, without audit or verification, on historical data as presented in regulatory filings made by insurance carriers offering insurance products similar to those subject to our analysis.  In addition, we have relied on data and representations reported in the various applications and

CLARKSDFL220741

attachments provided by the Company for our review.  Our reliance is based on oral and/or written confirmation, by responsible officers or their representatives, of the quality, accuracy and completeness of the data and information supplied.  To the extent that material differences in the data and/or information relied upon in this analysis are revealed through subsequent review or audit, it is the responsibility of the Company to notify us of these differences so they may be properly reflected.

We have also relied, without audit or verification, on information and data from relevant insurance industry sources to develop the indications presented in this report.  The industry experience referenced herein was obtained from documents submitted to the insurance regulatory authorities in the jurisdiction(s) subject to this analysis and made available to the public.

In its entirety, this report is intended to summarize our analysis with respect to the assumptions, data and sources that lead to the indications presented herein.  Each section of this report has been prepared to document relevant actuarial judgments and assumptions employed and should be considered an integral part of this report.

## Policy Premium Indications

The table below presents our estimates of annual premium indications for the proposed insurance policies expected to be issued by the Company with a *December 15, 2008* effective date.

| Stafford Insurance Company, Ltd. 2008-09 Annual Policy Premium Indications | | | |
|---|---|---|---|
| Policy Type | Annual Premium | Limits of Liability | |
| | | Per Occurrence | Policy Aggregate |
| Administrative Actions | | | |
| -    RBS MD, PC | $12,600 | $1,000,000 | $2,000,000 |
| -    SGA, Inc. | $11,000 | $1,000,000 | $2,000,000 |
| Business Income & Expense | | | |
| -    RBS MD, PC | $6,600 | $500,000 | $500,000 |
| -    SGA, Inc. | $3,700 | $300,000 | $300,000 |
| Litigation Expense | | | |
| -    RBS MD, PC | $800 | $1,000,000 | $2,000,000 |
| -    SGA, Inc. | $7,000 | $1,000,000 | $2,000,000 |
| Excess Professional Liability | $10,400 | $2,000,000 | $2,000,000 |
| Tax Indemnity | $53,700 | $1,000,000 | $1,000,000 |
| All Policies | $105,800 | | |

Note:  All premium estimates and limits of liability are presented in United States dollars.

6

CLARKSDFL220743

## Methodology and Assumptions

The policy premium indications presented in this report are based on rates and rating factors developed, in a separate proprietary analysis, specifically targeting the exposures and coverage offerings represented in the insurance policies issued by the captive insurance companies under CRC management.  The following sections of this report provide a brief description of the methods and assumptions used to develop the projected annual policy premium indications.

### Underwriting Profiles

The premium projections presented in this report are predicated on data and representations provided by the Company in the applications for insurance and their attachments which we used to develop a profile of the exposures covered by the proposed insurance policies.  Our interpretation of this data lead to the exposure classifications, base rates and rating factors used to derive the premium estimates.  It is assumed that this information is accurate and consistent for the purposes of developing reasonable premium estimates for insurance policies to be issued by the Company.

### Premium Rates and Rating Factors

In a separate, proprietary analysis prepared by RMS, we developed rates and rating factors for use in pricing the insurance policies commonly issued by the captive insurance companies under CRC management.  Where comparable coverages were identified, the base rates and rating factors referenced in this report were based on a survey of rating plans obtained from regulatory filings submitted by commercial insurance carriers in the United States of America.  It is assumed that the commercial industry benchmark rates and rating factors selected represent a reasonable basis from which to develop premium estimates for comparable insurance contracts issued by the Company.  Where comparable industry insurance coverage was unavailable at the time of our survey, we used actuarial techniques and professional judgment to develop reasonable rating guidelines to reflect expected loss potentials.  It is assumed that the judgments employed and the

CLARKSDFL220744

rating guidelines selected provide a reasonable basis to develop estimates presented in this report.

### *Coverage Comparisons*

As described above, the base rates and rating factors used to develop the premium estimates presented in this report were selected based on a survey of rating plans currently utilized by commercial insurance carriers providing similar coverages. However, some of the insurance coverages issued by the Company are either unavailable or unaffordable in the commercial insurance market.  As a result, adjustments were made to modify the commercial rates and rating factors to reflect our interpretations of the differences in the captive insurance policies.  These adjustments were judgmentally selected based on our perception of the exposure to loss reflected in the proposed coverages relative to the coverage provided by the surveyed commercial insurance policies.  It is assumed that the premium modifiers reasonably reflect the inherent differences in exposure to loss between the insurance coverage provided by the Company and the coverage reflected in the commercial insurance policies.

### *Expenses*

It is assumed that the ultimate costs of all operating expenses related to the Company are appropriately reflected in the base rates and/or the coverage modifiers used to develop the premium estimates presented in this report.  That is, although the individual components will differ, we have assumed that the portion of the surveyed commercial carriers' base rates attributable to operating expenses and underwriting profit will be consistent with the Company's prospective operating expenses and margin for adverse claim development.

# Index of Exhibits

| Exhibit | Description |
|---|---|
| 1 | 2008-09 Policy Premium Summary |
| 2 | Administrative Actions Insurance |
| 3 | Business Income & Extra Expense Insurance |
| 4 | Litigation Expense Insurance |
| 5 | Excess Professional Liability |
| 6 | Tax Indemnity Insurance |

*RMS Solutions*

EXHIBIT 1

# STAFFORD INSURANCE COMPANY, LTD.

2008-09 POLICY PREMIUM SUMMARY

| Policy Name | Named Insured(s) | 2007-08 Expiring | | 2008-09 Renewal | |
|---|---|---|---|---|---|
| | | Policy Premium | Per Event Limit | Policy Premium | Per Event Limit |
| Administrative Actions | Robert B. Sperrazza, M.D., P.C. | 15,300 | 1,000,000 | 12,600 | 1,000,000 |
| Administrative Actions | South Georgia Anesthesia, Inc. | NEW | NEW | 11,000 | 1,000,000 |
| Business Income & Extra Expense | Robert B. Sperrazza, M.D., P.C. | 32,200 | 500,000 | 6,600 | 500,000 |
| Business Income & Extra Expense | South Georgia Anesthesia, Inc. | 14,000 | 250,000 | 3,700 | 300,000 |
| Litigation Expense | Robert B. Sperrazza, M.D., P.C. | 20,100 | 2,000,000 | 800 | 1,000,000 |
| Litigation Expense | South Georgia Anesthesia, Inc. | 10,900 | 1,000,000 | 7,000 | 1,000,000 |
| Physician's Professional Liability | Robert B. Sperrazza, M.D., P.C. | 22,700 | 1,000,000 | 10,400 | 2,000,000 |
| Tax Indemnity | Robert B. Sperrazza, M.D., P.C. | 92,400 | 1,000,000 | 53,700 | 1,000,000 |
| TOTAL | | 207,600 | 6,750,000 | 105,800 | 7,800,000 |

**RMS Solutions**

CLARK(SDFL)00747

EXHIBIT 2a

# STAFFORD INSURANCE COMPANY, LTD.

### ADMINISTRATIVE ACTIONS INSURANCE
### POLICY PREMIUM RATING SUMMARY

Insured Name(s):     Robert B. Sperrazza, M.D., P.C.

Policy Form:     Claims Made

Coverage Dates:

| | |
|---|---|
| Retroactive Date | 12/15/2008 |
| Effective Date | 12/15/2008 |
| Expiration Date | 12/15/2009 |

Primary Industry Classification:     Healthcare

Most recent annual values:

| | |
|---|---|
| Gross Sales/Receipts | 530,000 |
| Number of Employees | 2 |

Policy Limits of Liability:

| | Per Event | Policy Aggregate |
|---|---|---|
| Underlying Limits: | 0 | 0 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 1,000,000 | 2,000,000 |

Endorsements/Coverage Extensions:

     X   Fines & Penalties

Policy Rating Calculations:

| | |
|---|---|
| 12,264 | Base Premium |
| 1.30 | Cls Made Factor |
| 2.30 | Deductible Factor |
| 1,000,000 | Policy Limits |
| 1.250 | Limit Factor |
| 0.250 | Coverage Factor |
| 1.100 | Endorsement Factor |
| 12,600 | Policy Premium (rounded to nearest $100) |

*RMS Solutions*

EXHIBIT 2b

# STAFFORD INSURANCE COMPANY, LTD.

ADMINISTRATIVE ACTIONS INSURANCE
POLICY PREMIUM RATING SUMMARY

Insured Name(s):     South Georgia Anesthesia, Inc.

Policy Form:     Claims Made

Coverage Dates:

| | |
|---|---|
| Retroactive Date | 12/15/2008 |
| Effective Date | 12/15/2008 |
| Expiration Date | 12/15/2009 |

Primary Industry Classification:     Healthcare

Most recent annual values:

| | |
|---|---|
| Gross Sales/Receipts | 300,000 |
| Number of Employees | 2 |

Policy Limits of Liability:

| | Per Event | Policy Aggregate |
|---|---|---|
| Underlying Limits: | 0 | 0 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 1,000,000 | 2,000,000 |

Endorsements/Coverage Extensions:

    X    Fines & Penalties

Policy Rating Calculations:

| | |
|---|---|
| 10,735 | Base Premium |
| 1.30 | Cls Made Factor |
| 2.30 | Deductible Factor |
| 1,000,000 | Policy Limits |
| 1.250 | Limit Factor |
| 0.250 | Coverage Factor |
| 1.100 | Endorsement Factor |
| 11,000 | Policy Premium (rounded to nearest $100) |

*RMS Solutions*

CLARKSDFL220740

EXHIBIT 3a

# STAFFORD INSURANCE COMPANY, LTD.

## BUSINESS INCOME AND EXTRA EXPENSES INSURANCE
## POLICY PREMIUM RATING SUMMARY

Insured Name(s):  Robert B. Sperrazza, M.D., P.C.

Policy Form:   Claims Made

Policy Period:

|  |  |
|---|---|
| Retroactive Date | 12/15/2008 |
| Effective | 12/15/2008 |
| Expiration | 12/15/2009 |

Primary Industry Classification:   Healthcare

Most recent annual values:

|  |  |
|---|---|
| Gross Sales/Receipts | 530,000 |
| Net Income | 530,000 |

| Policy Limits of Liability: | Per Event | Policy Aggregate |
|---|---|---|
| Underlying Limits: | 0 | 0 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 500,000 | 500,000 |

Endorsements/Coverage Extensions:

X  Extended Expenses
X  Lost Profits

Policy Rating Calculations:

| | |
|---|---|
| 530,000 | Gross Receipts |
| 0.320 | Base Rate per $1,000 |
| 1.000 | Cls Made Factor |
| 1.000 | Deductible Factor |
| 20.000 | Coverage Factor |
| 1.950 | Endorsement(s) Factor |
| 6,600 | Policy Premium (rounded to nearest $100) |

*RMS Solutions*

CLARKSDFL220750

EXHIBIT 3b

# STAFFORD INSURANCE COMPANY, LTD.

## BUSINESS INCOME AND EXTRA EXPENSES INSURANCE
## POLICY PREMIUM RATING SUMMARY

Insured Name(s):       South Georgia Anesthesia, Inc.

Policy Form:       Claims Made

Policy Period:

| | |
|---|---|
| Retroactive Date | 12/15/2008 |
| Effective | 12/15/2008 |
| Expiration | 12/15/2009 |

Primary Industry Classification:       Healthcare

Most recent annual values:

| | |
|---|---|
| Gross Sales/Receipts | 300,000 |
| Net Income | 300,000 |

| Policy Limits of Liability: | Per Event | Policy Aggregate |
|---|---|---|
| Underlying Limits: | 0 | 0 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 300,000 | 300,000 |

Endorsements/Coverage Extensions:

X   Extended Expenses
X   Lost Profits

Policy Rating Calculations:

| | |
|---|---|
| 300,000 | Gross Receipts |
| 0.320 | Base Rate per $1,000 |
| 1.000 | Cls Made Factor |
| 1.000 | Deductible Factor |
| 20.000 | Coverage Factor |
| 1.950 | Endorsement(s) Factor |
| 3,700 | Policy Premium (rounded to nearest $100) |

*RMS Solutions*

CLARKSDFL220751

EXHIBIT 4a

# STAFFORD INSURANCE COMPANY, LTD.

## LITIGATION EXPENSE INSURANCE
## POLICY PREMIUM RATING SUMMARY

Insured Name(s):  Robert B. Sperrazza, M.D., P.C.

Policy Form:  Claims Made

Policy Period:

| | |
|---|---|
| Retroactive Date | 12/15/2008 |
| Effective | 12/15/2008 |
| Expiration | 12/15/2009 |

Primary Industry Classification:  Healthcare

Most recent annual values:

| | |
|---|---|
| Gross Sales/Receipts | 530,000 |
| Occupied Sq Footage | 0 |

| Policy Limits of Liability: | Per Event | Policy Aggregate |
|---|---|---|
| Underlying Limits: | 1,000,000 | 2,000,000 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 1,000,000 | 2,000,000 |

Endorsements/Coverage Extensions:

    X   Schedule of Other Liability Insurance
    ____
    ____

Policy Rating Calculations:

| | |
|---|---|
| 5,130 | Expected Liability Loss & LAE Costs |
| 0.200 | LAE Factor |
| 0.151 | Policy Limit Factor |
| 5.000 | Industry Group Factor |
| 1.000 | Endorsement(s) Factor |
| 800 | Policy Premium (rounded to nearest $100) |

*RMS Solutions*

CLARKSDEL220752

EXHIBIT 4b

# STAFFORD INSURANCE COMPANY, LTD.

## LITIGATION EXPENSE INSURANCE
## POLICY PREMIUM RATING SUMMARY

Insured Name(s):      South Georgia Anesthesia, Inc.

Policy Form:      Claims Made

Policy Period:

| | |
|---|---|
| Retroactive Date | 12/15/2008 |
| Effective | 12/15/2008 |
| Expiration | 12/15/2009 |

Primary Industry Classification:      Healthcare

Most recent annual values:

| | |
|---|---|
| Gross Sales/Receipts | 300,000 |
| Occupied Sq Footage | 0 |

| Policy Limits of Liability: | Per Event | Policy Aggregate |
|---|---|---|
| Underlying Limits: | 0 | 0 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 1,000,000 | 2,000,000 |

Endorsements/Coverage Extensions:

      X   Schedule of Other Liability Insurance

Policy Rating Calculations:

| | |
|---|---|
| 2,904 | Expected Liability Loss & LAE Costs |
| 0.200 | LAE Factor |
| 2.421 | Policy Limit Factor |
| 5.000 | Industry Group Factor |
| 1.000 | Endorsement(s) Factor |
| 7,000 | Policy Premium (rounded to nearest $100) |

*RMS Solutions*

CLARKSDFL220752

EXHIBIT 5

# STAFFORD INSURANCE COMPANY, LTD.

### PHYSICIAN'S PROFESSIONAL LIABILITY INSURANCE
### POLICY PREMIUM RATING SUMMARY

Insured Name(s):        Robert B. Sperrazza, M.D., P.C.

Policy Form:        Claims Made

Policy Period:

| | |
|---|---|
| Effective | 12/15/2008 |
| Expiration | 12/15/2009 |

Endorsements/Coverage Extensions:

X  Shared Limit - Corporate Vicarious Liability
X  Defense Costs included in Limits of Liability

Policy Rating Calculations:

| | Additional Insureds | Per Event Attachment | Loss Only Per Event Deductible | Policy Limits Per Event | Aggregate |
|---|---|---|---|---|---|
| 1 | Robert B. Sperrazza M.D. | 1,000,000 | 0 | 2,000,000 | 2,000,000 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| | TOTAL | | | | |

| | Additional Insureds | Rating Territory | Medical Specialty | Retro Date | Policy Premium |
|---|---|---|---|---|---|
| 1 | Robert B. Sperrazza M.D. | GA00 | 80151 | 7/20/1987 | 10,400 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| | TOTAL | | | | 10,400 |

*RMS Solutions*

CLARKSPFL330754

EXHIBIT 6

# STAFFORD INSURANCE COMPANY, LTD.

### TAX INDEMNITY INSURANCE
### POLICY PREMIUM RATING SUMMARY

Insured Name(s):   Robert B. Sperrazza, M.D., P.C.

Policy Form:   Claims Made

Policy Period:

| | |
|---|---|
| Retroactive Date | 12/15/2008 |
| Effective | 12/15/2008 |
| Expiration | 12/15/2009 |

Primary Industry Classification:   Healthcare

Most recent annual values:

| | |
|---|---|
| Gross Sales/Receipts | 530,000 |
| 3-Yr Total Deductions | 1,500,000 |

| Policy Limits of Liability: | Per Event | Policy Aggregate |
|---|---|---|
| Underlying Limits: | 0 | 0 |
| Deductible Limits: | 0 | 0 |
| Policy Limits: | 1,000,000 | 1,000,000 |

Endorsements/Coverage Extensions:

X   Fines and Penalties
X   Contest Costs
X   Additional Insureds
X   Schedule of Covered Returns

Policy Rating Calculations:

| | |
|---|---|
| 1,023,164 | 3-Yr Total "Other Deductions" |
| 3.00% | Probability of Insured Event |
| 1.750 | Endorsement(s) Factor |
| 53,700 | Policy Premium (rounded to nearest $100) |

*RMS Solutions*

CLARKSPEL330755

**From:** Celia Clark
**Sent:** Sunday, December 21, 2008 4:15 PM EST
**To:** Pete S Rauner <psrauner@rms-actuary.com>
**CC:** Sean King <sking@rpclive.com>
**Subject:** RE: Blue Herron, Ltd Premium Indications

Pete:  This seems in line with the client's expectations. Please finalize.
Celia

---

**From:** Pete S Rauner [mailto:psrauner@rms-actuary.com]
**Sent:** Saturday, December 20, 2008 10:16 AM
**To:** Celia Clark
**Subject:** FW: Blue Herron, Ltd Premium Indications

Here are the Blue Herron indications.  Please advise.

Thanks, Pete.

Peter S. Rauner, FCAS, MAAA
RMS Solutions, Inc.
8600 W. Bryn Mawr, Suite 120-N
Chicago, Illinois 60631
www.rms-actuary.com
773-864-8294 (Phone)
773-864-8281 (Fax)

This email is intended solely for the recipient(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient and have received this email in error, please notify the sender as soon as practical, permanently delete the original as well as any copies and discard all printed versions. Thank you for respecting the privacy of internet communications.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Pete S Rauner [mailto:psrauner@rms-actuary.com]
**Sent:** Friday, December 05, 2008 12:43 PM
**To:** 'cclark@cclarklaw.com'
**Cc:** 'Theo Ori'
**Subject:** Blue Herron, Ltd Premium Indications

Celia,

We have reviewed the materials provided and prepared premium indications for policies proposed to be issued by Blue Herron Insurance Company, Ltd. for a December 15, 2008 effective date.  Note that we were not provided applications completed and signed by the prospective insured(s).  In addition to the quantitative data provided, we use the responses to the application questions to determine appropriate rating factors to adjust the base rates to reflect risk characteristics specific to the prospective insured.

*Consequently, the premium indications below are subject to change based on a review of the completed applications.*

Please review the indications below and advise whether they will be acceptable to the client.

| 2007-08 Expiring | | 2008-09 Renewal | | | |
|---|---|---|---|---|---|
| Policy Premium | Per Event Limit | Policy Premium | Per Event Limit | | Policy Agg Limit |
| NEW | NEW | 62,200 | 1,000,000 | Administrative Actions | 1,000,000 |
| NEW | NEW | 166,500 | 5,000,000 | Business Income & Extra Expense | 5,000,000 |
| NEW | NEW | 124,300 | 1,000,000 | Business Risk Indemnity | 1,000,000 |
| NEW | NEW | 53,800 | 1,000,000 | Computer Operations & Data | 1,000,000 |
| NEW | NEW | 114,000 | 2,000,000 | Employee Fidelity | 2,000,000 |
| NEW | NEW | 54,100 | 1,000,000 | Employment Practices Liability | 1,000,000 |
| NEW | NEW | 41,800 | 1,000,000 | Litigation Expense | 1,000,000 |
| NEW | NEW | 206,600 | 3,000,000 | Tax Indemnity | 3,000,000 |
| | | 823,300 | 15,000,000 | TOTAL | 15,000,000 |

Have a great day! Pete.

Peter S. Rauner, FCAS, MAAA
RMS Solutions, Inc.
8600 W. Bryn Mawr, Suite 120-N
Chicago, Illinois 60631
www.rms-actuary.com

CLARKSRPL220002

773-864-8294 (Phone)
773-864-8281 (Fax)

This email is intended solely for the recipient(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient and have received this email in error, please notify the sender as soon as practical, permanently delete the original as well as any copies and discard all printed versions. Thank you for respecting the privacy of internet communications.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

CLARKSDEL220802