**GOVERNMENT EXHIBIT**

21S

PENGAD 800-631-6989

**From:** Patricia Cordova
**Sent:** Wednesday, October 29, 2008 9:46 AM EDT
**To:** PSRauner@aol.com <PSRauner@aol.com>
**CC:** Celia Clark <CClark@cclarklaw.com>
**Subject:** FW: Royal Guard, Ltd. Premium Indications

Hello Pete,

Can you please add Business Risk Indemnity insurance as a line of coverage for RoyalGuard Insurance Company, Ltd?  Please let us know the premium estimate(s) as soon as you can.

Thanks, Pat

---

**From:** Pete S Rauner [mailto:psrauner@rms-actuary.com]
**Sent:** Wednesday, October 29, 2008 8:31 AM
**To:** Patricia Cordova
**Cc:** Celia Clark
**Subject:** RE: Royal Guard, Ltd. Premium Indications

Pat,

The table below presents revised premium indications for policies requested by Royal Guard, Ltd.  I have increased the limits of insurance on the policies that I thought made sense to get closer to the target premium.  Please review and advise.

| 2007-08 Expiring | | 2008-09 Renewal | | |
|---|---|---|---|---|
| Policy Premium | Per Event Limit | Policy Premium | Per Event Limit | |
| 30,500 | 1,000,000 | 48,700 | 2,000,000 | Administrative Actions |
| 33,000 | 500,000 | 91,500 | 2,000,000 | Business Income & Extra Expense |
| 95,400 | 500,000 | 96,600 | 1,000,000 | Computer Operations & Data |
| 52,000 | 250,000 | 21,200 | 1,000,000 | Employee Fidelity |
| 52,700 | 1,000,000 | 82,500 | 2,000,000 | Employment Practices Liability |
| 116,400 | 1,000,000 | 116,400 | 1,000,000 | Kidnap & Ransom |
| 168,200 | 1,000,000 | 221,100 | 2,000,000 | Tax Indemnity |
| 548,200 | 5,250,000 | 678,000 | 11,000,000 | TOTAL |
| | | 129,800 | 5,750,000 | Difference |
| | | 840,000 | | Target |
| | | -162,000 | | Difference |

Have a great day! Pete.

Peter S. Rauner, FCAS, MAAA
RMS Solutions, Inc.
8600 W. Bryn Mawr, Suite 120-N
Chicago, Illinois 60631
www.rms-actuary.com
773-864-8294 (Phone)
773-864-8281 (Fax)

This email is intended solely for the recipient(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient and have received this email in error, please notify the sender as soon as practical, permanently delete the original as well as any copies and discard all printed versions. Thank you for respecting the privacy of internet communications.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

---

**From:** Patricia Cordova [mailto:PCordova@cclarklaw.com]
**Sent:** Tuesday, October 28, 2008 4:14 PM
**To:** Pete S Rauner
**Cc:** Celia Clark
**Subject:** RE: Royal Guard, Ltd. Premium Indications

Pete,

Can you see if you can increase the limits for the RoyalGuard policies, as necessary?

Thanks, Pat

**From:** Pete S Rauner [mailto:psrauner@rms-actuary.com]
**Sent:** Tuesday, October 28, 2008 5:01 PM
**To:** Celia Clark
**Cc:** Patricia Cordova
**Subject:** Royal Guard, Ltd. Premium Indications

Celia,

We have completed our initial pricing projections for policies to be issued by Royal Guard Insurance Company, Ltd. for a December 14, 2008 proposed effective date. Please review the table below and advise whether these policies/premium indications will be acceptable to the client. Note that we have excluded the Loss of Key Employee policy due to the assumed spousal relationship between Ashis and Jayati Rakhit (same last name, same address).

I also understand from the memo that Dr. Rakhit would like to increase total captive premiums to $840,000 exclusive of cross insurance. The only way to get closer to this target is to increase policy limits on existing policies and/or price additional policies. Additional policies that come to mind include Excess PL, Business Risk Indemnity and Litigation Expenses for approx. $150,000 to $200,000 in additional premium.

Please review and advise on desired course of action.

| 2007-08 Expiring | | 2008-09 Renewal | | |
|---|---|---|---|---|
| Policy Premium | Per Event Limit | Policy Premium | Per Event Limit | |
| 30,500 | 1,000,000 | 34,800 | 1,000,000 | Administrative Actions |
| 33,000 | 500,000 | 54,900 | 1,000,000 | Business Income & Extra Expense |
| 95,400 | 500,000 | 96,600 | 1,000,000 | Computer Operations & Data |
| 52,000 | 250,000 | 21,200 | 1,000,000 | Employee Fidelity |
| 52,700 | 1,000,000 | 54,900 | 1,000,000 | Employment Practices Liability |
| 116,400 | 1,000,000 | 116,400 | 1,000,000 | Kidnap & Ransom |
| 168,200 | 1,000,000 | 165,900 | 1,000,000 | Tax Indemnity |
| 548,200 | 5,250,000 | 544,700 | 7,000,000 | TOTAL |
| | | -3,500 | 1,750,000 | Difference |

Have a great day! Pete.

Peter S. Rauner, FCAS, MAAA
RMS Solutions, Inc.
8600 W. Bryn Mawr, Suite 120-N
Chicago, Illinois 60631
www.rms-actuary.com
773-864-8294 (Phone)
773-864-8281 (Fax)

This email is intended solely for the recipient(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient and have received this email in error, please notify the sender as soon as practical, permanently delete the original as well as any copies and discard all printed versions. Thank you for respecting the privacy of internet communications.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

CLARKSDFL270249