| | |
|---|---|
| **From:** | Darren Hearns </O=GLCT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=56D5FC5B7B0E4B198FAF958B7F4BE74C-DARREN HEARNS> |
| **To:** | CClark@clarkandgentry.com |
| **CC:** | Tom Whiteman |
| **Sent:** | 10/9/2015 1:22:44 AM |
| **Subject:** | FW: Darren Hearns / Great Lakes Insurance |
| **Attachments:** | image003.jpg |

EXHIBIT 283

Celia,

Here is the information for my sister below.  Still waiting on Daniels.  I will pass along when I receive.  I am 49 years old, and my children are as follow:  Kyle is 20, Katie is 17 and Kelsey is 11.

Thank you.



**Darren Hearns | President**
Great Lakes CARPET & TILE
13553 US Hwy 441, Lady Lake, FL 32159
352-330-4801 | www.greatlakescarpet.com

**From:** Dawn Cary
**Sent:** Thursday, October 08, 2015 9:12 PM
**To:** Darren Hearns <Darren@greatlakescarpet.com>
**Subject:** Re: Darren Hearns / Great Lakes Insurance

Me 52
Morgan 24
Emily 21
Erin 16
Liam 14

Sent from my iPhone

On Oct 8, 2015, at 4:59 PM, Darren Hearns <Darren@greatlakescarpet.com> wrote:

We are considering creating another Captive Insurance for just the three of us to help with our tax planning for this year so I need your children's ages and yours so I can get this back to Celia.  Thanks.


Darren

**From:** Celia Clark [mailto:CClark@clarkandgentry.com]
**Sent:** Friday, September 04, 2015 9:41 AM
**To:** Tom Whiteman <twhiteman@spoorcpa.com>
**Cc:** Darren Hearns <Darren@greatlakescarpet.com>; Diana Chen <DChen@clarkandgentry.com>
**Subject:** RE: Darren Hearns / Great Lakes Insurance

Tom:  I will look into this.  Can you give me a family tree showing which current beneficiaries are children of

which sibling, and also current ages for each beneficiary?
With that information, it will not take us long to figure out an ownership scenario for just the siblings. An ownership shift will entail taxable gifts, so I am thinking of a second captive.
Celia

Celia R. Clark, Esq.
Clark & Gentry, P.L.L.C.

570 Lexington Avenue,
Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
cclark@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

**From:** Tom Whiteman [mailto:twhiteman@spoorcpa.com]
**Sent:** Thursday, September 03, 2015 4:53 PM
**To:** Celia Clark
**Cc:** 'Darren Hearns (Darren@greatlakescarpet.com)'
**Subject:** Darren Hearns / Great Lakes Insurance

Hello Celia,
Darren and I want to talk about a new captive with different owners to be effective in 2015. The current company has all of the his and his siblings' children as beneficiaries. He and the siblings need to be the beneficiaries. Or is there a clean way to use the existing corporation and change ownership going forward through a recapitalization? What is a good time for you?

Thanks,
Tom



### Thomas R. Whiteman, Jr., CPA

<image001.jpg>

**Main Office (Please send all mail to this address)**

| | |
|---|---|
| 111 2nd Avenue NE Suite 1600 | St. Petersburg, FL 33701 |
| Phone: 727.343.7166 (ext. 233) | Fax: 727.345.3116 |
| twhiteman@spoorcpa.com | Direct Fax: 727.828.8379 |

**The Villages Area**

| | |
|---|---|
| 107 East Lady Lake Blvd | Lady Lake, FL 32159 |
| Phone: 352.205.8530 | Fax: 800.585.6605 |

 <image003.jpg>         bio | website | maps