**From:** Celia Clark
**Sent:** Tuesday, November 11, 2008 4:23 PM EST
**To:** SA Spencer <saspencer@carolina.rr.com>
**Subject:** RE: Terrorism Risk Level and Terrorism Report

Steve: This is a problem. The questions show a lack of understanding of the risk pool, which is not really their fault since they don't have a complete set of documents. More importantly, the last question takes issue with the actuarial rating model, which is not something I am qualified to defend, since I'm not an actuary. We could possibly get the actuary who developed the model on the phone, but not on short notice. He is swamped this time of year, as am I.

The situation is that there is not time starting from now to bring these CPAs current with every aspect of the structure, which is apparently what they require.

I am afraid the client is going to have to decide whether to go forward without Dixon Hughes approval or to postpone the transaction until next year. The client will not be terribly happy with the latter result because at this point we have done most of the work for the set up, so the client would not get much if anything in the way of a refund of the retainer. We have even disbursed the fees to St. Kitts because the application is now under review.

One thing to consider in this situation would be proceeding with the license application in 2008, but deferring the payment of premiums into the CIC until 2009. You have the client relationship--what do you recommend?

Celia

---

**From:** SA Spencer [mailto:saspencer@carolina.rr.com]
**Sent:** Tuesday, November 11, 2008 3:46 PM
**To:** Celia Clark
**Subject:** FW: Terrorism Risk Level and Terrorism Report

Celia,
Please review the messages below and get back with me. I need some help with this. Thanks.
Steve

*Steve Spencer*
*2815 Coliseum Centre Drive*
*Suite 680*
*Charlotte , NC 28217*
*704/576-4170*
*saspencer@carolina.rr.com*

IMPORTANT NOTICE
The information contained in this email message is intended for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the message.

---

**From:** Bryan Overcash [mailto:bryan.overcash@gcsagents.com]
**Sent:** Tuesday, November 11, 2008 2:53 PM
**To:** 'S A Spencer'
**Cc:** greg.alcorn@gcsagents.com
**Subject:** RE: Terrorism Risk Level and Terrorism Report

Steve,
Can you see if Celia is available Wednesday anytime between 1:00 and 3:00? If not, I could do it Thursday, anytime between 2:00 and 4:00.
Thanks,
Bryan

---

**From:** Jim Fowler (x5863) [mailto:JFowler@dixon-hughes.com]
**Sent:** Tuesday, November 11, 2008 2:06 PM
**To:** Bryan Overcash; S A Spencer; Kirk Lusch (x5881); Pete Teague; greg.alcorn@gcsagents.com
**Subject:** RE: Terrorism Risk Level and Terrorism Report

Bryan ,

I hope you are doing well. We have taken this morning to review the documents provided and wondered if we might be able to set up another call to discuss some talking points we've selected from the documents.

To help all parties prepare, I have included below some bullet points that we would like to address:

1. Page 4 of the Claims policy states that a loss incurred will be paid above the stated deductible and up to the limits of liability. What are the expected deductible amounts? Is there a percentage range that coincides with the liability limit (for instance $5 million loss limit has a $50,000 deductible = 1%)? The deductible limits may play a large role in the amount of risk truly shifted and distributed to 3rd parties.
2. How does the cash flow for the "pooled" risk get handled by the "pool"? GCS would pay its captive approximately $300K for the terrorist coverage that would be pooled. Is that cash sent to a third party that will hold it and build capital reserves from it? If so - does any of that get returned in the form of "return premiums" or share in the capital gains?

3. We need clarity with regard to a paragraph in the program guide.  On page 9 under "Structure", it states "The amount of insurance assumed by each of the participating CICs is limited to the amount of insurance purchased by that CIC."  What happens in the event that a loss event occurs in year one before reserves have been built and multiple CICs file claims?  Back to our example is GCS' Captive only liable for $300,000 of loss coverage?  Where is the extra loss coverage in an early "worst case" scenario?
4. Pricing - While I will certainly not profess to be an insurance pricing expert - we have some concerns over the suggested pricing scenarios.  Page 5 of the Program suggests an average add-on rider of $3-$5 premium per $1,000 of liability.  Pages 11-14 continue to provide additional third party "industry" pricing guidance that seem to support this range.  Page 6 makes the assertion that a "pool" policy could support a range of $15-$150 per $1,000 of liability.  Our concern is that the highest end of this range has been selected, especially since the policy would exclude the predominantly "high-risk" cities of over 1.5 million in population.  Page 12 shows an industry exhibit that the rates for the high risk cities are as much as 10 times the rates for the "all other cities".  That would lead any auditor to believe that some weight should be given to the inherent "discount" of insuring outside of the high risk zone, yet none has in this example.  When the total numbers are projected out it would appear that GCS would be paying $300,000 in premiums for a $2,000,000 loss policy.  Coupled with the fact that all other lines of risk may not be pooled, and they would be paying $1,000,000 of total premium for an outside coverage of $2,000,000 of risk - all other risk being self-insured.  These numbers would not appear to support a sufficient "risk-shifting" analysis.  Bottom line question - would you pay $1,000,000 for third party coverage of $2,000,000 if there were no captive tax benefits?

Again - Our goal is not to dispute the transaction or its merits, but work with you on achieving a risk minimized result and ensure we have done our due diligence in understanding the specifics and details of the transaction.  Please let us know when we can have a dialogue regarding these points, as I know time is of the essence.  Personally, I can be available almost anytime this week and will accommodate my schedule to ensure I'm available.  Thanks for your assistance with this project.


No virus found in this incoming message.
Checked by AVG.
Version: 7.5.549 / Virus Database: 270.9.1/1781 - Release Date: 11/11/2008 8:59 AM


No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.549 / Virus Database: 270.9.1/1781 - Release Date: 11/11/2008 8:59 AM

CLARKSDFL346872