**From:** Celia Clark <CClark@clarkandgentry.com>
**Sent:** Wednesday, August 01, 2012 10:30 AM EDT
**To:** Bruce Ogilvie <■■■■@SDCD.com>; Manuel Ramirez <MRamirez@rjicpas.com>
**CC:** Jeff Walker <■■■@SDCD.com>
**Subject:** RE: Captive Insurance Program - URGENT

Bruce:  I already sent Manny an email bringing him fully up to date.  I would be happy to speak to you Friday afternoon.
The short version is that a competitor of mine circulated the summons with an email making it sound as if I was the target of an IRS investigation.  That's flat out wrong, and I am taking legal action.  The IRS wanted confidential client information, relating to an audit of a former client of mine, that I was not authorized to release without a summons.  That's it.
There is a lot of interest by the IRS in CICs right now.  Certain abuses appear to be the focus.  Manny's and my clients have come through several audits, all with no change.  We will all be better off once the IRS weeds out the bad apples.
Speak to you soon,
Celia


Celia R. Clark, Esq.
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
cclark@clarkandgentry.com

The information in this email is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this email, or the copying or forwarding of it, by anyone else is unauthorized.  If you are not the intended recipient, please delete the message and any attachments.
To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

---

**From:** Bruce Ogilvie [mailto:■■■■@SDCD.com]
**Sent:** Wednesday, August 01, 2012 8:52 AM
**To:** 'Manuel Ramirez'
**Cc:** Celia Clark; Jeff Walker
**Subject:** RE: Captive Insurance Program - URGENT

Hello Manny,
I met Steve through Dick Debekias, and really knew very little about him. Dick Debekias is very interested in a Captive for his business. After receiving Steve's email I also felt he had sour grapes, I do agree he has an agenda. Putting his agenda aside, I do wish to speak about the IRS summons with Celia.

I am traveling today an d tomorrow with my kids, I am wide open on Friday.
Celia: Can you let me know what time you are available so that I can call you?

Thank You

Bruce Ogilvie  (CEO)
Super D
949-255-5210 Office
413-723-5568 Fax
949-275-3043 Cell
949-737-1660 Home Office
www.sdcd.com
■■■■@sdcd.com

---

**From:** Manuel Ramirez [mailto:MRamirez@rjicpas.com]
**Sent:** Tuesday, July 31, 2012 10:23 PM
**To:** Bruce Ogilvie
**Cc:** Celia Clark; Jeff Walker
**Subject:** Re: Captive Insurance Program - URGENT

Bruce,

I've had two clients audited which are part of the pool and received no-change letters on both. Celia I'm available to discuss tomorrow, shoot me some times.

I know Steve well and have explained our model to him several times, but I think he's not a fan as he loses business when companies replace traditional insurance by self insuring through a  captive structure. Perhaps Celia can address the status of the IRS inquiry into the pool as well as any specific concerns you may have on the insurance pool. We can also discuss alternatives to the pool structure if you'd like.

Sent from my iPad

On Jul 31, 2012, at 9:35 PM, "Bruce Ogilvie" <██████@SDCD.com> wrote:

> Hello Celia,
> I met with a friend (Dick) today who brought his friend (Steve) and we talked about Captives. I was basically recommending you and Manny and explaining the program.
>
> After our lunch meeting I received the email below.
> I am assuming the IRS summons is true?
> I am concerned after reading this?
>
> Please let me know a time when I can speak with you about this matter?
>
> Thank You
>
> Bruce Ogilvie  (CEO)
> Super D
> 949-255-5210 Office
> 413-723-5568 Fax
> 949-275-3043 Cell
> 949-737-1660 Home Office
> www.sdcd.com
> ██████@sdcd.com
>
> ---
>
> **From:** Steve Paulin [mailto:spaulin@sullicurt.com]
> **Sent:** Tuesday, July 31, 2012 4:57 PM
> **To:** Bruce Ogilvie
> **Subject:** Captive Insurance Program - URGENT
>
> Bruce,
>
> Thank you for taking the time to meet for lunch. You were very helpful, and I believe this was a beneficial conversation for Dick, as I know captives interest him.
>
> I did not want to mention this in front of Dick, but I believe your captive structure and deductibility of premiums is compromised by the terrorism pooling arrangement. The large premium amount may not qualify as "ordinary and necessary". The information in the email below and attached from my captive manager, Intuitive Captive Solution (ICS), addresses this specific issue.
>
> Subsequently, I discovered important information that you and Jeff need to be aware. As noted in the links below, and intimated by ICS, Cecilia Clark has received a summons from the IRS to produce documents for each insured listed on the terrorism coverage with Diversified Insurance.
>
> http://www.thewpi.org/pdf_files/celia.clark.summons.pdf
>
> http://physiciansmoneydigest.com/your-money/IRS-Sends-Summons-to-CIC-Expert
>
> Certainly, this is a red flag. May I suggest a conference call with ICS to help put this in perspective, and determine what exposure Super D has with this developing situation.
>
> I look forward to your response.
>
> Regards,
>
> **Steve Paulin, CIC** | Senior Vice President
> SullivanCurtisMonroe | 1920 Main Street, Suite 600 | Irvine, CA 92614
> Direct Line - 949-852-4812 | Fax - 949-852-9762
> http://www.sullivancurtismonroe.com
>
> scm_logo

Named One of Orange County's Best Companies to Work For by OC Metro

LICENSE #0E83670

_____

This message is intended for the use of the individual entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by calling 949-250-7172, and return the original message to us. **Please note, email does not constitute authorization to bind or alter coverage.** Thank you.

Please consider the environment before printing this e-mail.

_____

**From:** James P. Landis [mailto:jlandis@intuitivecompanies.com]
**Sent:** Wednesday, July 18, 2012 8:37 AM
**To:** spaulin@sullicurt.com
**Subject:** A quick update from Intuitive


## A SECOND "NO CHANGE" AUDIT FOR AN INTUITIVE CLIENT

Another client of Intuitive recently concluded an audit of their operating company by the IRS. In connection with that audit, the IRS examined the client's captive insurance company and the premiums paid to that captive. The end result was (again) no change in the taxpayer's treatment of its captive. We are pleased that our captives continue to comply completely with all tax requirements.

## TERRORISM RISK COVERAGE

In contrast to our favorable experience, an IRS Summons has been issued to a competitor that uses terrorism risk coverage as the primary method of captive premium generation and also uses pooling of that risk to allegedly create "third party risk." As we have always maintained, the difficulty with these types of programs is that the pricing of the terrorism risk is frequently egregiously inflated and bears no relation to the individual risk characteristics of each client. While these types of policies usually offer broader coverage than the typical TRIA policy, those extra coverages cannot actuarially justify vastly inflated premiums. In fact, one of our agencies works with Lloyds of London who quoted a $10,000 premium for a $5mm terrorism/loss of income policy for a large company in Dallas. This is a far cry from the $600,000 we have seen quoted by other captive managers without insurance experience.

The IRS is aware of abuses in this area, and this Summons demands information on every captive that has used this particular terrorism pooling. We expect those captives to be audited soon. We continue to conservatively price all risks transferred to Intuitive's captives and will not artificially inflate premium levels simply to attempt to generate more tax deductions for our clients.

## NEW HIRE AT INTUITIVE

We are happy to welcome John Flocco to our growing Intuitive family. John will be working closely with our agency partners to identify clients who could benefit from owning their own insurance company. John brings a strong insurance background to our operations, having over 25 years' experience with large P&C agencies such as Willis, Lockton, and Aon.

## WE REMAIN READY TO GET TO WORK FOR YOU

| Rick J. Eldridge | James P. Landis |
| --- | --- |
| Managing Partner | Managing Partner |
| 303.691.8560 | 303.691.8539 |

Intuitive Captive Solutions, LLC.
6855 S. Havana St. Suite 620
Centennial, CO 80112

(720) 382-2100
www.intuitivecaptivesolutions.com

unsubscribe

powered by   GraphicMail

This mailing system may only be used for sending permission based email.
If you did not give permission to receive emails from this sender, please notify us .

This email was sent to spaulin@sullicurt.com by jlandis@intuitivecompanies.com   | Read our Privacy Policy

intuitivecompanies.com - 6855 S. Havana St, Suite 620, 80112, United States

CLARKSDFL716145