December 8, 2014      **EXHIBIT 356**      $400,000.00

## PROMISSORY NOTE

For good and valuable consideration, Oropeza Investments, LLC, an Arizona limited liability company ("Maker"), hereby agrees to pay to Agman Insurance Company, Ltd., a Nevis corporation ("Holder"), the principal sum of FOUR HUNDRED THOUSAND DOLLARS and 00/100 ($400,000.00) ("Principal").

The Principal shall bear interest equal to the Federal Short Term Applicable Federal Rate of .37% per annum commencing December 8, 2014. The interest shall accrue on the Principal balance.

The Principal and accrued interest shall be paid in full by Maker to Holder no later November 30, 2017 (the "Due Date"). No payment of Principal or interest shall be required of Maker prior to the Due Date. The Principal, or any accrued interest, or any portion thereof, may be paid partially, or in full, at any time without penalty.

Maker waives notice of presentment and dishonor in the event of a default. In the event of a default, Holder may elect to accelerate all Principal and any accrued, but unpaid interest, and may proceed with Maker's legal rights and remedies as provided by applicable law. In the event Holder places this Promissory Note in the hands of an attorney to collect the Principal, or any portion thereof, including unpaid interest, Maker agrees to pay Holder's reasonable attorney's fees, expense and costs whether or not a lawsuit or any other legal proceeding is instituted by Holder against Maker.

This Promissory Note shall be governed and construed in accordance with the laws of the State of Arizona. Maker specifically consents to the application of Arizona law to this Promissory Note.

EFFECTIVE the 8th day of December, 2014.

Maker:

Oropeza Investments, LLC

By: _____
Jesus R. Oropeza, Manager

*[Handwritten notes:]*
CK # 3167 Principal 400K.  3-1-2017
CK # 3168 Interest $ 3467.75  3-1-2017

P.I.F.

1

DOJ_FIRM000107

PET003882

DOJ_FIRM-0000107

---

**OROPEZA INVESTMENTS, LLC**
3625 E. COUNTY 18TH ST.
YUMA, AZ 85365-4736
(928) 344-1278

THE FOOTHILLS BANK
YUMA, AZ 85367
91-563/1221

3167

3/1/2017

PAY TO THE ORDER OF __Agman Insurance, LTD.__   $ **400,000.00

Four Hundred Thousand and 00/100************************************************************ DOLLARS

Agman Insurance, LTD.
3625 E County 18th St
Yuma AZ  85365-4736

MEMO  Payoff loan to Agman

---

**OROPEZA INVESTMENTS, LLC**
3625 E. COUNTY 18TH ST.
YUMA, AZ 85365-4736
(928) 344-1278

THE FOOTHILLS BANK
YUMA, AZ 85367
91-563/1221

3168

3/1/2017

PAY TO THE ORDER OF __Agman Insurance, LTD.__   $ **3,467.75

Three Thousand Four Hundred Sixty-Seven and 75/100******************************************* DOLLARS

Agman Insurance, LTD.
3625 E County 18th St
Yuma AZ  85365-4736

MEMO  Interest on loan from Agman

---

PET003883

DOJ_FIRM000108

DOJ_FIRM-0000108