**From:** Manuel Ramirez <MRamirez@rjicpas.com>
**Sent:** Tuesday, December 22, 2015 6:56 PM EST
**To:** Tarek El Moussa <██████@gmail.com>; Jeff Elkins <JElkins@rjicpas.com>; Roger Behle <rbehle@foleybezek.com>
**CC:** Celia Clark <CClark@clarkandgentry.com>
**Subject:** RE: Premiums - T&C Enterprise Group, Inc.

Tarek,

$500k saves you $250k in taxes, but I'll ask the actuary to see if they can cover additional areas of risk for you.

Warmest regards,

**Manuel J Ramirez, CPA, MST DABFA**
*Chairman of the Board*



18012 Sky Park Circle | Suite 200 | Irvine, CA 92614
Tel 949.852.1600, ext 402 | Fax 949.852.1606
mramirez@rjicpas.com  |  www.rjicpas.com

All advice or statements of opinion included in or attached to any email to our clients is subject to the terms and conditions set forth in the governing RJI CPAs engagement letter. The content of this email is not legally binding unless confirmed by letter. The sending of emails to us will not constitute compliance with any time limits or deadlines.

**PRIVILEGED AND CONFIDENTIAL**
The information and any accompanying documents are intended for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this communication is not the intended recipient or the employee or agent responsible to deliver the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying or use of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately by email and delete it from your computer system, destroy the original communication and its attachments without reading them or saving them to disk or otherwise. Thank you.

---

**From:** Tarek El Moussa [mailto:██████@gmail.com]
**Sent:** Tuesday, December 22, 2015 3:22 PM
**To:** Manuel Ramirez; Jeff Elkins; Roger Behle
**Subject:** Fwd: Premiums - T&C Enterprise Group, Inc.

Manny since I can't put and real money in my captive doesn't it make more sense to buy commercial real estate and shut it down? I'm very unhappy.  Spent 82k to set this up

Sent from my iPhone

Begin forwarded message:

> **From:** Anthony Khatchoui <AKhatchoui@clarkandgentry.com>
> **Date:** December 22, 2015 at 2:17:32 PM PST
> **To:** Tarek El Moussa <██████@gmail.com>
> **Cc:** Annette Flores <██████@gmail.com>, Christina El Moussa <██████@gmail.com>, Celia Clark <CClark@clarkandgentry.com>, Manuel Ramirez <MRamirez@rjicpas.com>, Todd Rustman <trustman@claritycapitalllc.com>, Roger Behle <rbehle@foleybezek.com>, Jeff Elkins <JElkins@rjicpas.com>
> **Subject: Premiums - T&C Enterprise Group, Inc.**
>
> Hello Tarek:
>
> I hope this message finds you well.
>
> The actuary has completed pricing for the lines of coverage issued by T&C Enterprise Group, Inc. and the total premium is $500,000, with T&C Seminar Group, Inc. responsible for $199,000 and T&C Entertainment Group, Inc. responsible for the remaining $301,000.

CLARKSDFL1480752

By the end of the day **tomorrow**, please wire $173,700 based on the following instructions:

**Bank: Citibank, New York**
**ABA #:** ▮▮▮▮▮▮▮▮
**FBO: Morgan Stanley Smith Barney LLC**
**Beneficiary Account #:** ▮▮▮▮▮▮
**For Further Credit to: Emerald International Reinsurance Trust dated 09/25/2015**
**Account #:** ▮▮▮▮▮▮▮▮
**Reference: Reinsurance Agreement 2015-12-144**

The remaining premium ($326,300) and required capitalization ($20,000) should be wired before year-end to (or checks deposited in) T&C Enterprise Group, Inc.'s bank account. Please note that the $20,000 capitalization requirement should come from you and Christina ($10,000 each) because you are the shareholders of the captive.

We are in the process of preparing premium invoices for your files. You will have them sometime this week.

Thank you for your time.

Sincerely,
Anthony

P.S. Merry Christmas/Happy Holidays to all recipients of this email!


Sincerely,
Anthony K. Khatchoui, Esq.
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
akhatchoui@clarkandgentry.com

The information in this email is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this email, or the copying or forwarding of it, by anyone else is unauthorized.  If you are not the intended recipient, please delete the message and any attachments.

CLARKSDFL1480753