**EXHIBIT 369**

**From:** Manuel Ramirez <MRamirez@rjicpas.com>
**Sent:** Wednesday, December 23, 2015 12:52 PM EST
**To:** Anthony Khatchoui <AKhatchoui@clarkandgentry.com>; Celia Clark <CClark@clarkandgentry.com>
**Subject:** RE: Premiums - T&C Enterprise Group, Inc.

He's pretty dissapionted,  anything the actuary can do here? Additional lines?


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: Anthony Khatchoui <AKhatchoui@clarkandgentry.com>
Date: 12/22/2015 8:23 PM (GMT-08:00)
To: Tarek El Moussa <███████@gmail.com>
Cc: Manuel Ramirez <MRamirez@rjicpas.com>, Annette Flores <███████@gmail.com>, Christina El Moussa <███████@gmail.com>, Celia Clark <CClark@clarkandgentry.com>, Todd Rustman <trustman@claritycapitalllc.com>, Roger Behle <rbehle@foleybezek.com>, Jeff Elkins <JElkins@rjicpas.com>
Subject: RE: Premiums - T&C Enterprise Group, Inc.

Good evening Tarek:

I am sorry that you are disappointed. I will discuss this matter with the firm's managing partner first thing tomorrow morning.

Sincerely,
Anthony

Sincerely,
Anthony K. Khatchoui, Esq.
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
akhatchoui@clarkandgentry.com

The information in this email is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this email, or the copying or forwarding of it, by anyone else is unauthorized.  If you are not the intended recipient, please delete the message and any attachments.

**From:** Tarek El Moussa [mailto:███████@gmail.com]
**Sent:** Tuesday, December 22, 2015 11:02 PM
**To:** Anthony Khatchoui
**Cc:** Manuel Ramirez; Annette Flores; Christina El Moussa; Celia Clark; Todd Rustman; Roger Behle; Jeff Elkins
**Subject:** Re: Premiums - T&C Enterprise Group, Inc.

Waste of my time and money.  I will make over 7 million  next year. If I die from two serious cancers my family is screwed.  This is bs.  500k to save to 250k.  Might as well buy rentals.  I'm extremely disappointed.

T

Sent from my iPhone

On Dec 22, 2015, at 4:51 PM, Anthony Khatchoui <AKhatchoui@clarkandgentry.com> wrote:

> Hello Manny:
>
> I hope this message finds you well.
>
> The actuary was informed that Tarek had cancer twice. Further, Keyman Disability Insurance is being issued to T&C Entertainment Group, Inc. to insure against the loss of income resulting from the loss Tarek's or Christina's services during a period of disability.
>
> Thank you for your time.
>
> Sincerely,
> Anthony
>
> Sincerely,

Anthony K. Khatchoui, Esq.
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
akhatchoui@clarkandgentry.com

The information in this email is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this email, or the copying or forwarding of it, by anyone else is unauthorized.  If you are not the intended recipient, please delete the message and any attachments.

---

**From:** Manuel Ramirez [mailto:MRamirez@rjicpas.com]
**Sent:** Tuesday, December 22, 2015 6:55 PM
**To:** Anthony Khatchoui; Tarek El Moussa
**Cc:** Annette Flores; Christina El Moussa; Celia Clark; Todd Rustman; Roger Behle; Jeff Elkins
**Subject:** RE: Premiums - T&C Enterprise Group, Inc.

Anthony,

Is the actuary aware that Tarek has had cancer twice and that we'd like to insure against his inability to perform on the "Flip or Flop" show? If so, then Tarek will proceed with the payments of the policies and coverages provided. Thank you for your assistance with this matter.

Warmest regards,

*Manuel J Ramirez, CPA, MST DABFA*
*Chairman of the Board*


<image001.jpg>

18012 Sky Park Circle | Suite 200 | Irvine, CA 92614
Tel 949.852.1600, ext 402  |  Fax 949.852.1606
**mramirez@rjicpas.com**  |  **www.rjicpas.com**

All advice or statements of opinion included in or attached to any email to our clients is subject to the terms and conditions set forth in the governing RJI CPAs engagement letter. The content of this email is not legally binding unless confirmed by letter. The sending of emails to us will not constitute compliance with any time limits or deadlines.

**PRIVILEGED AND CONFIDENTIAL**
The information and any accompanying documents are intended for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential.  If the reader of this communication is not the intended recipient or the employee or agent responsible to deliver the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying or use of this communication is strictly prohibited.  If you receive this communication in error, please notify me immediately by email and delete it from your computer system, destroy the original communication and its attachments without reading them or saving them to disk or otherwise. Thank you.

---

**From:** Anthony Khatchoui [mailto:AKhatchoui@clarkandgentry.com]
**Sent:** Tuesday, December 22, 2015 2:18 PM
**To:** Tarek El Moussa
**Cc:** Annette Flores; Christina El Moussa; Celia Clark; Manuel Ramirez; Todd Rustman; Roger Behle; Jeff Elkins
**Subject:** Premiums - T&C Enterprise Group, Inc.
**Importance:** High

Hello Tarek:

I hope this message finds you well.

The actuary has completed pricing for the lines of coverage issued by T&C Enterprise Group, Inc. and the total premium is $500,000, with T&C Seminar Group, Inc. responsible for $199,000 and T&C Entertainment Group, Inc. responsible for the remaining $301,000.

By the end of the day **tomorrow**, please wire $173,700 based on the following instructions:

**Bank: Citibank, New York**
**ABA #:** ▮
**FBO: Morgan Stanley Smith Barney LLC**
**Beneficiary Account #:** ▮
**For Further Credit to: Emerald International Reinsurance Trust dated 09/25/2015**
**Account #:** ▮
**Reference: Reinsurance Agreement 2015-12-144**

The remaining premium ($326,300) and required capitalization ($20,000) should be wired before year-end to (or checks deposited in) T&C Enterprise Group, Inc.'s bank account. Please note that the $20,000 capitalization requirement should come from you and Christina ($10,000 each) because you are the shareholders of the captive.

We are in the process of preparing premium invoices for your files. You will have them sometime this week.

Thank you for your time.

Sincerely,
Anthony

P.S. Merry Christmas/Happy Holidays to all recipients of this email!


Sincerely,
Anthony K. Khatchoui, Esq.
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, Suite 2401
New York, NY 10022-6880
(212) 370-4220
(212) 370-4270 (fax)
akhatchoui@clarkandgentry.com

The information in this email is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this email, or the copying or forwarding of it, by anyone else is unauthorized.  If you are not the intended recipient, please delete the message and any attachments.