![ACR Solutions Group — actuarial • consulting • risk management]

*RE: Collective Insurance Company, LTD*

## Purpose and Scope

The Law Offices of Celia R. Clark, P.L.L.C. ("CRC") has retained ACR Solutions Group, Inc. ("ACR") to project premium funding estimates for insurance policies expected to be issued by certain client captive insurance companies. The actual funding for liabilities assumed through the issuance of insurance contracts is the responsibility of the Company's management. ACR' responsibility under this engagement is to develop reasonable premium estimates for insurance policies expected to be issued by Collective Insurance Company, LTD. ("the Company"), a non-admitted captive insurance company with a 6/15/2010 effective date. This report does not express an accounting opinion on any items reported in any financial statements filed by the Company.

## Distribution and Use

This report and the opinions and conclusions contained herein are provided solely for the internal use of CRC, Company management and the named insured(s) in determining reasonable premium estimates for the proposed insurance policies. We understand that copies of this report may be provided to regulators and/or external auditors. Permission is hereby granted for this distribution on the condition that the report is distributed in its entirety as opposed to any excerpt thereof. Any further distribution or use without written consent is not authorized.

Any third party recipient(s) of this report (i.e., parties other than CRC, Company management and the named insureds) should understand that this report in no way relieves them of the responsibility to perform their own due diligence and

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 908-598-1555 • e-mail: arosenbach@comcast.net
www.acr4you.com

1

ACR_IRS0284978

*Collective Insurance Company, LTD – Premium Estimates*

should place no reliance on this report or the data contained herein without independent verification. Furthermore, reliance on this report or the data contained herein by any third party does not create any duty or liability on behalf of ACR to the third party.

# Reliances and Limitations

*General*

This report utilizes generally accepted actuarial methods and practices that we believe are appropriate and that lead to reasonable conclusions, given the information currently available. However, due to the nature of the insurance loss process, the projection of insurance liabilities is inherently subject to significant uncertainty. Liability exposures, in particular, are typically characterized by extremely volatile claims experience. Consequently, actual results are expected to vary, sometimes significantly, from the point estimates presented in this report.

The conclusions and indications contained in this report are predicated on a number of assumptions as to future conditions and events. These assumptions, which are documented in subsequent sections of this report, must be understood in order to place the conclusions in their appropriate context. Throughout our analysis, we have employed reasonable actuarial techniques and judgment based on currently accepted practices and procedures to project the estimates presented in this report. However, no assurance can be made that these estimates will prove to be adequate or not excessive until all related claims are closed.

Nothing in this report should be construed as recommending that the Company should or should not assume risk through the issuance of insurance contracts. Many factors other than the projection of prospective premium funding amounts should be considered in making this decision. Further, no guarantee should be inferred from this report that the ultimate cost of all obligations assumed by the Company will necessarily be satisfied by the revenues generated from the estimates presented herein.

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 908-598-1555 • e-mail: arosenbach@comcast.net
www.acr4you.com

2

ACR_IRS0284979

*Collective Insurance Company, LTD – Premium Estimates*

We shall not be liable for any claim or demand by any third party arising out of the services provided except where such claim or demand results from our gross negligence or willful misconduct. In no event shall we be liable to anyone for any amounts representing lost profits, loss of business, or special, indirect, incidental, consequential or punitive damages.

*Data Reliance*

Throughout this analysis we have relied, without audit or verification, on historical data as presented in regulatory filings made by insurance carriers offering insurance products similar to those subject to our analysis. In addition, we have relied on data and representations reported in the various applications and attachments provided by the Company for our review. Our reliance is based on oral and/or written confirmation, by responsible officers or their representatives, of the quality, accuracy and completeness of the data and information supplied. To the extent that material differences in the data and/or information relied upon in this analysis are revealed through subsequent review or audit, it is the responsibility of the Company to notify us of these differences so they may be properly reflected.

We have also relied, without audit or verification, on information and data from relevant insurance industry sources to develop the indications presented in this report. The industry experience referenced herein was obtained from documents submitted to the insurance regulatory authorities in the jurisdiction(s) subject to this analysis and made available to the public.

In its entirety, this report is intended to summarize our analysis with respect to the assumptions, data and sources that lead to the indications presented herein. Each section of this report has been prepared to document relevant actuarial judgments and assumptions employed and should be considered an integral part of this report.

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 908-598-1555 • e-mail: arosenbach@comcast.net
www.acr4you.com

3

ACR_IRS0284980

*Collective Insurance Company, LTD – Premium Estimates*

## Premium Funding Estimates

Page one of the rating exhibits summarizes our premium estimates by policy for policies expected to be issued by the Company with a 6/15/2010 effective date. The premium estimates and limits of liability are expressed in United States dollars.

## Methodology and Assumptions

The premium funding estimates presented in this report are based on rates and rating factors developed, in a separate competitive market analysis where available, specifically targeting the exposures and coverage offerings represented in the insurance policies issued by the captive insurance companies under CRC management. The historical pricing of the account is also reviewed and consideration is given to maintain stability, consistency and reasonableness. A conservative approach is also applied to account for the occasional lack of clarity, common to owner controlled captives in the areas of exposure assessments. The conservative approach taken is also designed to take into account under-reporting of claims and less stringent insurance data requirements also common in captive situations. The following sections of this report provide a brief description of the methods and assumptions used to develop the projected annual premium funding estimates.

*Underwriting Profiles*

The premium projections presented in this report are predicated on data and representations provided by the Company in the applications for insurance and their attachments including historical pricing which we used to develop a profile of the exposures covered by the proposed insurance policies. Our interpretation of this data led to the exposure classifications, base rates and rating factors used to derive the premium estimates.

*Premium Rates and Rating Factors*

In a separate competitive market analysis, ACR developed rates and rating factors for use in pricing the insurance policies commonly issued by the captive insurance

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 908-598-1555 • e-mail: arosenbach@comcast.net
www.acr4you.com

4

ACR_IRS0284981

*Collective Insurance Company, LTD – Premium Estimates*

companies under CRC management.

Where comparable coverages were identified, the base rates and rating factors developed in this report were based on a survey of rating plans obtained from regulatory filings submitted by commercial insurance carriers in the United States of America. It is assumed that the commercial rates and rating factors selected represent a reasonable basis from which to develop premium estimates for comparable coverages provided by the Company. Where comparable coverages were unavailable, we used professional judgment to develop reasonable rating guidelines to reflect the expected loss potentials. Indicated rates were also reviewed and tempered to reflect historical consistency and rate-on-line ranges. We believe that the judgments employed and the rating guidelines selected provide a reasonable basis to develop premium estimates for the coverages not readily available in the commercial insurance market.

*Coverage Comparisons*

As described above, the base rates and rating factors used to develop the premium estimates present in this report were selected based on a survey of rating plans currently utilized by commercial insurance carriers providing similar coverages. However, many of the coverages provided by the Company are either unavailable or unaffordable in the commercial insurance market in the form issued by the Company. As a result, adjustments were made to modify the commercial rates and rating factors to reflect our interpretations of the differences in the captive insurance policies. These adjustments were judgmentally selected based on our perception of the exposure to loss reflected in the proposed coverages relative the coverage provided by the surveyed commercial insurance policies. We believe that the premium modifiers reasonably reflect the inherent differences in exposure to loss between the insurance coverage provided by the Company and the coverage reflected in the commercial insurance policies.

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 908-598-1555 • e-mail: arosenbach@comcast.net
www.acr4you.com

5

ACR_IRS0284982

*Collective Insurance Company, LTD – Premium Estimates*

*Expenses*

It is assumed that the ultimate costs of all operating expenses related to the Company are appropriately reflected in the base rates and/or the coverage modifiers used to develop the premium estimates presented in this report. That is, although the individual components will differ, we have assumed that the portion of the surveyed commercial carriers' base rates attributable to operating expenses and underwriting profit will be consistent with the Company's prospective operating expenses and margin for adverse claim development.  To the extent significant expense provision variations exists, modifications are made to the rates.

*Volatility*

It is assumed that the ultimate costs for the majority of these coverages typically are high severity lines and low frequency and behave similarly to catastrophe business.  As a result it is not uncommon to be loss free for many years and then have shock losses.

If you or your staff has any further questions, please feel free to contact us.

*Allen Rosenbach* (signature)

Allen Rosenbach, FCAS

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 908-598-1555 • e-mail: arosenbach@comcast.net
www.acr4you.com

6

ACR_IRS0284983

| | | |
|---|---|---|
| Account/Insured | | Collective Insurance Company, LTD - 1. RSI |
| Effective Date | | Various |
| Expiration Date | | |
| Retroactive Date | | NA |
| Coverage Trigger | | Claims Made |

**Exposure Information**

| | |
|---|---|
| Assets/Revenue | 22,000,000 |
| Income | 2,200,000 |
| Employees | 99 |
| Payroll | 9,000,000 |

Summary of Premium Determination

| Selected Policies/Coverages | Policy Recap | Occurrence Limits | Aggregate Limits | Deductible Per Occurrence | Annual Premium |
|---|---|---:|---:|---:|---:|
| X | Administrative Actions | 500,000 | 1,000,000 | - | 19,000 |
| X | Business Income Protection | 1,000,000 | 1,000,000 | - | 105,000 |
| | Business Risk Indemnity | 1,000,000 | 1,000,000 | - | - |
| | Computer Operations & Data | 1,000,000 | 1,000,000 | - | - |
| | Contract Cancellation | 1,000,000 | 1,000,000 | - | - |
| | Directors & Officers | 1,000,000 | 1,000,000 | - | - |
| | Disability Keyman | 1,000,000 | 1,000,000 | - | - |
| | Employee Fidelity (Crime/Theft) | 1,000,000 | 1,000,000 | - | - |
| X | Employment Practices Liability | 500,000 | 500,000 | - | 39,000 |
| | Internet Liability | 1,000,000 | 1,000,000 | 1,000 | - |
| | Kidnap, Ransom & Extortion | 1,000,000 | 1,000,000 | - | - |
| | Litigation Expense | 1,000,000 | 1,000,000 | - | - |
| | Professional Liability (Medical) | 1,000,000 | 3,000,000 | - | - |
| | Tax Indemnity | 1,000,000 | 1,000,000 | - | - |
| X | Special Property Form | 786,271 | 786,271 | - | 20,000 |
| | Loss of Key Employee | 1,000,000 | 1,000,000 | - | - |
| | Terrorism | 800,000 | 800,000 | - | - |
| | | | | $ | 183,000 |

| | | | |
|---|---|---|---|
| **Account/Insured** | Collective Insurance Company, LTD - 1. RSI | | |
| Effective Date | 6/15/2010 | | |
| Retroactive Date | NA | | |
| Coverage Trigger | Claims Made | | |

**Exposure Information**

| | |
|---|---:|
| Assets/Revenue | 22,000,000 |
| Income | 2,200,000 |
| Employees | 99 |
| Payroll | 9,000,000 |

Administrative Actions

| | | | Occurrence Limit | Aggregate Limit | Deductible Attachment |
|---|---:|---:|---:|---:|---:|
| E&O Premium | $ | 21,825 | 500,000 | 1,000,000 | - |
| Claims Made | | 1.30 | | | |
| Deductible Factor | | 2.30 | | | |
| ILF | | 0.900 | | | |
| Endorsement | | 1.10 | | | |
| Coverage Factor | | 0.30 | Adj | 0 | |
| Product Of Factors | | 0.89 | Prior Claim | | |
| Select Impact | | 0.89 | | | |
| | | | | | |
| Premium | $ | 19,000 | | | |
| Rate on Line | | 3.8% | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Account/Insured** | **Collective Insurance Company, LTD - 1. RSI** | | | | |
| Effective Date | 6/15/2010 | | | | |
| Retroactive Date | NA | | | | |
| Coverage Trigger | Claims Made | | | | |

**Exposure Information**

| | |
|---|---:|
| Assets/Revenue | 22,000,000 |
| Income | 2,200,000 |
| Employees | 99 |
| Payroll | 9,000,000 |

| | | | Occurrence Limit | Aggregate Limit | Deductible Attachment |
|---|---|---:|---:|---:|---:|
| Business Income Protection | | | 1,000,000 | 1,000,000 | - |
| | Exposure Base | 22,000,000 | | | |
| | Rate Event | 0.075 | | | |
| | Net Protected Expsoure | 2,200,000 | | | |
| | Prob of Event & Severity | 1,650,000 | | | |
| | Limit Factor | 1.000 | | | |
| | Claims Made Factor | 1.300 | | | |
| | Adjustment Factor | 0.6500 | | | |
| | Other | 0.0750 | Barrier Entry | | |
| | Rate On Line | 10.5% | | 0.5 | |
| | Premium | 105,000 | | | |

| | | |
|---|---|---|
| **Account/Insured** | Collective Insurance Company, LTD - 1. RSI | |
| Effective Date | 6/15/2010 | |
| Retroactive Date | NA | |
| Coverage Trigger | Claims Made | |

**Exposure Information**

| | |
|---|---:|
| Assets/Revenue | 22,000,000 |
| Income | 2,200,000 |
| Employees | 99 |
| Payroll | 9,000,000 |

Industry Group    3

Employment Practices Liability

| | Occurrence Limit | Aggregate Limit | Deductible Attachment |
|---|---:|---:|---:|
| | 500,000 | 500,000 | - |

| | | |
|---|---:|---|
| Base Premium | $ 11,099 | |
| Employees | 99 | |
| Industry Factor | 1.250 | Adj    0 |
| ILF | 0.790 | |
| Claims Made | 1.300 | |
| Deductible | 1.250 | |
| State Group | 1.500 | |
| Rating Factors | 1.258 | |
| Endorsement | 1.365 | |
| Other | 0.800 | ELR Adj. |
| Factors | 3.48 | |
| Premium | $ 39,000 | |

*Premium Development*

| | | | | | | |
|---|---|---|---|---|---|---|
| Account/Insured | Collective Insurance Company, LTD - 1. RSI | | | | | |
| Effective Date | 6/15/2010 | | | | | |

**Exposure Information**

Details

| Location | Address | Building Limit | Contents Limit | Deductible | RC |
|---|---|---|---|---|---|
| 001 | 100 Westview Ln, Oak Ridge, TN | - | 19,900 | 500 | Y |
| 002 | East Technology Park, Highway 58, Oak Ridge, TN | 77,200 | 142,800 | 500 | Y |
| 003 | Flanigans Loop Road, Oakridge Tn      office | 64,400 | 138,500 | 500 | Y |
| 004 | Flanigans Loop Road, Oakridge Tn | 39,800 | 32,800 | 500 | Y |
| 005 | Flanigans Loop Road, Oakridge Tn | 103,400 | 81,100 | 500 | Y |
| 006 | East Technology Park, Highway 58, Oak Ridge, TN | 37,182 | 10,000 | 500 | Y |
| 007 | East Technology Park, Highway 58, Oak Ridge, TN | 29,189 | 10,000 | 500 | Y |
| | | 351,171 | 435,100 | | |

Special Property Form

| | Building | Contents | |
|---|---|---|---|
| Exposure | $ 351,171 | $ 435,100 | |
| Rate per $1000 of Value | 10.00 | 15.00 | |
| Deductible Factor | 1.00 | 1.00 | |
| Endorsement | 1.00 | 1.00 | |
| Coverage Factor | 2.00 | 2.00 | |
| Other | 1.00 | 1.00 | |
| Product of Rate Factors | 20 | 30 | |
| Premium | $ 7,023 | $ 13,053 | $ 20,000 |