

RE: Golden State Company, Ltd.

## Purpose and Scope

The Law Offices of Clark & Gentry, P.L.L.C. ("CG") has retained ACR Solutions Group, Inc. ("ACR") to project premium funding estimates for insurance policies expected to be issued by certain client captive insurance companies. The actual funding for liabilities assumed through the issuance of insurance contracts is the responsibility of the Company's management. ACR's responsibility under this engagement is to develop reasonable premium estimates for insurance policies expected to be issued by Golden State Company, Ltd.. ("the Company"), a non-admitted captive insurance company. This report does not express any opinions with respect to accounting, legal, taxation nor any items reported in any statements filed and/or representations made by the Company.

## Distribution and Use

This report and the opinions and conclusions contained herein are provided solely for the internal use of CG, Company management, the named insured(s) and their accountants in determining reasonable premium estimates for the proposed insurance policies. We understand that copies of this report may be provided to regulators and/or external auditors. Permission is hereby granted for this distribution on the condition that the report is distributed in its entirety as opposed to any excerpt thereof. Any further distribution or use without written consent is not authorized.

Any third party recipient(s) of this report (i.e., parties other than CG, Company management, the named insureds, and their respective accountants) should understand that this report in no way relieves them of the responsibility to perform their own due diligence and should place no reliance on this report or the data contained herein without independent verification.

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 786-218-6899 • e-mail: arosenbach@comcast.net
www.acrsolutionsgroup.com

1

ACR_IRS0460188

*Golden State Company, Ltd. – Premium Estimates*

Furthermore, reliance on this report or the data contained herein by any third party does not create any duty or liability on behalf of ACR to the third party.

# Reliances and Limitations

*General*

This report utilizes generally accepted actuarial methods, practices, and underwriting judgments that we believe are appropriate and that lead to reasonable conclusions, given the information currently available. However, due to the nature of the insurance loss process, the projection of insurance liabilities is inherently subject to significant uncertainty. Liability exposures, in particular, are typically characterized by extremely volatile claims experience. Consequently, actual results are expected to vary, sometimes significantly, from the point estimates presented in this report.

The conclusions and indications contained in this report are predicated on a number of assumptions as to future conditions and events. These assumptions, which are documented in subsequent sections of this report, must be understood in order to place the conclusions in their appropriate context. Throughout our analysis, we have employed reasonable actuarial techniques and judgment based on currently accepted practices and procedures to project the estimates presented in this report. However, no assurance can be made that these estimates will prove to be adequate or not excessive until all related claims are closed.

Nothing in this report should be construed as recommending that the Company should or should not assume risk through the issuance of insurance contracts. Many factors other than the projection of prospective premium funding amounts should be considered in making this decision. Further, no guarantee should be inferred from this report that the ultimate cost of all obligations assumed by the Company will necessarily be satisfied by the revenues generated from the estimates presented herein.

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 786-218-6899 • e-mail: arosenbach@comcast.net
www.acrsolutionsgroup.com

2

ACR_IRS0460189

*Golden State Company, Ltd. – Premium Estimates*

We shall not be liable for any claim or demand by any third party arising out of the services provided except where such claim or demand results from our gross negligence or willful misconduct. In no event shall we be liable to anyone for any amounts representing lost profits, loss of business, or special, indirect, incidental, consequential or punitive damages.

*Data Reliance*

Throughout this analysis we have relied, without audit or verification, on historical data as presented in regulatory filings made by insurance carriers offering insurance products similar to those subject to our analysis. In addition, we have relied on data and representations reported in the various applications and attachments provided by the Company for our review. Our reliance is based on oral and/or written confirmation, by responsible officers or their representatives, of the quality, accuracy and completeness of the data and information supplied. To the extent that material differences in the data and/or information relied upon in this analysis are revealed through subsequent review or audit, it is the responsibility of the Company to notify us of these differences so they may be properly reflected.

We have also relied, without audit or verification, on information and data from relevant insurance industry sources to develop the indications presented in this report. The industry experience referenced herein was obtained from documents submitted to the insurance regulatory authorities in the jurisdiction(s) subject to this analysis and made available to the public.

In its entirety, this report is intended to summarize our analysis with respect to the assumptions, data and sources that lead to the indications presented herein. Each section of this report has been prepared to document relevant actuarial judgments and assumptions employed and should be considered an integral part of this report.

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 786-218-6899 • e-mail: arosenbach@comcast.net
www.acrsolutionsgroup.com

3

ACR_IRS0460190

*Golden State Company, Ltd. – Premium Estimates*

## Premium Funding Estimates

Page one of the rating exhibits summarizes our premium estimates by policy for policies expected to be issued by the Company with effective date(s) during 2016.   The premium estimates and limits of liability are expressed in United States dollars.

## Methodology and Assumptions

The premium funding estimates presented in this report are based on rates and factors developed, in a separate competitive market analysis where available, specifically targeting the exposures and coverage offerings represented in the insurance policies issued by the captive insurance companies under CG representation.  The historical pricing of the account is also reviewed and consideration is given to maintain stability, consistency and reasonableness.  A conservative approach is also applied to account for the occasional lack of clarity, common to owner controlled captives in the areas of exposure assessments.   The conservative approach taken is also designed to take into account under-reporting of claims and less stringent insurance data requirements also common in captive situations. The following sections of this report provide a brief description of the methods and assumptions used to develop the projected annual premium funding estimates.

### *Underwriting Profiles*

The premium projections presented in this report are predicated on data and representations provided by the Company in the applications for insurance and their attachments including historical pricing which we used to develop a profile of the exposures covered by the proposed insurance policies. Our interpretation of this data led to the exposure classifications, base rates and rating factors used to derive the premium estimates.

### *Premium Rates and Rating Factors*

In a separate competitive market analysis, ACR developed rates and rating factors for use in pricing the insurance policies commonly issued by the captive insurance companies under CG management.   For the Political Violence Coverage, C&G utilized other professionals to perform market rate studies.

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 786-218-6899 • e-mail: arosenbach@comcast.net
www.acrsolutionsgroup.com

4

ACR_IRS0460191

*Golden State Company, Ltd. – Premium Estimates*

Where comparable coverages were identified, the base rates and rating factors developed in this report were based on a survey of rating plans obtained from regulatory filings submitted by commercial insurance carriers in the United States of America. It is assumed that the commercial rates and rating factors selected represent a reasonable basis from which to develop premium estimates for comparable coverages provided by the Company. Where comparable coverages were unavailable, we used professional judgment to develop reasonable rating guidelines to reflect the expected loss potentials. The Company and/or its representatives supplied key information, both qualitative and quantitative, to help develop the underlying frequency and severity parameters in the base rates. Indicated rates were also reviewed and tempered to reflect historical consistency and rate-on-line ranges. We believe that the judgments employed and the rating guidelines selected provide a reasonable basis to develop premium estimates for the coverages not readily available in the commercial insurance market.

*Coverage Comparisons*

As described above, the base rates and rating factors used to develop the premium estimates present in this report were selected based on a survey of rating plans currently utilized by commercial insurance carriers providing similar coverages. However, many of the coverages provided by the Company are either unavailable or unaffordable in the commercial insurance market in the form issued by the Company. As a result, adjustments were made to modify the commercial rates and rating factors to reflect our interpretations of the differences in the captive insurance policies. These adjustments were judgmentally selected based on our perception of the exposure to loss reflected in the proposed coverages relative the coverage provided by the surveyed commercial insurance policies. We believe that the premium modifiers reasonably reflect the inherent differences in exposure to loss between the insurance coverage provided by the Company and the coverage reflected in the commercial insurance policies.

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 786-218-6899 • e-mail: arosenbach@comcast.net
www.acrsolutionsgroup.com

5

ACR_IRS0460192

*Golden State Company, Ltd. – Premium Estimates*

*Expenses*

It is assumed that the ultimate costs of all operating expenses related to the Company are appropriately reflected in the base rates and/or the coverage modifiers used to develop the premium estimates presented in this report. That is, although the individual components will differ, we have assumed that the portion of the surveyed commercial carriers' base rates attributable to operating expenses and underwriting profit will be consistent with the Company's prospective operating expenses and margin for adverse claim development.  To the extent significant expense provision variations exists, modifications are made to the rates.

*Volatility*

It is assumed that the ultimate costs for the majority of these coverages typically are high severity lines and low frequency and behave similarly to catastrophe business.  As a result it is not uncommon to be loss free for many years and then have shock losses.

If you or your staff has any further questions, please feel free to contact us.

Allen Rosenbach, FCAS

1800 S Ocean Drive Suite 804 • Hallandale, FL 33009
Ph: 786-218-6899 • e-mail: arosenbach@comcast.net
www.acrsolutionsgroup.com

6

ACR_IRS0460193

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account/Insured | | Golden State Company, Ltd. - Nutri, Et Al | | | | | |
| Effective Date | | 12/31/2016 | | | | | |
| Expiration Date | | | | | | | |
| Retroactive Date | | NA | | | | | |
| Coverage Trigger | | Claims Made | | | | | |

**Exposure Information**

| | |
|---|---|
| Assets/Revenue | 25,000,000 |
| Income | 25,000,000 |
| Employees | 113 |
| Payroll | 5,000,000 |

Summary of Premium Determination

| | | | | | | 10.5% | |
|---|---|---|---|---|---|---|---|
| Selected Policies/Coverages | Policy Recap | Occurrence Limits | Aggregate Limits | Deductible Per Occurrence | Annual Premium | Agg. Credit | Final Premium |
| X | Administrative Actions | 1,000,000 | 3,000,000 | - | 27,000 | 2,800 | 24,200 |
| X | Business Income Protection | | | - | 335,000 | 35,200 | 299,800 |
| X | Business Risk Indemnity | 1,000,000 | 3,000,000 | - | 106,000 | 11,100 | 94,900 |
| | Computer Operations & Data | 1,000,000 | 1,000,000 | - | - | - | - |
| | Contract Cancellation | 1,000,000 | 1,000,000 | - | - | - | - |
| | Directors & Officers | 1,000,000 | 1,000,000 | - | - | - | - |
| | Disability Keyman | 480,000 | 480,000 | - | - | - | - |
| | Employee Fidelity (Crime/Theft) | 1,000,000 | 1,000,000 | - | - | - | - |
| X | Employment Practices Liability | 1,000,000 | 3,000,000 | - | 36,000 | 3,800 | 32,200 |
| | Cyber Protection | 1,000,000 | 1,000,000 | - | - | - | - |
| | Kidnap, Ransom & Extortion | 1,000,000 | 1,000,000 | - | - | - | - |
| X | Litigation Expense | 1,000,000 | 1,000,000 | - | 63,000 | 6,600 | 56,400 |
| | Professional Liability (Medical) | 1,000,000 | 1,000,000 | - | - | - | - |
| | Tax Indemnity | 1,000,000 | 1,000,000 | - | - | - | - |
| | Special Property Form | 450,000 | 450,000 | - | - | - | - |
| | Loss of Key Employee | 1,000,000 | 1,000,000 | - | - | - | - |
| X | Cost of Defense | 15,000 | 15,000 | - | 7,000 | - | 7,000 |
| X | Political Violence | 2,000,000 | 2,000,000 | - | 120,000 | - | 120,000 |
| | Shipping Insurance | 1,000,000 | 1,000,000 | - | - | - | - |
| | Errors & Omission | 1,000,000 | 1,000,000 | - | - | - | - |
| | Other: Receivables/Credit | 1,000,000 | 1,000,000 | - | - | - | - |
| | Other: Non-Performance | 1,000,000 | 1,000,000 | - | - | - | - |
| | Other: | 100,000 | 100,000 | - | - | - | - |
| | | | | | $ 694,000 | $ 59,500 | $ 634,500 |

| | | |
|---|---|---|
| Account/Insured | | Golden State Company, Ltd. - Nutri, Et Al |
| Effective Date | | 12/31/2016 |
| Expiration Date | | |
| Retroactive Date | | NA |
| Coverage Trigger | | **Claims Made** |

| ID | Business Income Triggers (Separate Limits Apply For Each Coverage) | | | | | | |
|----|---|---|---|---|---|---|---|
| 1  | Competition              | 2,000,000 | 4,000,000 | - | -       | -      | -       |
| 2  | Reputational             | 2,000,000 | 4,000,000 | - | 88,000  | 9,200  | 78,800  |
| 3  | Legislative/Regulatory   | 2,000,000 | 4,000,000 | - | 37,000  | 3,900  | 33,100  |
| 18 | Supply Side Disruption   | 2,000,000 | 4,000,000 | - | 210,000 | 22,100 | 187,900 |
| 15 | Revo./Sus. of License    | 2,000,000 | 4,000,000 | - | -       | -      | -       |
| 17 | Medicare / Medicaid Audit | 2,000,000 | 4,000,000 | - | -       | -      | -       |
| 37 | Loss of Hospital Privileges | 2,000,000 | 4,000,000 | - | -    | -      | -       |
| 37 | Loss of Hospital Privileges | 2,000,000 | 4,000,000 | - | -    | -      | -       |
| 37 | Loss of Hospital Privileges | 2,000,000 | 4,000,000 | - | -    | -      | -       |
|    | Total                    |           |           |   | 335,000 | 35,200 | 299,800 |

| | |
|---|---|
| **Account/Insured** | **Golden State Company, Ltd. - Nutri, Et Al** |
| Effective Date | 12/31/2016 |
| Retroactive Date | NA |
| Coverage Trigger | Claims Made |

**Exposure Information**

| | |
|---|---|
| Assets/Revenue | 25,000,000 |
| Income | 25,000,000 |
| Employees | 113 |
| Payroll | 5,000,000 |

Administrative Actions

| | | | Occurrence Limit | Aggregate Limit | Deductible Attachment |
|---|---|---|---|---|---|
| 1 Base Premium | $ | 18,935 | 1,000,000 | 3,000,000 | - |
| 2 Claims Made | | 1.15 | | | |
| 3 Deductible Factor | | 1.245 | | | |
| 4 ILF | | 1.415 | 1 | | |
| 5 Endorsement | | 1.10 | | | |
| 6 Coverage Factor | | 0.65 | Adj | 0.35 | |
| 7 Secondary Factors | | 1.00 | | | |
| 8 Product Of Factors | | 1.45 | | | |
| 9 Select Impact | | 1.45 | | | |
| 10 Premium | $ | 27,000 | Fines | X | |
| 11 Rate on Line | | 2.7% | Penalties | X | |
| 12 Prior Premium | | 26,000 | | | |
| 13 Transition Factor | | 1.0000 | | | |

| | |
|---|---|
| **Account/Insured** | Golden State Company, Ltd. - Nutri, Et Al |
| Effective Date | 12/31/2016 |
| Retroactive Date | NA |
| Coverage Trigger | Claims Made |

**Exposure Information**

| | |
|---|---|
| Assets/Revenue | 25,000,000 |
| Income | 25,000,000 |
| Employees | 113 |
| Payroll | 5,000,000 |

Business Income Protection

| | | | Occurrence Limit | Aggregate Limit | Deductible Attachment | Coverage Premium |
|---|---|---|---|---|---|---|
| | | | 2,000,000 | 4,000,000 | - | |
| 1 | Exposure Base | 25,000,000 | **Options** | | | |
| 2 | Rate Event | 0.075 | Competition | | | - |
| 3 | Net Protected Exposure | 2,500,000 | Reputational | | X | 88,000 |
| 4 | Prob of Event & Severity | 1,875,000 | Legislative/Regulatory | | X | 37,000 |
| 5 | Limit Factor | 1.804    1 | Tech. Obsol. | | | - |
| 6 | Claims Made Factor | 1.150 | Financing | | | - |
| 7 | Adjustment Factor | 0.6500    0 | Project Delay/Cancellation | | | - |
| 8 | Secondary Factors | 0.1320    0.88 | Intellectual Property Infringement | | | - |
| 9 | Rate On Line | 16.7% | Intellectual Property Risk | | | - |
| 10 | Premium | 334,000 | Loss of Certification | | | - |
| 11 | Prior Premium | 533,000 | Natural Hazards | | | - |
| 12 | Coverage | | Inclement Weather | | | - |
| 13 | | | Sampling Risks | | | - |
| 14 | Size | 0.33 | Contract Cancellation | | | - |
| 15 | Sch Rating | 3.00 | Internet/Utility Interruption | | | - |
| 16 | Product | 0.98 | Revo./Sus. of License | | | - |
| | | | Client Bankruptcy | | | - |
| | | | Medicare / Medicaid Audit | | | - |
| | | | Supply Side Disruption | | X | 210,000 |
| | | | Change in Political Situation | | | - |
| | | | Key Employee Absence | | | - |
| | | | Injunctive Relief | | | - |
| | | | Labor Actions | | | - |
| | | | Frozen Accounts | | | - |
| | | | Non Perf./Escrow Failure | | | - |
| | | | Loss of Income REIT | | | - |
| | | | Loss of Relationship | | | - |
| | | | Man-Made Hazards | | | - |
| | | | Infringement | | | - |
| | | | Cease & Desist of Sales | | | - |
| | | | Loss of Rights/Dist/Licensing | | | - |
| | | | Patient No-Shows | | | - |
| | | | Change in Formula | | | - |
| | | | Reimbursement Changes | | | - |
| | | | Loss of Healthcare Networks | | | - |
| | | | Distribution Chain Disruptions | | | - |
| | | | Loss of Referrals | | | - |
| | | | Loss of Hospital Privileges | | | - |

| | | |
|---|---|---|
| **Account/Insured** | Golden State Company, Ltd. - Nutri, Et Al | |
| Effective Date | 12/31/2016 | |
| **Retroactive Date** | NA | |
| Coverage Trigger | Claims Made | |

**Exposure Information**

| | |
|---|---|
| Assets/Revenue | 25,000,000 |
| Income | 25,000,000 |
| Employees | 113 |
| Payroll | 5,000,000 |

Business Risk Indemnity

| | | | | Occurrence Limit | Aggregate Limit | Deductible Attachment |
|---|---|---|---|---|---|---|
| 1 | Base Premium | $ | 18,935 | 1,000,000 | 3,000,000 | - |
| 2 | Claims Made | | 1.15 | | | |
| 3 | Deductible Factor | | 1.245 | | | |
| 4 | ILF | | 1.415 | 1 | | |
| 5 | Endorsement | | 1.00 | | | |
| 6 | Coverage Factor | | 1.00 | Adj | 2 | |
| 7 | Secondary Factors | | 1.00 | | | |
| 8 | Product Of Factors | | 2.03 | E&O | | |
| 9 | Select Impact | | 2.03 | Pollution | | |
| 10 | sub-total | $ | 38,359 | Mold | | |
| | | | | Bacteria | | |
| 11 | Primary & Excess GL | $ | 15,000 | Number of Stores | | |
| 12 | Exposure | | 25,000,000 | Product Recall | | |
| 13 | Rate/$1000 | $ | 1.500 | | | |
| 14 | Endorsement Factor | | 1.00 | | | |
| 15 | Secondary Factors | | 1.00 | | | |
| 16 | sub-total | $ | 53,060 | | | |
| 17 | Premium | $ | 106,000 | | | |

Page: 5

ACR Solutions Groups, Inc                    12/22/2016

ACR_IRS0460198

Case 9:21-cv-82056-AMC   Document 135-39   Entered on FLSD Docket 12/19/2023   Page 12 of 14

**Account/Insured**     Golden State Company, Ltd. - Nutri, Et Al
Effective Date                              12/31/2016

Retroactive Date    NA
Coverage Trigger                        Claims Made

**Exposure Information**
Assets/Revenue                          25,000,000
Income                                  25,000,000
Employees                                      113
Payroll                                  5,000,000

|  |  | Industry Group | 2 |  |
|---|---|---|---|---|
|  |  | Occurrence Limit | Aggregate Limit | Deductible Attachment |
| Employment Practices Liability |  | 1,000,000 | 3,000,000 | - |
| 1 Base Premium | $ 7,021 |  |  |  |
| 2 Employees | 113 |  |  |  |
| 3 Industry Factor | 1.400 | Adj | 0.4 |  |
| 4 ILF | 1.366 |  |  |  |
| 5 Claims Made | 1.150 |  |  |  |
| 6 Deductible | 1.102 |  |  |  |
| 7 State Group | 2.000 |  |  |  |
| 8 Rating Factors | 1.000 |  |  |  |
| 9 Endorsement | 1.365 |  |  |  |
| 10 Secondary Factors | 0.800 | ELR Adj. |  |  |
| 11 Factors | 5.16 | Size /Prof. |  |  |
| 12 Premium | $ 36,000 |  |  |  |

ACR Solutions Groups, Inc                    12/22/2016                                    Page: 6

ACR_IRS0460199

*Premium Development*

| | |
|---|---|
| Account/Insured | Golden State Company, Ltd. - Nutri, Et Al |
| Effective Date | 12/31/2016 |
| Retroactive Date | NA |
| Coverage Trigger | Claims Made |

**Exposure Information**

| | |
|---|---|
| Assets/Revenue | 25,000,000 |
| Income | 25,000,000 |
| Employees | 113 |
| Payroll | 5,000,000 |

Litigation Expense

| | | | Occurrence Limit | Aggregate Limit | Deductible Attachment |
|---|---|---|---|---|---|
| 1 | Exposure | 367,500 | 1,000,000 | 1,000,000 | - |
| 2 | Expected Loss Ratio | 90% | | | |
| 3 | Portion of ALAE | 30% | | | |
| 4 | Expected | 99,225 | | | |
| 5 | Expense Ratio | 10% | | | |
| 6 | Coverage Adjustment Factor | 50% | Dropped from .6 to .5 (17%) June | | |
| 7 | ILF Factor | 1.00 | | | |
| 8 | Claim Made Factor | 1.15 | | | |
| 9 | Secondary Factors | 1.00 | | | |
| 10 | Rate On Line | 6.3% | | | |
| 11 | Premium | $ 63,000 | | | |
| 12 | Prior Premium | 69,000 | | | |
| 13 | Transition Factor | 1.0000 | | | |

ACR Solutions Groups, Inc    12/22/2016    Page: 7

ACR_IRS0460200

*Premium Development*

**Account/Insured** Golden State Company, Ltd. - Nutri, Et Al
Effective Date  12/30/2016

Retroactive Date  NA
Coverage Trigger  Claims Made

**Exposure Information**
Assets/Revenue  25,000,000
Income  25,000,000
Employees  113
Payroll  5,000,000

Political Violence

| | Occurrence Limit | Aggregate Limit | Deductible Attachment |
|---|---|---|---|
| | 2,000,000 | 2,000,000 | 0 |

1 Base Rate Per limit  6.00%
2 Endorsement  1.00
3 Experience Factor  1.00
4 Exposure Surcharge  N
5 Secondary Factors  1.00

6 Premium  $  120,000
7 Prior Premium  120,000
8 Transition Factor  1.0000