**From:** Diana Chen
**Sent:** Thursday, October 25, 2012 6:40 PM EDT
**To:** Freeman, Ron <​█████████@comcast.net>
**CC:** Celia Clark <CClark@clarkandgentry.com>
**Subject:** Cal-Fore Insurance Company - 2012 Activity

Dear Mr. Freeman,

I am an associate at Celia Clark's office. I'm writing to inquire whether you wish to purchase insurance policies from Cal-Fore Insurance this year. If so, please let me know your premium target so that I can prepare the appropriate applications.

I would appreciate your response by Monday 10/29, if possible, to allow us adequate time to process your policies for this year.

Please let me know if you have any questions.

Thank you,
Diana

Diana Chen, Esq.
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, Suite 2401
New York, NY 10022
(212) 370-4220
(212) 370-4270 (fax)
dchen@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.