**LAW OFFICES OF**
# Celia R. Clark
A PROFESSIONAL SERVICE LIMITED LIABILITY COMPANY

570 Lexington Avenue  
17th Floor  
New York, NY 10022-6894

(212) 370-4220  
(212) 370-4270 fax  
cclark@cclarklaw.com  
www.cclarklaw.com

Celia R. Clark, Partner  
Sukanya Ghosh, Associate*  
Raymond Zeitoune, Associate  
Christine T. Edwards, Paralegal  
Paul Molluzzo, Paralegal  
*Also admitted in Connecticut

## PLEASE READ THIS FIRST

Re:  December 2009 Risk Distribution Program:  Basic Information

From:  Celia R. Clark

Date: November 11, 2009

---

As you know, your captive insurance company is required to "distribute risk" in order to be treated as an insurance company for tax purposes.  The IRS considers this requirement to be satisfied if a significant portion of the insured risk borne by your company is spread among one or more insureds that are unrelated to your company.  Case law has established that 30% of the total premiums received by an insurance company represents a significant portion of its risk.  The Law Offices of Celia R. Clark PLLC offers our clients, and certain clients of other firms with which we have a relationship, the opportunity to participate in a risk-distribution program with other businesses which operate small insurance companies.  This program is available in December 2009.

**Changes in Premium Flow and Structure**

This program is different from risk-distribution programs we have offered in the past.  Because of current bank controls on cash transfers, especially those involving offshore entities (even though they are US taxpayers and all transfers are between US bank accounts), in this December 2009 pool the insurance premiums paid by participating businesses will not be released to the participating captive insurance companies immediately.  They will remain in an interest-earning trust account for 90 days, at which time half of the funds will be released.  After 180 days the remainder of the funds will be released, less a 2.5% holdback as a continuing loss reserve until the end of the policy period (one year).  Captive insurance companies will be distributed their proportionate share of accrued interest, net of bank charges, with the premium payments.

The structure of the program has also changed. Please review the enclosed memo, "2009 Risk-Distribution Program: Structure of Reinsurance Arrangement and Trust Account" with its attached chart.

The risk being distributed in this pool is the same as in prior years. The policy terms have not changed substantively since the December 2008 pool, although the premiums have been set at 6.5% of loss limits, which is a reduction from prior rates. The November 2009 actuarial report is available on request. Please see the enclosed memo, "2009 Risk-Distribution Program: Terms of Coverage."

**Fees**

The all-inclusive fee to your business for participation in this program is $5,000, payable to The Law Offices of Celia R. Clark. We will pay the administrative fees of Pan-American Reinsurance Company, Ltd. and its insurance manager, Heritage Services, Ltd., and the actuarial fees, as disbursements from this fee. The Trustee of the Trust Account (Celia R. Clark) will not take commissions from trust funds.

A captive that is a client of this firm and is participating in a risk distribution program for the first time is not required to pay this fee.

**Checklist and Review**

Please use the attached checklist to be sure you complete and return all documents needed to participate in this pool. As in prior years, you will have an opportunity to review the applications of other participants and eliminate those you do not wish your captive to reinsure.

PLEASE RETURN ALL DOCUMENTS BY NOVEMBER 25, 2009. YOU MAY WIRE TRANSFER YOUR PREMIUMS INTO THE TRUST ACCOUNT AT ANY TIME (COMMENCING NOW) PRIOR TO DECEMBER 10, 2009.

SIGNED DOCUMENTS MAY BE RETURNED BY MAIL, E-MAIL OR FAX.

CLARKSDFL1013977