Case 9:21-cv-82056-AMC   Document 135-42   Entered on FLSD Docket 12/19/2023



Exhibit 434



Attorneys at Law
www.clarkandgentry.com

Re:  Emerald International Reinsurance, Inc.
     ("Emerald") December 2014 Pool

Dear Mr. Howard,

In an attempt to finally close out the referenced pool, Emerald has authorized us to offer you a final settlement of your company's partially paid claim.

Bill & Claude Insurance Company, Ltd. has an approved claim against the pool in the amount of $217,380.15.  To date, $185,202.77 has been paid.  Emerald proposes to pay an additional amount of $13,550.09 in final settlement of the claim.  The total percentage of the claim paid would be 91.43%.

The reason Emerald is offering this settlement is that, as you were previously informed, the pool's obligations exceed the assets in the pool's trust account.  A settlement of your claim at 91.43% of the full amount permits Emerald to avoid time-consuming and costly collection proceedings against defaulting participants, many of which have previously liquidated.  The collection costs could ultimately further reduce available assets in the trust account.

If you agree with this offer, please sign below and email a copy of this letter to me.  A check or wire will be sent promptly to the address you previously provided.

Yours very truly,

Celia R. Clark
570 Lexington Avenue  Suite 1910  New York, NY  10022-6880   T 212 370 4220   F 212 370 4270

CLA00459

Accepted and agreed
to in all respects

Bill & Claude Insurance Company, Ltd.
By:_____

Date:_____