| | |
|---|---|
| From: | Celia Clark |
| To: | Jeff Walker; Manuel Ramirez |
| Cc: | Bruce Ogilvie |
| Subject: | RE: FEASIBILITY STUDY |
| Date: | Thursday, September 16, 2010 3:58:00 PM |

Jeff, good news. The actuary checked out the links you provided and also spoke to a couple of brokers. He got comfortable with a 10-20 basis points range for the premium on credit insurance. Based on $125MM in sales, the premium would be $125,000 or more.

As to the profitability of the reinsurance, it is expected to be extremely profitable, because the probability of a loss is extremely low. On the other hand, Super D is paying premiums into the same pool. Unless Super D happens to be the victim of a major terrorist attack, it will not get that money back. So in a sense it is an offset, since the amount of premiums paid by Super D is the same as the reinsurance premiums payable to its CICs.

Celia

---

**From:** Jeff Walker [mailto:███@SDCD.com]
**Sent:** Wednesday, September 15, 2010 9:06 PM
**To:** Celia Clark; Manuel Ramirez
**Cc:** Bruce Ogilvie
**Subject:** RE: FEASIBILITY STUDY

Celia,

Thanks for the answers. I will coordinate a meeting with Manny.

I understand the reinsurance pool. My next question is "Does this make money for the CIC?" If so, any historical estimate of the amount it earns?

Credit Insurance info:

http://www.meridianfinance.com/export_credit.html#

http://www.eulerhermes.com/en/products-solutions/products-solutions.html

http://www.coface.com/CofacePortal/COM_en_EN/pages/home/wwd/p

Thanks,

Jeff

---

**From:** Celia Clark [mailto:CClark@cclarklaw.com]
**Sent:** Wednesday, September 15, 2010 2:52 PM
**To:** Jeff Walker; Manuel Ramirez
**Cc:** Bruce Ogilvie
**Subject:** RE: FEASIBILITY STUDY

Jeff: The actuary is looking into the shipping insurance. There may be a way to price premiums more closely to the market rate you have been charging. It is more difficult than it seems, because there are certain rules applicable to captive insurance pricing that limit the profit margin to a relatively small percentage above expected losses. I am looking into reinsurance by the CIC, on which there is some case law. For purposes of the feasibility study it may suffice for you to know that the premiums quoted in the study are a baseline from which the actuary could go up depending on the more complete information that will be submitted with the policy applications.

As to the international credit insurance specifically, the actuary found a commercial insurance website that priced coverage according to the financial status of each payor. It would not be feasible to obtain that kind of date for each of your customers. The actuary was not able to find a flat or pool rate such as the one you refer to. Can you give us the source?

CLARK153051

CLARK_IRS0172316

As for the reinsurance pool of terrorism risk, each CIC is paid the $500,000 premium in exchange for assuming a percentage of each loss incurred by the pool. The percentage is the ratio of the $500,000 to the total premium paid to the pool. If there are 50 CIC participants at $500,000 each, the loss percentage of each CIC is 2%. No guaranties or further reinsurance is required; however, the premiums are held in a trust account to secure claims, and are released gradually to the CICs over a 6-month period.

Captives are on a calendar year. If you want to be able to claim deductions for Super D for 2010 the premiums have to paid in 2010. Otherwise, the premiums can be paid on any schedule you prefer.

Let me know if you have more questions, or are ready to start the captive formation process. We need to start by 10/1/10 to be sure of getting the CICs completed before 12/31/10.

Celia

---

**From:** Jeff Walker [mailto:▮▮▮@SDCD.com]
**Sent:** Monday, September 13, 2010 7:57 PM
**To:** Celia Clark; Manuel Ramirez
**Cc:** Bruce Ogilvie
**Subject:** RE: FEASIBILITY STUDY

Celia,

I reviewed the report and a lot of good stuff in it. Couple of questions:

1. The shipping insurance is only $79,000 per year but last fiscal year we charged customers $331,097 in shipping insurance charges. This seems one of the most logical things to move to the captive. Instead of having UPS insure the packages, we are self insuring.
2. We also discussed credit insurance especially for the international shipments. We are shipping $30M international and I believe the going rate is about .5% for international credit insurance. This would be about $150,000.
3. I understand the need for the reinsurance pool, but please explain the financial impact to the Captive. We would get $500,000 in premiums (income), what would be the claims or costs to this? Do we have to purchase insurance to cover the risk of losses on this? Do we have to guaranty it somehow? Do we make any money on this portion?
4. Is a captive on calendar year accounting or can it be a fiscal year? Main question is do we have to fund this captive by Dec 31, 2010 for this year? Do we pay these premiums monthly or once per year?

Thanks,

Jeff

---

**From:** Celia Clark [mailto:CClark@cclarklaw.com]
**Sent:** Friday, September 10, 2010 1:52 PM
**To:** Jeff Walker; Manuel Ramirez
**Subject:** FEASIBILITY STUDY

Jeff and Manny:
Here it is! The actuary, Allen Rosenbach, and I really worked hard on this. I hope you are pleased with the results. Let me know when we can talk next week to finalize plans.
Celia
Law Offices of Celia R. Clark, P.L.L.C.
570 Lexington Avenue, 17th Floor
New York, NY 10022-6894
Tel: (212) 370-4220
Fax: (212) 370-4270

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

CLARK153052

CLARK_IRS0172317

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

CLARK153053

CLARK_IRS0172318