Exhibit

436





# 4. Captive Insurance Companies & Exit

Friday, June 9th
1:00pm-2:45pm

Presented By: Celia Clark

Christopher Jarvis

CLARK004759

CLARK_IRS0059931

# Why & How to Utilize Small Insurance Companies for Affluent & High-Income Clients

**Christopher R. Jarvis, MBA**

**Celia R. Clark, JD, LLM**

1

# Why Own a Small Insurance Company?

- Clients can deduct premiums for risks they are already self-insuring without deduction.
  - This is worth 47% in CA & NY
  - This is worth no less than 35% in all other states
- The insurance company's reserves are asset-protected by statute
- Reserves not ultimately used to pay claims can be treated as dividends to the owners if they are paid out.
  - Taxed as dividends (15% current federal rate)
- If children (or trusts for children) own the insurance company and the company has no claims to pay, this structure can effectively result in over $1,000,000 worth of annual transfers to children WITHOUT gift taxes

2

CLARK004760

CLARK_IRS0059932

Do You Have Clients Who...

- Can afford to pay deductible premiums of at least $300,000 ($500,000 better) PER YEAR?
- Would like to protect their hard-earned profits from lawsuits?
- Could benefit from wealth transfers of over $1,000,000 per year without gift tax liabilities?
- Need more advanced estate planning options because they are uninsurable or don't want to pay gift tax liabilities?
- Are looking to you for these creative solutions?

### <u>Would you like to have clients like this?</u>

3

---

## If Yes, What Do You Do Next?

- The Wealth Protection Alliance offers its attorney, CPA and financial planner members a unique opportunity:
  - Training on the structure & strategy
  - Assistance in communicating with the client(s)
  - Ability to co-counsel cases with a national expert.
- Basically, you can earn money while you learn from experts and help your best clients.

4

CLARK004761

CLARK_IRS0059933

## The format of the presentation is

1  Motivation (done)
2  Basic Technical Overview
3  Benefits of More Advanced Applications
4  Case Studies & Examples
5  Advanced Technical Information (as necessary)

5

## Step 1 – Deductions

IRC 831(b) provides that:
- Insurance companies with less than $1.2 million of annual premium pay $0 income tax on premiums.
- Investment income is taxed as income to C-corporation
Dividends taxed as C-corp. dividends

6

CLARK004762

CLARK_IRS0059934

## Captive Insurance Company (CIC) Policies

- Everything a business currently self-insures:
  - Deductibles
  - Excess losses above coverage limits
- Loss of income as a result of:
  - Losing key employee/salesperson
  - New competitors
  - Loss of license/professional risks (professionals)
  - Loss of a key contract (Gov't. contractors)
  - Weather, terrorism, etc.
- Liability defense expenses:
  - Employee lawsuits – sexual harassment, wrongful termination, discrimination, etc.
  - Environmental issues
  - Professional claims
- Anything that might be consider a "Lloyd's" risk

7

## The Two Basic CIC Structures



8

CLARK004763

CLARK_IRS0059935

## Valuation is Key

- Like real estate deals between related parties, valuations are very important.

- Professionals available to offer expert opinions (at a price) in the form of valuation opinions to support client's deductions.

9

## Step 2 – Investments

- You can invest in almost anything inside the CIC
  - Stocks, bonds, mutual funds
  - Real estate
  - Business equipment
- Asset protection of investments
  - Statute protects investments from creditors
  - Only insureds (you) have access to funds of CIC
- Investments will be taxable to corporation
  - Possible double taxation on distribution of dividends
  - Many clients pursue tax-efficient investments*

  *This includes CIC Exit described later

10

CLARK004764

CLARK_IRS0059936

## Step 3 – Distributions

- If CIC does not suffer serious losses (which is ok and expected with a small insurance company), CIC may have excess funds that can be distributed to the owners
- CIC is a C-corp → treated as dividends
  - currently taxed at 15% (federal)
  - Save 20% on federal taxes
- Could be as much as $200,000 in annual savings for fully funded CIC

11

## Compare No CIC vs. CIC

**No CIC**
- $1,000,000 earnings
- $470,000 tax
- $530,000 net

**CIC owned by Client**
- $1,000,000 premium
- $70,000 fees (year 1)
- $930,000 net to CIC
- $225,000 div. tax
- $705,000 net to client

$175,000 Value to client from one year with CIC!
Over $210,000 value years 2 and forward (lower fees)!

12

CLARK004765

CLARK_IRS0059937

## Who's a Candidate for a CIC?

- ☒ Businesses with >$3,000,000 gross annual revenue.
- ☒ Businesses with owners/executives who are willing to pay annual premiums of at least $300,000 per year.

If you have clients who could benefit from a CIC, then you have a great opportunity to help them.

13

# Advanced Planning Using CICs

14

CLARK004766

CLARK_IRS0059938

## Leverage

- Clients' children (or trusts) can own CICs
- Each adult child (or trust) can own one CIC
- Client can still be the manager of the CIC and control its investments
  - Every client's goal
  - Build current business (equip, land, etc.)
- Trade income tax + estate tax on net proceeds for capital gains/dividend tax rates

15



## Comparison to No CIC

**No CIC**
- $1,000,000 earnings
- $470,000 tax (CA)
- $530,000 net
- $265,000 estate tax
- $265,000 net to heirs

**CIC owned by Heirs**
- $1,000,000 premium
- $70,000 fees (yr 1)
- $930,000 net to CIC
- $230,000 div. tax
- $700,000 net to heirs

$435,000 Value to Heirs EVERY year!

16

CLARK004767

CLARK_IRS0059939



## Multiple CIC Structure

Parent's Business could deduct up to $1.2 million per year into EACH child's CIC.

17

## Never Ending Conflict:
## Retirement vs. Children

Traditional planning would have believe:

- If you own the CIC and have access to the assets, then the value of the CIC is in your estate.

- If your children own the CIC and the value of the CIC is out of your estate, then you can't access the assets in retirement.

18

CLARK004768

CLARK_IRS0059940

## Three (3) CIC Planning Challenges

- Multiple Owners may want to make different investments within the CIC

- Multiple Owners may want different distributions at different times
  - Owners have different goals.
  - Owners have different needs.

- Clients would like estate planning benefits, but want to maintain control and have access to funds in retirement

All can be addressed with ONE structure!

19

## Multiple Owner Investment Solution



This basic segregation allows each owner to invest separately, take distributions as needed
Does NOT solve estate planning problems.

20

CLARK004769

CLARK_IRS0059941





CLARK004770

CLARK_IRS0059942

## Benefits of this Structure

- Parents get to benefit from 80% of gross premiums
    - Friction pays for insurance to kids
    - Friction no longer pays taxes on dividends
- Parents can direct policy loans at any time and don't need partners to agree on timing or amounts
- Funds accessed by parents tax-free
- Investment LLCs use insurance to repay CIC
- What is not used in retirement goes to the kids without estate taxes

23

## Real Life Example — 45 year old clients

- Businesses net about $3,000,000 / year
- Want to retire very soon (5 years)
- Not EP driven, but prefer kids (to IRS)
- CIC owned by trust for kids
- $1.2 million annual premiums for 5 years
- CIC invests reserves into PLLC
- 20% of funds used for collateral policy
- 80% invested into investment policies

24

CLARK004771

CLARK_IRS0059943

## Real Life Example – Results

**Do Nothing / Status Quo**
- ❏ Earn money, pay taxes
- ❏ Invest, pay taxes
- ❏ Die, pay taxes,
- ❏ Net to heirs.

- ▪ Results in $430,000 per year after tax from ages 60 to 95
- ▪ $0 to heirs

**Leveraged CIC w/ Exit**
- ❏ Create trust to own CIC
- ❏ CIC invests in PLLC
- ❏ PLLC buys 2 policies
- ❏ Loans from policies

- ▪ $886,000 per year after tax from ages 60 to 95
- ▪ $14M to $18M Death Benefit to heirs

25

## Step 5 · Cost / Benefit Analysis

- ▪ To properly handle creation, licensing, audits, tax returns, reporting, etc., costs are
  - ❏ $70,000 creation fee includes:
    - ▪ Valuation opinions
    - ▪ Trust(s)
    - ▪ LLCs
    - ▪ Preferred Exit
  - ❏ $15,000 annual maintenance

- ▪ Only makes sense if business can make premiums of $300,000 per year (average)

26

CLARK004772

CLARK_IRS0059944

## Next Steps – Contact

- Celia Clark, JD, LLM (212) 370-4220
  - cclark@cclarklaw.com
- Chris Jarvis (310) 536-0700
  - jarvis@wealthprotectionalliance.com
- Your WPA Partner

27

# Technical
# CIC
# Information

28

CLARK004773

CLARK_IRS0059945

## Why Offshore?

- Asset Protection
- Lower Fees
- Lower Capitalization Requirements
- More Permissive Regulations
- Can elect to be treated as US Company (IRS treats as US taxpayer)

29

## Recent IRS Guidance

- January 2005 IRS releases rulings showing non-sham, bona fide captive insurance companies (TAMs 200453012 & 200453013)
- Predominant business activity insurance
- Insurable risk
- Risk shifting and distribution
- Normal insurance formalities

30

CLARK004774

CLARK_IRS0059946

## Risk Shifting and Structure

- Unrelated risk requirement: Risk Distribution. Harper Group v. CIR, 4th Cir. 1992. 29% minimum set

- 10% to unrelated parties not enough; 50% enough (not a minimum). Rev. Rul. 2002-89

31



**Total maximum deduction: $840,000/year**

32

CLARK004775

CLARK_IRS0059947



**Risk Distribution Through Cross Insurance**

33

---

**Cross Insurance Results**

CIC "A"
    $840,000 premiums from Business A (direct)
    $180,000 in cross insurance premiums from B
    $180,000 in cross insurance premiums from C
    Total premiums: $1,200,000
    Percentage of unrelated premiums:
        $360,000 ÷ $1,200,000 = 30%

    CIC "B" and CIC "C": Similar to above
    Total Deductions by Each Business: $1,200,000

34

CLARK004776

1

CLARK_IRS0059948



# Notes:

CLARK004777

CLARK_IRS0059949