**From:** JJ Shah <███████@gmail.com> on behalf of JJ Shah
**To:** Celia Clark
**CC:** Anthony Khatchoui
**Sent:** 11/22/2015 2:05:53 PM
**Subject:** Re: Policies

Celia,

From your response, I understood that loans can be made to trusts or trust beneficiaries.

However, due to two year restriction rule you stated, it will not be wise to declare dividends until January 2017 from CICs to holding companies.

With that in mind, if the trusts want to purchase some banks shares in trust names (not direct investment by CICs), and after we pay premium in December 2015, can children's trusts (4580, 3490 and 2764 Trusts) borrow money directly from CICs.(We have opportunity to purchase more stock in the Bank where our family is leading shareholder).

If the answer to that is yes, how much can they borrow? Each trust owns 67% of one CIC. Each CIC will have approximately $1.99 million dollars with second premium (totally $5.97 millions combined in three CICs). All the money is in cash.

I will wait for your response.

On Fri, May 22, 2015 at 8:08 PM, Celia Clark <CClark@clarkandgentry.com> wrote:
Dr. Shah: I can answer some of these questions now, and will look into the others early next week.
The process of declaring a dividend is that corporate resolutions are prepared for the insurance company's directors, and the signed resolutions are submitted to the regulators with recent bank statements and financial statements or tax returns.
Loans from the holding companies to trusts or trust beneficiaries would not be a problem as long as market interest is charged. The loans should also be documented.
I or Anthony will respond later to the remaining questions.
Best,
Celia

Celia R. Clark, Esq.
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, Suite 2401
New York, NY 10022-6880
Tel: (212) 370-4220
Fax: (212) 370-4270
cclark@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachment.

On May 22, 2015, at 8:23 AM, JJ Shah <███████@gmail.com> wrote:

Celia,

I have following questions:

1) If there is money in captive after paying any claims, what is the procedure for getting approval for issuing dividends to Holding companies?

2) My understanding is that dividends issued to Holding companies have no income tax due, both being C corporations. Will you please verify that?

3) If one or more of beneficiaries of trusts or trusts need funds for **consumption,** and choose to issue dividends to trusts and further to beneficiaries, are these treated as qualified dividends and taxed at capital gains rate or ordinary income?

4) If only one trust needs the money and other does not, can we issue dividend to one and not other from holding company or we have to issue it to both the trusts of that holding company? If it is to both the trust, can we modify the bylaws to allow it to only one?

5) Can holding company issue a loan to one trust or directly to trust's beneficiary a loan for **consumption** purpose, to be paid back with interest?

On Fri, May 22, 2015 at 10:28 AM, Celia Clark <CClark@clarkandgentry.com> wrote:
Hi Dr. Shah. Anthony is on vacation this week (his honeymoon). We will make sure you get a set of policies next week.
Best,
Celia

Celia R. Clark, Esq.
Clark & Gentry, P.L.L.C.
570 Lexington Avenue, Suite 2401
New York, NY 10022-6880
Tel: (212) 370-4220
Fax: (212) 370-4270
cclark@clarkandgentry.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachment.

> On May 22, 2015, at 6:35 AM, JJ Shah <███████@gmail.com> wrote:
>
> Celia and Anthony,
>
> When should I expect to receive the policies for the insurances we have issued?
>
> --
> J.J. Shah, MD
> President
> Gwinnett Clinic, Ltd.
> (770) 995-3300
>
> This message is intended exclusively for the individual(s) or entity to which it is addressed. It may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and

delete all copies of the message.

--
J.J. Shah, MD
President
Gwinnett Clinic, Ltd.
(770) 995-3300

This message is intended exclusively for the individual(s) or entity to which it is addressed. It may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.


--
J.J. Shah, MD
President
Gwinnett Clinic, Ltd.
(770) 995-3300

This message is intended exclusively for the individual(s) or entity to which it is addressed. It may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

GWIN_003997