**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 9:21-cv-82056-CIV-CANNON

CELIA R. CLARK,

    Plaintiff,

v.

UNITED STATES OF AMERICA; THE INTERNAL REVENUE SERVICE,

    Defendants.

## DECLARATION ON BEHALF OF ACR SOLUTIONS GROUP

I, _____Allen Rosenbach_____, declare that:

1. I am employed by ACR Solutions Group, with offices located at _8855 Collins Ave __12A Surfside Fl .

2. My official title is ____President_____.

3. I am the custodian of records or other qualified individual and, by reason of my position, am authorized and qualified to make this declaration. I am familiar with the record keeping practices of ACR Solutions Group.

4. On August 11, 2017, ACR Solutions Group produced documents to the Internal Revenue Service ("IRS") in response to an IRS summons dated July 28, 2017 and issued in connection with the IRS's investigation of Plaintiff Celia R. Clark. On May 17, 2022, the United States issued a subpoena to ACR Solutions Group for documents in connection with the above-captioned case. After discussing the subpoena with counsel for the United States, counsel for the United States agreed to accept the documents that ACR Solutions Group previously produced to the IRS in lieu of requiring ACR Solutions Group to reproduce those documents. Counsel for the

United States provided me with bates-stamped copies of a portion of the documents I originally produced to the IRS and the associated document metadata for verification purposes. The bates numbers affixed to the documents provided to me range from ACR_IRS0000001 to ACR_IRS0477198.

5. The documents with bates numbers ACR_IRS0000001 through ACR_IRS0477198 are:

    a. true copies of original records of ACR Solutions Group; or

    b. true copies of records created by a third party and integrated into the records of ACR Solutions Group. ACR Solutions Group relied on the accuracy of the records created by a third party in the ordinary course of ACR Solutions Group's business and integrated those records into its own records.

6. The records identified above in paragraph 5 were:

    a. made at or near the time of the act(s), event(s), condition(s), opinion(s), or occurrence(s) set forth therein;

    b. made by someone with knowledge of the act(s), event(s), condition(s), opinion(s), or occurrence(s) set forth therein, or from information transmitted by a person with such knowledge; and

    c. kept in the course of a regularly conducted activity of ACR Solutions Group, and making such records was/is a regular practice of that activity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  __January 5~~3~~, 2023_____

Signature: *Allen Rosenbach*

Printed Name: Allen Rosenbach

Title: President

Address: 8855 Collins Ave 12A Surfside Fl

Telephone: 786-218-6899

E-Mail: arosenbach@comcast.net