UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:21-cv-82056-CIV-CANNON

CELIA R. CLARK,

    Plaintiff,

v.

UNITED STATES OF AMERICA; THE
INTERNAL REVENUE SERVICE,

    Defendants.

## DECLARATION ON BEHALF OF RMS SOLUTIONS, INC.

I, __Peter S. Rauner__, declare that:

1. I am employed by RMS Solutions, Inc., with offices located at __736 N. Western Av, Lake Forest, IL 60045__

2. My official title is __President / Owner__.

3. I am the custodian of records or other qualified individual and, by reason of my position, am authorized and qualified to make this declaration. I am familiar with the record keeping practices of RMS Solutions, Inc.

4. RMS Solutions, Inc. produced 1,650 documents totaling 13,981 pages to the United States in response to a subpoena dated May 17, 2022 and issued to RMS Solutions, Inc. by the United States in the above-captioned case. I understand that counsel for the United States affixed bates numbers to each of the documents originally produced by RMS Solutions, Inc. Those bates numbers range from RMS-000001 through RMS-013981.

5. The documents with bates numbers RMS-000001 through RMS-013981 are:

    a. true copies of original records of RMS Solutions, Inc.; or

    b. true copies of records created by a third party and integrated into the records of RMS Solutions, Inc. RMS Solutions, Inc. relied on the accuracy of the records created by a third party in the ordinary course of RMS Solutions, Inc.'s business and integrated those records into its own records.

6. The records identified above in paragraph 5 were:

    a. made at or near the time of the act(s), event(s), condition(s), opinion(s), or occurrence(s) set forth therein;

    b. made by someone with knowledge of the act(s), event(s), condition(s), opinion(s), or occurrence(s) set forth therein, or from information transmitted by a person with such knowledge; and

    c. kept in the course of a regularly conducted activity of RMS Solutions, Inc., and making such records was/is a regular practice of that activity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: **Aug 15, 2022**

Signature: *[signature]*
Printed Name: **Peter S. Rauner**
Title: **President/Owner**
Address: **734 N. Western Av Lake Forest IL 60045**
Telephone: **847-840-5194**
E-Mail: **psrauner@rms-actuary.com**