Exhibit 444

**From:** Celia Clark <CClark@cclarklaw.com>
**Sent:** Saturday, March 10, 2012 10:23 AM EST
**To:** Sugata Das <███████@hotmail.com>
**Subject:** Re: Samarth Insurance/Samarth Trust/Trustee Mehul Desai Concerns

Dr Das: This is all correct. The one suggestion I have is that you substitute the word "dividend" for. "distribution."
Celia

Celia R. Clark, Esq.
Law Offices of Celia R. Clark P.L.L.C
570 Lexington Avenue, 17th Floor
New York, NY 10022-6894
(212) 370-4220
(212) 370-4270 (fax)

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email, or the copying or forwarding of it, by anyone else is unauthorized. If you are not the intended recipient, please delete the message and any attachments.

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

On Mar 10, 2012, at 8:12 AM, "Sugata Das" <███████@hotmail.com> wrote:

> All,
>
> Mehul, as requested by you, I am mailing out bank statements for Samarth Trust along with copies of checks from March 2011.
> As you can see, the checks are made out to pay tuition to LJCDS and YLS, Yuma Lutheran School, as well as the named individuals who are related to school's music (guitar, piano, cello) as well as school's tennis program, both at LJCDS as well as Yuma Lutheran school.
>
> These funds are exclusively for Sameeran Das and Siddharth Das and pertain to all school activities related to scholar, artist and athlete, the focus of La Jolla Country Day School.
>
> Mehuls second concern is "being nervous about what is and is not permissible usage of Samarth Trust Funds and would need an opinion from Richard Smith/Celia Clark"
>
> Allow me to state the setup. Sugata Das MD PC pays premiums to Samarth Insurance Co, the captive insurance company. These premium funds are managed by OJM group thru the Samarth Insurance Crediit Suissue Account. The Board of directors at Samarth Insurance Company passed a resolution declaring distribution of $60K annually,( to cover the needs of trust beneficiaries) this is paid in quarterly $15K, wired from Credit Suisse account to Samarth Insurance Company and then transfered to Samarth Trust account at Foothills Bank here in Yuma.
>
> Richard, basically, Mehul needs to know, if according to Trust documents, is it OK to use trust funds for the above stated expenses, School tuition, school tennis, music, books and all such activities relating to the beneficiaries of Smarth Trust, Sameeran Das and Siddharth Das?
>
> The Trustee has copies of the entire Samarth Trust documents
>
> Richard/Celia, Could you please clarify on Mehul Desai concerns?
>
> Sugata Das MD, FACC
> 1965 W 24th ST
> Suite B
> Yuma, AZ 85364
> Tel: 928 726 4030

CLARKSDFL949438

Fax: 928 726 0864

CLARKSDFL949439