**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 9:21-82056-CIV-CANNON

CELIA R. CLARK,

      Plaintiff,

    v.

UNITED STATES OF AMERICA; THE
INTERNAL REVENUE SERVICE,

      Defendants.

## JOINT MOTION FOR ENTRY OF JUDGMENT AS TO COUNT II

Pursuant to Federal Rule of Civil Procedure 54(b), Plaintiff Celia R. Clark ("Clark") and

the Defendants the United States of America and Internal Revenue Service, by and through their

respective undersigned counsel, hereby move for the entry of final judgment in favor of the United

States on Count II of Plaintiff's Complaint, with each party to bear its own costs. In support, Clark

and Defendants state the following:

1.      Clark has brought claims against the United States for a refund of tax penalties paid

under 26 U.S.C. § 6703 (Count I), and for disclosure of tax information in violation of 26 U.S.C.

§ 7431 (Count II). The Government filed a counterclaim to reduce Clark's unpaid tax penalty

amount to judgment.

2.      Clark and the Government agree to the terms of a proposed judgment for entry by

the Court as to Count II. The proposed Judgment is attached hereto as **Exhibit 1**.

3.      There is no just reason for delay for the entry of judgment under Rule 54(b). Count

II is legally distinct from the remaining claims and rests on a separate factual predicate. There is

accordingly no risk of inconsistent judgments in this case and no risk of piecemeal appeals on the

same or similar issues. *Cf. Regueiro v. Am. Airlines*, *Inc.*, 2022 WL 18494920, at *2 (11th Cir. 2022) ("District courts should also be hesitant to employ Rule 54(b) when the underlying facts of the adjudicated and unadjudicated claims are intertwined…. This is because the 'concept of sound judicial administration and efficiency will not normally be furthered by having piecemeal appeals that require two (or more) three-judge panels to familiarize themselves with a given case.'") (quoting *Ebrahimi v. City of Huntsville Bd. of Educ.*, 114 F.3d 162, 167 (11th Cir. 1997)). Rather, prompt judgment on Count II will aid the Parties and save expense by conclusively resolving that claim and allowing the Parties and this Court to direct their efforts towards Count I and the Government's coextensive counterclaim in this matter.

4.      This judgment has no effect on any other pending claim in this suit, including Plaintiff's Count I and the Government's Counterclaim.

WHEREFORE, Clark and the Government jointly move this Court for entry of final judgment in favor of the United States as to Count II of Clark's Complaint.

//

//

//

//

//

//

//

//

//

//

2

Dated: January 18, 2024

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Virginia Giannini*
**Lauren A. Darwit**
Fla. Special Bar No. A5502814
Lauren.A.Darwit@usdoj.gov
**Virginia Giannini**
Fla. Special Bar No. A5502881
Virginia.Giannini2@usdoj.gov
**Elisabeth Kryska**
Fla. Special Bar No. A5502987
Elisabeth.K.Kryska@usdoj.gov
**William Chang**
Fla. Special Bar No. A5502981
William.Chang3@usdoj.gov
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C.  20044
Telephone:     (202) 307-5892
Facsimile:     (202) 514-6770

*Of Counsel:*
JUAN ANTONIO GONZALEZ
United States Attorney
Southern District of Florida

*Counsel for United States of America*

Respectfully submitted,

*/s/ Derick R. Vollrath*
**Jeffrey Neiman**
Florida Bar No. 544469
jneiman@mnrlawfirm.com
**Derick Vollrath**
dvollrath@mnrlawfirm.com
Fla. Bar. No. 126740
**Julie Levine**
Florida Bar No. 1007991
jlevine@mnrlawfirm.com
MARCUS NEIMAN RASHBAUM
& PINEIRO LLP
100 SE Third Ave. Suite 805
Fort Lauderdale, Florida 33394
Telephone (954) 462-1200
Facsimile: (866) 780-8355

*Counsel for Celia R. Clark*

## CERTIFICATE OF SERVICE

I certify that on January 18, 2024, I caused the foregoing document to be filed with this Court's CM/ECF electronic filing system, which has caused electronic service to be made upon all counsel of record.

*/s/ Derick Vollrath*

3