UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-82056-CIV-CANNON/Reinhart

**CELIA R. CLARK**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA** and
**INTERNAL REVENUE SERVICE**,

    Defendants.
_____/

## ORDER GRANTING JUDGMENT IN FAVOR OF THE UNITED STATES AS TO COUNT II OF PLAINTIFF'S COMPLAINT

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion for Entry of Judgment ("Motion") in favor of the United States as to Count II of Plaintiff's Complaint. Upon consideration of the Motion, and finding no just reason for delay for the reasons stated by the parties, *see* Fed. R. Civ. P. 54(b) [ECF No. 150 pp. 1–2], the Court **GRANTS** the motion as follows:

1. Judgment is entered in favor of the United States as to Count II of Plaintiff's Complaint, with each party to bear its own fees and costs as to this claim.

2. This judgment has no effect on any other pending claim in this suit, including Plaintiff's Count I and the Government's Counterclaim. The Court retains jurisdiction over these pending claims.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of January 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record