## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No. 9:21-82056-CIV-CANNON

CELIA R. CLARK,

        Plaintiff,

   v.

UNITED STATES OF AMERICA; THE
INTERNAL REVENUE SERVICE,

        Defendants.

## SATISFACTION OF JUDGMENT AGAINST CELIA R. CLARK

On May 15, 2024, this Court entered final judgment on Count I of the Complaint and the United States' Counterclaim in favor of the United States and against Celia R. Clark in the amount of $11,636,919. ECF No. 156. The United States now certifies that the money judgment entered against Celia R. Clark has been satisfied.

Dated: May 17, 2024

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

By:    /s/ *Elisabeth K. Kryska*
**Lauren A. Darwit**
Fla. Special Bar No. A5502814
Lauren.A.Darwit@usdoj.gov
**Virginia Giannini**
Fla. Special Bar No. A5502881
Virginia.Giannini2@usdoj.gov
**Elisabeth Kryska**
Fla. Special Bar No. A5502987
Elisabeth.K.Kryska@usdoj.gov
**William Chang**
Fla. Special Bar No. A5502981

William.Chang3@usdoj.gov
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone:     (202) 307-5892
Facsimile:     (202) 514-6770

*Of Counsel:*
  MARKENZY LAPOINTE
  United States Attorney
  Southern District of Florida

*Attorneys for Defendants*